[illegible] US DISTRICT COURT OF WESTERN PA [illegible] defendant as removed case in which I am plaintiff too with names [illegible] Docket No: [illegible] and new RICO case whose docket [illegible] given at all, Maine State Statute of limitation for just a[illegible] is 6 years,

Affidavit (1) [illegible] order Cambria County Prison Authorities with Cambria County Courthouse (Lance [illegible]) Judges [illegible] Krumenacher, Long, [illegible] to release me from [illegible] as there was no remand order on any of the cases to this date on any of the cop cases filed on me in state court [illegible] remand order comes directly to CCC by certified mail with return receipt, so that I can proceed the RICO charges and [illegible] myself [illegible] US Attorney [illegible] does not do it, and I have to put in Motion to reconsider to US Supreme Court to grant [illegible] 09-2776, resulting from etc. fabricated cop [illegible] against me other papers to this date, with fine, cost etc. imposed [illegible] by these Judges without any remand order in violation of [illegible] in all respects pursuant to in furtherance of RICO conspiratorial activities and/or several open ended RICO schemes; [illegible] 11/2/09 order which I do not have in my possession with any of my court papers [illegible] case laws which are an absolute must, when they picked me up off [illegible] without remand order demanding illegal debt, I have no case laws [illegible] of any of my pleadings as charges in my possession at all, so all this [illegible] Judges [illegible] also total denial of due process equal protection of laws, denying [illegible] access to courts, torture [illegible] many, many statutes including civil right statutes as well as all my [illegible] retaliated for naming them as defendants in RICO charge case & putting all CC Judges including Mag. Zanghai on notice of removal in IFP to federal court, in writing.

Now comes Dr. Vora and avers as follows in support of above:

(1.) [illegible] case is just not a civil rights case, but is actually resulting from [illegible] conspiratorial activities and everything that has happened to this date is and was in furtherance of RICO conspiratorial activities and [illegible] open ended RICO schemes, which will prove to be very very disastrous and [illegible] totally disastrous repetition of history of the era's of Hitler, Mussolini, Stalin time, and have been resulting from abuse of process, power [illegible] authority too, as State courts are stopped from proceeding any further until official remand order comes to them directly as per 28 USC §1446 as well as Greenwood v Rausch, Justice Stevens opined that State Court proceedings are automatically stayed on Notice of Removal and all this [illegible] misconduct depriving State Court Judges and Court officers

[Left margin, vertical:] Jail authorities are refusing to send any pleadings [illegible] more than 3 [illegible] causing me [illegible] State [illegible] [illegible]

of immunity pursuant to 42 PA CSA §8550, so Vera's claims are not [illegible] as it is outrageous extortion on fabricated charges punishable under Hobbs, Rico Acts etc. Many pleadings were enclosed to show predicate acts under RICO.

(a) Nothing stated by Dr. Vera is based on meritless legal theories, but [illegible] facts and realities in Vera's life and every single statement made by Vera is absolute truth and realities and are not fanciful delusions as such. (b) Never got chance to fill out energy assistance form too. [illegible] intrinsic fraud is there also, judgments that are null and void must be vacated and is mandatory as CCC Judges judgments are totally null and void and there is no time limitation for it as unconventional [illegible] is required to vacate it, even half a century later which were [illegible] in Vera's pleadings earlier with case laws to which Vera has [illegible] at all now, being put in prison out of retaliation without any authority to do so, by CCC Sheriff claiming pursuant to bench warrant issued by Judge Krumenacker demanding illegal debt pursuant to null and void judgments of CCC Judges (which is outrageous extortion & no copy of it got given to me) to enter it with no regards to Vera's severely injured, painful condition as Vera cannot even take a step that easily anymore without holding onto her babycart which rolls and since couple of weeks made her walk, as Vera had suffered unmountable fractures in pelvis, leg too, and was fractured from top to bottom and Dr. Dara Mears was very, very correct when he had told Vera pelvis will give terrible trouble in her life, that I can hardly straighten out by myself without holding onto something like baby cart and try to straighten out suffering [illegible] pains in trying to do so and Vera's gene therapy indeed [illegible] help and when CCC Judges, with Sheriff there, do such things illegally, depriving Vera of her gene therapy remedy, which [illegible] authorities [illegible] they threw away, it is outright, willful torture of Vera, resulting in irreparable harm to her everytime it is done in furtherance of RICO conspiratorial activities and/or several open ended RICO schemes, as Vera just filled her bottle of remedy on 11/9/09 before going to sleep as such, & deprives them of their immunity as such.

(c) Have to [illegible] [illegible] [illegible] [illegible] [illegible] Judge should direct the clerks to put medical records [illegible] [illegible] [illegible] long [illegible]

[illegible] to [illegible] but [illegible] [illegible] [illegible] and [illegible] [illegible] [illegible] [illegible] USSC [illegible] [illegible]

simultaneously when they take the IFP forms and complaint as they are vital to show disability of great magnitude, a very, very debilitating condition as when the clerks claim they put a note on saying refer to other dockets where those records are already there, & it seems to be not sufficient for court of appeals, 3rd Cir. as they say no proof of disability was presented, so request the Judge to grant leave and make the clerks put those records on in each and every case, & Vora is in no condition at all to xerox these 1000 pages long records for each State Court case & does not have the time, money to do it anymore, knowing quite well that she will never be eligible for any kind of benefits in USA in her lifetime, as when US and State courts with attorneys did not grant any justice and go for justice for Vora, and did not compensate her with loss of wages for life, with no monthly expenses put or given to her every month to live on, due to ongoing RICO conspiratorial activities and in furtherance thereof and/or in furtherance of several open ended schemes, Vora had no choice, but to go in agreement with State Bank of India operated by Govt. of India for higher interest rate that anything invested there is not transferable out of India, so I have to live on whatever I have and cannot afford any kind of expenses that will deplete my resources, as even xeroxing, postage cost a fortune or fabricated charges violating Hobbs Act by police cops, otherwise innocent person like me can die unfortunate death with severe damage to property when deprived of my own gene therapy which medical world does not have with severe damage to business and property. (b) I also discovered on 11/8/09 evening that more than 10 pages of a pleading containing motion to return my property including [illegible] with other items taken by city personnel from my premises and these pages are not there also in 09-158 J and 09-275 J cases when they should have been there even in new RICO case of Vora naming 89 conspirators so far, including in this one, as originals were given to Karina and do not know from where they disappeared, so requested 3rd Cir. C. Hicks for these pages, and never got chance to check federal court few dockets to find those pages. (6) I need to get US Supreme Court motion too from my house with court papers. 15) Note with particularity that even US Code volumes admit under Immigration and Naturalization Act that neurologic condition in a human being is a very, very debilitating condition in which I was put in 1983 accidents, when I was targetted when I filed discrimination complaint against St. Francis College, causing closed brain injury on 8/12/83 with internal bleeding in the brain and as per case law that I had located in Pittsburgh, Allegheny County Law Library and had it in some xerox pages from there, practically more than a decay ago, in which there was expert doctor's testimony in that field on this saying that when internal bleeding takes place in the brain after suffering closed brain injury, usually a person dies right away, and only in some rear cases, trapped blood gets transformed into membranes which are abnormal blood vessels in the brain and the person in this expert doctor's testimony case had died after formation of these membranes, and sometimes person lives longer with these membranes, so when they had

11/12-1109-[illegible]

shown me the pictures of brain claiming to be mine with abnormal blood vessels, I had filed motion to reopen 01-135 J case joined with accident cases which was removed from CCC with docket no. 1985-2043 joined with 1985-2040, 2041, 2112, 890 cases by AHJ-Messer to process newly discovered injury of the brain for damages too with St. Francis College, Cambria County as part of it which US District court denied to do it and appeal got taken on it as even though request for guardian Ad Litem of Messer was dismissed, accident cases were not put on federal docket to be processed for damages and loss of wages for life as such which got the no. 08 08 09-4711 for which I had put in IFP motion for Extension of time for certiorari to be filed in US Supreme Court with 09-82 J (=) 09-2566 J, I think and E Fossum had written to me that in 07 US Supreme Court banned me to proceed in civil actions in IFP, so I did leave a message on his line saying in Griffin v. Tedesco with take home income ≥ $860, the person was allowed to proceed in IFP and there was another case law in which person was allowed to proceed in IFP with take home income ≥ $1600 & < $1800 which cites got removed from my place as I do recall quoting it in some [illegible] and with interest rates so low, my income will keep on going down as certificates of higher rates or fixed term deposits of higher rates mature, as my income is not even sufficient to pay one months heating bill as such and never got a chance to ever turn the heat on in the house, and/or fill out energy assistance form at all, as water lines will freeze damaging water lines as well as the house when enough heat is not there so have to take care of that too, & I was going to send in writing too, but never got to do it even though it got written up.

(6) I also request the Judge to order my release as it is illegal to put a person [illegible] to defeat person's claims for damages as CCC personnel's actions are totally wilful, illegal misconduct violating 42 USC 1983 with many US statutes etc. pursuant to several ongoing open ended RICO schemes & in furtherance thereof as well as in furtherance of RICO conspiratorial activities of conspirators of which they are part of it. I did not get a chance to xerox pages and send a copy of it to Magistrate Zanghai, DA etc. as such and if Judge with clerk wants to be processed as case separately in which I am plaintiff and case with other papers as separate case, request the Judge with clerk to make a copy of it, assign a 2nd no. to it too so my claims and rights will not be defeated, as I got CCC prison authorities to do nothing so far for me and never got their cooperation to get the so called counselor to do anything for me with the authorities on 11/10/09 as I was not even able to hold up that easily & was transported in wheel chair to cell no. 21 in E block. (b) See also 719 F2d 554; 338 US 62, 92 L Ed 2d 1212, 68 SCt. 972 when irreperable harm results which is Vora's case & they hope I will die in prison by their practices; 42 Fd 2d 511; 50 LEd 2d 32.

17)(a) All this behaviour of CCC personnel is also total denial of due process, equal protection of laws, as well as total denial of meaningful access to courts and since there is no money at all in my name as they took all my possessions, claiming they threw everything away other than my check book, cards etc. that was in a plastic container which they claim they threw out, including screw drivers with little purse in backpack containing watch etc. too and my coat had one additional combination lock too, with forks incl gadgets to untie ropes, bags, with some other items in it and claimed they throw away anything metallic away and refused to put it on as personal possessions and took one earring too as one other earring got lost, as it was not in my case. (b) Jail authority incharge at the desk, turning bell off, so cannot contact them at all & nobody is there in my cell & involuntary painful sound come out of my mouth & cannot with ability I cannot remember at all what was the details with case laws quoted by Judge Diamond in his order of 11/2/09 in 09-275 J case [illegible] copies of it too with copies of entire 09-275 J case pleadings [illegible] as I don't have anything with me and all this is deprivation of my legal papers too which is not permitted by law, as I had requested Cop Chris of Johnstown Police Dept., [illegible] Sgt. Chief of [illegible], one polish origin cop, Sgt. Janiga, CC Sheriff with other deputy Sheriff to let me get my baby cart to be taken by me to my house and be able to get papers, notify courts too and they all refused it and I got the impression earlier that they were taking me to CCC, but then found in Ebensburg when they did not go to CCC that they were taking me to CC prison with nothing given to me [illegible]. (c) Request federal court clerk to send copies, to [illegible], US AG, PA AG too as I do not know if prison authorities will do it or not.

(10) Additional conspirators names are (86) Roberts in Sheriff's Dept. with 2 other deputy Sheriffs, one Mexican and one other who wanted my trade secrets time & again (87) Galbreath, Esq. Atty. Kraft.

Affidavit and/or Certificate of Service

I, Dr. Chandra S. Vora do certify that on 11/12/09 Dr. Vora gave the papers to [illegible] desk to get xerox copies and mailed to (1) [illegible], US District Court, Rm 208, Penn Traffic Bldg, Johnstown, PA [illegible] (12) DA CC, Ebensburg, PA 15931, (13) PA AG, 564 Forbes Ave., [illegible] Pittsburgh PA 15219. (14) [illegible], Mineral Point, cannot remember further address which is in docket 08-110 J case, request court clerk to look it up & send papers to her in IFP with copy of new case to her, & CC Courthouse Clerk of [illegible] Courts too, [illegible] Ebensburg, PA 15931 with copies of new case papers [illegible] with [illegible] docket no. to it. (15) USSC Clerk [illegible], US Supreme Court

(7) US AG, Suite 200, Penn Traffic Bldg., Johnstown, PA 15901 [illegible]

Att. Karina
cannot remember further address which is in docket 08-118 J case when Saracena's case of Wm Penn Highway case on Cadillac car was removed to federal court & was part of RICO conspiratorial activities and in furtherance thereof and/or in furtherance of several open ended RICO schemes and it was cop Christ who picked me off Main St without showing arrest warrant at all to me and not giving it to me, another predicate act by all involved. So request court clerk Karina to look it up and send papers to Zanghai; 2 Clerk of Courts she can with voluminous copy of new case given to her as plaintiff with conspirators as defendants and as well as defendant in removal of fresh charges in Mag Zanghai's court on Shed of Rollock's Inc. with other papers from CC Court, with another new docket no. given to it with entire pleadings put in this 2nd new docket no. other than names of conspirators and use the header as Conspirators v Vora in this 2nd new case with pleadings same as in Vora v Conspirators with 85 named earlier and 3 more listed here as

(86) Sh. Roberts in Sheriff's Dept. in Dec 91, with 2 other deputy Sheriffs, one Mexican who failed to conduct service wilfully on C McGrough at that time and one other deputy sheriff now whose name I cannot remember at all and is still working in Sheriff's Dept. now & looks Italian in origin;

(87) Galbraith [illegible] advance [illegible] glass plates of $120.36" x 72" [illegible]

(88) Atty. Kraft of Johnstown.

So please send entire case papers to Mag Zanghai, 2 Clerk of Courts of new case, 2 for Clerk of Courts pages up til 09-275 J case saying they were served already with it by Vora, with certificate of service as last page in it. Note: Asst. DA David Kaltenbaugh came to my attention from newspaper as involved in my cases besides that K. Callihan for suppression destruction of evidence in my favour besides bravery etc.

Affidavit of Service Contd.

(5) Clerk of Courts, Cambria County Courthouse, Ebensburg, PA 15931 with copy of new case papers as removed case as part of Petition for Removal to federal court in IFP with 2nd new docket given to it

(6) US Supreme Court Clerk E. Fossum thro' J. Atkins 3105 McCamy Supreme Court, Washington, DC (US [illegible], 3rd Cir.)

Sworn and subscribed before me this 12th day of November 2009

[signature]
Notary Public

Chandan Vora
11/12/09

NOTARIAL SEAL
EDWARD P. SHOLTIS, Notary Public
Cambria Township, Cambria County, PA
My Commission Expires Feb. 4, 2010

11/12/09 - USPS