Vera V conspirators which includes

09-283

(1) Ronald Fisher

(2) Lourdes Express

(3) U.S. INS

(4) Johnstown Police Dept. personnel with Police Chief

(5) City of Johnstown with their manager Curt Davis

(6) Timothy Creany

(7) Cambria County

(8) N. Krumenacker

(9) G. Long earlier DA now Judge

(10) DA P. Kinney and his present staff members handling cases
    like that of Shrader's Flower Shop and Irish origin lady

(a) Kelly Callahan, (b) cannot decipher signatures to get Asst DA's names
    so putting it as all involved as Asst DA's on fabricated charges etc.

(11) David Tulowitski, earlier DA now CC Judge

(12) WJAC TV 6

(13) Tribune Democrat with their reporters & some workers

(14) Don Palmerine and Tribune Review

(15) G Lewis with his wife or live in lady of Italian origin

(16) Thiel Lester

(17) Borro of Lorain with their Fire Dept. personnel

(18) W. E. Sabo

(19) B. A. Emerick

(20) Fred and Eileen Huber

(22) Santucci family

(23) M. Grandinetti

(24) Don Zucco

(25) Mag Berron

(26) Leonard Greek

(27) Mag Musulin

(28)   "   Mary Ann Zanghai

(29) 800 911 center with its former director Reiben

(30) Supreme Court of PA with Italian origin lady writs & other key
    in act.

(31) Five Story Investment with M. Fink and R M Smith & others with
    their Mortgage Co.

(32) Cambria County Prison authorities with their medical doctors

(33) Speicher Family

(34) Superior Court of PA

(35) Oliveros

(36) P. McKnight

(37) Tom Oldham

(38) Atty. J. Green

(39) Sgt. Janciga with Johnstown Police Dept.

(40) Officer Killinger

(41) Cop Kanuch of Johnstown Police Dept.

(42) Sgt. Christ

(43) American Medical Association

(44) PA, Board of Medicine

(45) St. Francis College

(46) Ohio State University Health Center, with Dr. Wise of with doctor whose name I cannot remembered at all. Urology Dept. of Ohio State University

(47) City Mayor presently Trigona

(48)(a) Theory Perry with her Irish origin co-passenger or driver (b) Progressive Insurance

(49) G. Toth

(50) R. Criste

(51) C and N. McGough & N. McGough's Lumber Co.

(52) Borro of Loretto

(53) Nationwide Insurance with their Agents, including

(54) PA Manufacturing Association Brokermark Ins. as claim dar gotten as uninsured motorist been on last day.

(55) Motorist Mutual Insurance Co.

(56) Howard Messer with D. Seigel

(57) Motorist Mutual Insurance Co.

(58) Italian origin cop Saracena of Nanty Glo and believe he is now Conemaugh Borro cop issuing the new citation.

(59) Dr. P. Respet

(60) Dr. Ian Savit

(61) S Masih

(62) Jack Uui

(63) Oakland Fire Dept.

(64) PA Bureau of Motor Vehicle, refusing to give the information on whose name car was registered on 8/12/83 that hit Criste's car when vehicle records are kept for lifetime of a person.

(65) Rudolph Miller, L.A. Lordotch

(66) Donegal Mutual Insurance Co.

(67) John and Tim Ayers.

(68) Spencer Custer Saylor Wolfe & Rose with saylor & Rose.

(69) Verizon Inc.

(70) Family Medical Center woman head of Memorial Hospital

(71) Suryakant Shah

(72) Cambria County Mental Health Dept.

(73) Johnstown Free Clinic doctor Rotella

I cannot recall additional names until it occurs to my head.

(74) John Murtha

(75) Camtran Operations Manager Dennis Pfuge with CAMTRAN

(76) Sanford of Waste Management earlier and now works for Gallucci Sanitation

(77) Waste Management for getting my cans by getting it prior to me of people who wish to give it to me and as superior liability too.

(78) Gallucci Sanitation, for " " " " " " " " too.

(79) Strayer Law Firm with Stefko attorney who represented Nationwide Insurance with others in 1983 accidents.

# JOHNSTOWN POLICE DEPARTMENT
ORI: PA0110400

**Incident Investigation Report**
## 20071102M2039 (01)

## Incident Data

Ref #: 07-20879

**Class (UCR) Code: 3100 MOTOR VEHICLE ACCIDENTS**
Crimes Code: Title:
Date/Time Reported:       11/02/2007 Friday 20:10
Discovered Date/Time:
Last Known Secure :
TIME - Received:        / Dispatched:        / Arrived: 20:10 / Cleared:
Badge: 270 - PTLM ROBERT CAROTHERS
Address:  SHERMAN ST       -
   Landmark: SHERMAN ST
   Patrol Zone: 2 -
   Premise Type:
BIAS:

**MO:**
 Weapon/Tools:  Additional weapon:

## Persons Involved

**Number of Victims: 0    Number of Offenders: 0    Persons Involved: 3**

**VEHICLE OWNER       VORA, CHANDAN S (NP001388)**
 Incident Classif.: 3100  MOTOR VEHICLE ACCIDENTS
 Type:  INDIVIDUAL/PERSON (NOT L.E.OFFICER)        Injury:
 Age/DOB:  62 10/19/1945  Race: E  Sex: F  Ethnic: N  Marital: U  Resdnc: U
 SS#: 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
 Height: 504 Weight: 100 Eye: BRO Hair: BLK Build:        Compl.:
 Tattoo: SCAR: HIP, STOM
 GBM ID number:
 Comment:           Date Entered:  / /     Date Released:  / /
 OLN/STATE: 20936036         /PA

 Home: 511 ROBB AVE
       JOHNSTOWN PA 15902        Home Phone: 814-536-4860
 Work Phone:           EXT:  Cell Phone:        Pager:
 Employer:

 DOCUMENTS ON FILE:
   - Vehicle

**VEHICLE OWNER       COURIER, EXPRESS INC (NP028380)**
 Incident Classif.: 3100  MOTOR VEHICLE ACCIDENTS
 Type:  INDIVIDUAL/PERSON (NOT L.E.OFFICER)        Injury:
 Age/DOB:  0   / /   Race: W  Sex: M  Ethnic: N  Marital: U  Resdnc: U
 SS#:
 Height:  0 Weight:  0 Eye:   Hair:   Build:   Compl.:
 GBM ID number:        Date Entered:  / /     Date Released:  / /
 Comment:

**Officer:**   PTLM ROBERT CAROTHERS
**Case Status:** CLOSED/CLEARED          **Badge:** 270
                         **Case Disposition:**          **Page:** 1

Date Printed:27 October 2009 13:53      By: Craig Foust

**JOHNSTOWN POLICE DEPARTMENT**
ORI: PA0110400

*Bureau of Police*
*Nationwide Adjuster*

Incident Investigation Report

**20071102M2039 (01)**

## Persons Involved

**VEHICLE OWNER**       **COURIER, EXPRESS INC (NP028380)**
  Home: 172 S 21ST ST                    Home Phone: 800-837-5959
       PO BOX 16037
       PITTSBURGH PA 15203
Work Phone:              EXT:   Cell Phone:              Pager:
Employer:

DOCUMENTS ON FILE:
   - Vehicle

**DRIVER**              **FISHER, RONALD   (NP042655)**
  Incident Classif.: 3100  MOTOR VEHICLE ACCIDENTS
  Type:  INDIVIDUAL/PERSON (NOT L.E.OFFICER)       Injury:
  Age/DOB:  0  /  /     Race: W Sex: M Ethnic: N Marital: U  Resdnc: U
  SS#:
  Height:  0 Weight:  0 Eye:    Hair:     Build:    Compl.:
  GBM ID number:         Date Entered:   /  /   Date Released:   /  /
  Comment:
  OLN/STATE: 13872687          /PA

  Home: 1760 SOAPHOLLOW RD`          Home Phone: 814-288-5053
      JOHNSTOWN PA 15905
Work Phone:              EXT:   Cell Phone:              Pager:
Employer: COURIER EXPRESS

DOCUMENTS ON FILE:
   - Vehicle

## Vehicles Involved

| VYR Make | Model | Style | Color | License | St |
|---|---|---|---|---|---|
| **(1)1983 CADILLAC** | **SEVILLE** | **4 DOOR** | **BRN** | **FMS3968** | **PA** |
| VIN: 1G6AS6988DE811213 | Serial: | | | | |
| Owner Name: VORA,CHANDAN | | | | | |
| Owner Address: 511 ROBB AVE JOHNSTOWN PA 15902 | | | | | |
| PA Title: 60394318 | | | | | |
| Insurance Co: NATIONWIDE | | 23779 Policy: 5837D570457 | | | |
| **(2)2006 CHEV** | **AVEO** | **4 DOOR** | **WHITE** | **GGF1890** | **PA** |
| VIN: KL1TD6666B638189 | Serial: | | | | |
| Owner Name: COURIER,EXPRESS INC | | | | | |
| Owner Address: 172 S 21ST ST PITTSBURGH PA 15203 | | | | | |
| PA Title: 63135345 | | | | | |
| Insurance Co: WESCO INS | | 25011 Policy: WPP4000039000 | | | |

---

**Officer:**   PTLM ROBERT CAROTHERS          **Badge:** 270          **Page:** 2
**Case Status:** CLOSED/CLEARED          **Case Disposition:**

**JOHNSTOWN POLICE DEPARTMENT**
ORI: PA0110400

Incident/Investigation Report

**20071102M2039 (01)**

## Summary

11/02/2007 20:10 Page 1 Ofc. 270 PTLM ROBERT CAROTHERS
    Unit #1 is illegally parked on the roadway (Sherman St.) with a black
tarp covering the entire MV.  Unit #2 turns left from Haynes St. onto
Sherman St. and collides into Unit #1.  The operator reported not seeing
the MV due to unlit conditions and/or due to Unit #2 being covered by the
black tarp.  Unit #1 sustained light 6 o'clock damage, was leaking fluid,
was illegally parked on the roadway and was blocking a garage bay on
Sherman St.  Unit #2 sustained moderate 12 o'clock damage.  No injuries
were reported.

| | | |
|---|---|---|
| **Officer:** PTLM ROBERT CAROTHERS | **Badge:** 270 | **Page:** 3 |
| **Case Status:** CLOSED/CLEARED | **Case Disposition:** | |

Date Printed:27 October 2009 13:53        By:  Craig Foust

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **CAMBRIA**

**SUMMONS
FOR A SUMMARY CASE
NON-TRAFFIC**
COMMONWEALTH OF
,
PENNSYLVANIA

Mag. Dist No.
**47-3-01**

MDJ Name Hon.
**MARYANN ZANGHI**
Address: **200 ADAMS AVENUE
SUITE 2
MINERAL POINT, PA**
Telephone: (**814**) **322-1527**     **15942-5850**

**VS.**

DEFENDANT: NAME and ADDRESS
**VORA, CHANDAN S
511 ROBB AVENUE
JOHNSTOWN, PA 15901**

**CHANDAN S. VORA
511 ROBB AVENUE
JOHNSTOWN, PA 15901**

Docket No.: **NT-0000402-09**
Date Filed: **10/22/09**

Charge(s):

**S 18 §6501 §§A1 SCATTER RUBBISH UPON LAND/STREAM ETC**

| FINE AND COSTS: | FINE: $300.00 | COSTS: $123.50 | OTHER: | TOTAL DUE: $423.50 |
|---|---|---|---|---|

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**

1.   PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial;  **OR,**

2.   PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require;  **OR,**

3.   If you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea;  **OR,**

4.   PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea below, and forwarding an amount equal to the total due specified above;  **OR,**

5.   PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b)  (Driving while operating privilege  is suspended or revoked).

IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS.

ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO. **47-3-01** " IDENTIFIED ABOVE AND SENT TO THE ADDRESS ABOVE.

IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE. A WARRANT FOR YOUR ARREST SHALL BE ISSUED.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

**IF YOU INTEND TO RESPOND BY MAIL:**
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).

If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.

If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to the "Magisterial District No." above.

**(DETACH HERE)** ------------------------------------------------------------------------------------------------

**MAIL IN PLEA**

I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)

1.   I PLEAD NOT GUILTY. _____     Docket No.: **NT-0000402-09**
                                                    (Signature)

2.   I PLEAD GUILTY. _____     Citation No.: **P7350533-1**
AOPC 617-08  **DATE PRINTED:** 10/26/09 (Signature) 11:51:48  **AM**

# COMMONWEALTH OF PENNSYLVANIA
# NON-TRAFFIC CITATION / SUMMONS

CITATION NO.

| 1. Magisterial District Number | 2. Docket Number | 3. Social Security Number |
|---|---|---|

| 4. Address of Magisterial District Office | 5. Driver's Number | 6. State □ PA |
|---|---|---|

| 7. Defendant's Name - First | Middle | Last |
|---|---|---|

8. Defendant's Address (Street-City-State-Zip Code)

| 9. Race-Ethnicity | 10. Sex | 11. Date of Birth (MM / DD / YY) | 12. Resident Status | 13. Case Instituted by |
|---|---|---|---|---|
| (W) □ White  (A) ☒ Asian | (M) □ Male | | (R) □ Resident | (O) □ On-View Arrest |
| (B) □ Black  (H) □ Hispanic | | | (N) ☒ Non-Resident | |
| (I) □ Native American (U) □ Unknown | (F) ☒ Female | | (U) □ Unknown | (C) ☒ Citation/Summons |

| 14. JUVENILE | 15. Parent's Name | 16. Parent's Name | 17. Date Notified | 18. Time |
|---|---|---|---|---|
| □ Yes | □ Yes | | | |

19. Charge
- □ Disorderly Conduct
- □ Harassment
- □ Retail Theft
- □ Other
- □ Criminal Trespass
- □ Public Drunkenness
- □ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
- □ Theft of Services
- ☒ Scattering Rubbish
- □ Criminal Mischief

| 20. Nature of Offense | 21. Pa. Code | 22. ☒ CRIMES CODE TITLE 18 |
|---|---|---|
| | | 23. SECTION  24. SUB SEC. |
| | | 6501  (a)(1) |
| | | 25. FINE |
| | | 26. COSTS  113.50 |
| | | 27. JL.P.AT  10.00 |
| | | 29. TOTAL DUE  $ |

| 30. Time | 31. Day | 32. Year | 33. Place-Road | 34. Zone | 35. Display Loc. No. |
|---|---|---|---|---|---|
| | | | Franklin | 414 | |

| 36. Location | | | 37. County |
|---|---|---|---|

X Displayed

| 40. Date | | |
|---|---|---|

47. I certify that I am authorized to file this citation and that to the best of my knowledge, information and belief, the facts set forth are true. This certification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| OFFICER'S SIGNATURE | BADGE NUMBER | ORI NUMBER |
|---|---|---|

| 44. Charge/Extract | 45. Property Person I.D. | 46. Systems Code | 47. | 48. | 49. Incident No. |
|---|---|---|---|---|---|

| 50. Parents' Phone | 51. Date - Birth (MM/DD/YY) | 52. Sex | 53. Race/Ethnicity |
|---|---|---|---|

56. Itemized Disposal List

P 7350533-1

7-98 (Rev. 1-1-09)

complaint at Law as a RICO case mainly with preplanned accident case with Petition for Removal in IFP from Mag. Zanghai's courtroom, another predicate action charges being filed on me pursuant to totally unconstitutional, unreasonable, whimsical, arbitrary statutes 18 PA CSA §6501 enacted targetting Vora and her family, as well as filing as Plaintiff complaint at Law, fabricating charges on Dr. Vora.

(1) Plaintiff, Dr. Chandan S. Vora in preplanning accident case of 11/2/07 and filing as " " as well as removing it as defendant from Mag. Zanghai's courtroom on fresh charges filed on me by Italian origin cops Sgt. in Conemaugh Franklin Borough of Cambria County, fabricating me purposely when I was assured by their employees like Charlie, Charlie's boss at the backside calling himself as Larry and then on 10/30/09 claiming his name is buddy when another man introduced as Larry to me by Keith claiming to be running the entire place when Storytown's headquarters of Rolloh's Inc. claimed on phone Larry is running the entire outfit in Johnstown, as a RICO case; sui juris resides at 511 Robb Ave. as a resident alien who was purposely, wilfully targetted in summer of 1983 totally disabling her with uncountable fractures in both pelvis, right heel pad, fractured from top to bottom, with cheek split teeth injured on Right Hand Side (abbreviated henceforth RHS), with closed brain injury which went undetected for a long long time until in this decay, s when Dr. Vora discovered it put in a motion to reopen accident cases & when pictures of abnormal blood vessels got shown to her of her brain, resulting from internal bleeding in the brain and trapped blood vessels got transformed into abnormal blood vessels which is very, very logical explanation for it according to the expert medical doctors testimony in a case law that I had come across when I had filed a suit on Memorial Hospital after my experience with it under catholic Director Casey, when Dr. Jan Savit had told me after demanding what I use, how I prepare it the scarfree burn remedy s had told him it is a trade secret, that I have too many blood vessels to the brain and was planning to transfer me to Allegheny General Hospital in Pittsburgh and was planning to cut the blood vessels of the brain as neurosurgery as spasms were being

caused by it, which I did not trust at all with my background and knowing the fact that it is not neurosurgery as such, but a very, very sophisticated murder and blackmail attempt to intimidate me to get my inventions and discoveries on it of practical scarfree burn remedy, that Vera walked out of Memorial Hospital against medical advice when Dr. Harika released her on her demand at her own risk, that Dr. Vera is alive today, as Dr. Vera had ended up in the hospital when she went into uncontrollable spasms with no memory at all after opening the door & ambulance people holding her up, until Dr. Jan Savit said all this.

(2 II) Defendants (a) Ronald Fisher, an individual person who was driving 2006 Chev. AVEO, 4 door white car of Cruiser Express with license GG F 1890 with VIN KLITD666B63889 of 172 S 21st St., Pittsburgh, PA 15203 with policy WPP4000039000 of WESCO INS. whose address and phone no. is unknown to Vera as police dept. failed to put that on their report even though required by law to do that and Dr. Vera has received no cooperation no cooperation at all from any one of them with address unknown to Vera until 10/29/2009 as police personnel refused to give it to Vera earlier on it and only on 10/28 or 29/2009 officer Carothers left a message saying I would get a copy of the report thro' City Manager's office after City Manager's office or City Manager told me that a form has to be filled out on it in that week with no time left very much on it other than urgent request free of charge and never got any information on addresses to this date on any one of the people involved in 11/2/07 hit and run accident, as I was never notified nor any addresses given to me at any time and that is the reason why I am calling it a hit and run and everybody including police dept was refusing to give it to me when law required them to give it to me on the spot or later if the person is not present and after I got his address as 1760 Soap hollow Rd, Johnstown, PA 15905 on 10/29/07 around 3 PM. and even though I called Ronald Fisher several times, and even left a messages for him, couple of times ie more than once, got no response from him to this date, in spite of me telling him that law required him to give me his name, address his company's name and address whose car he was driving with their headquarters address

3

and Directors name with their insurance co. headquarters address and its " " etc. but still got no response from him to this date, and do not have time to keep them calling again and again for it;

(b) Courier Express, Inc. (NFO2838C), is a company incorporated in PA I believe as no other co. is acknowledging that these little white cars with phone no. on it as 1-800-837-5959 is owned by them, with home as per police report that I got thru' new black City Manager on 10/29/09 as earlier they were refusing to give it to me and nobody cooperated to tell me how to get it and even on 10/29/2009 told me unless I pay $15 for it to them I cannot get it, however officer Carothers list the home as 172 S. 21st St., P.O. Box 16037, Pittsburgh PA 15203 and I am not getting any cooperation at all from anybody to get their headquarters address with name of their director, even though I called several times and as per computer generated information given to me by UPS reference librarian and Johnstown Public Library reference librarians, Nationwide Inc, computer says that William S. Messerly is the owner of Courier Express with address as 2051 Franklin Way, Franklin Rd. Marietta, Ga 30067 with phone no. 888-462-2002 and when I call that no. they say they never had any vehicles operating in Johnstown, PA in 2007 and they are not the core whose vehicle hit my car and UPS librarian gave me the information that their computer gives Courier Express headquarters as 3087 E. 14th Ave, Columbus, OH 43219 with phone no. 614-253-8252, Courier Express phone no. listed on their vehicles and in police report as 800-837-5959 and when I called that no several times, misleading me time and again, refusing to give me their director's name and transferring me to speak to Paul and when I talked to him, told me to get damage estimate and mail it to him which I did twice and found him dodging and refusing to pay anything to this date and found if they made original estimate disappear totally from my house and tells me last week how do I know Courier Express hit my car Cadillac Seville of 1985 that was parked on Sherman St. and by now, I know that since RICO conspira- torial activities are going on, with open ended RICO schemes going

on, I behaved now that in furtherance of these, my landlord/owner wants it to deprive me of the use of any vehicle, knowing quite well that I cannot afford to buy another vehicle at all;

(c) Wesco Ins. Has an insurance co which insured Carrier Express vehicles with no address given at all on police report and neither their phone no. given by police dept. report and none of them is cooperating to give it to Vera against the laws of PA and USA and police dept. officer I spoke to on phone gave me Wesco at 500 Broad St. Johnstown with phone no. 535-8761 and when I called that no. they said they do not insure vehicles at all, all in furtherance of RICO conspiratorial activities and sports/RICO schemes and no attorney wants to cooperate with me in Johnstown and Lawyer Referral Services just gave me the name and address of attorney Messina at 505 Somerset St., Johnstown saying he practices both in federal and state courts and when I called him, he said he does nothing in federal court and cannot help me at all when I told him lawsuit has to be filed as this case in federal court by 11/2/09 to prevent any kind of loss on state law claims, even if federal law claims in RICO statute does not go thru, still federal court has supplementary jurisdiction on state law claims.

On 10/31/09, Nationwide Insurance co. representative Dorothy Corcoran at no. 914-4872 Ext. 60745 gave me the name of a representative as indoor issues with phone no. 312-815-8400 of this indoor rep. office Portland when I called that no., answering machine came on and would not say that she represented Wesco Ins, however I did leave a message to get Wesco headquarters address with their directors names, however I did make me wonder if all are conspiratorially working together in furtherance of RICO activities/schemes as attorney Corcoran represents Carin M

Especially, consigned to him by us on even days any attorney at 103 Franklin St. Building in fire, also I do not know.

(d) Johnstown Police Dept. personnel, conemaugh twp. police dept. Lorain twsp. police dept. no personnel Ott twsp. like mean more, Jimmy Long, State court Magistrates Ellen Whisuler, Frank Barron, Douglas, all police like S. Intha twsps. told in twsp. have to be the state, one of who is called from Lee on who knew and all the physers Memorial Hospital, St. Francis college, also no incident into the lotus

5

with their personnel in charge (whose names Dr. Vora cannot recall at all, right now, being in pain etc.) etc. pursuant to in furtherance of RICO conspiratorial activities and schemes, which includes Caruthers, Zucco, Grandinetti, Curt Davis, Tom Oldham, Sgt. Keifer, Sgt. Taneiga, Killinger, Saracena, etc as Vora cannot recall all of them that are listed in praecipes at various times on charges fabricated by them filed on me time and again, (kno schemes like (i) trying to bring Hitler, Musulin, Stalin era to this land, India, worldwide as such (ii) trying to create a 2nd Ramanujan in my life, be able to extract my inventions discoveries by any means, including of creating severe hardships in my life, extremely harsh financial conditions after injuring me so severely, totally disabling me and not putting loss of wages in my pockets at all and expected me and expect me to live on $43000 put in my pockets thro ex Judge Abood without jurisdiction at all and all orders passed by State Court Judges, Abood too are null and void with all settlement agreements pursuant to total fraud etc, and when my discoveries, inventions that are trade secrets (now they are trying to force me to sell my house, trade secrets etc which I have no intention to do so for fabrications created by them) which medical world does not have like bringing out burn victims scarfree, 95% success on good scars towards scarfree appearance like a plastic surgeon with no adverse reaction at all at any time, sooth pain, headaches with gene itherapy that is good for all diseases except where the gene is absent with one other remedy, and will be and is going to be means of earning our livelihoods for generations to come as highest education with highest degree ie. Ph.D in Math with graduate level work in Computer Science, Industrial Engineering, Statistics, Optometry Division, Electrical Engineering etc with mostly A level work, got me nowhere other than bringing great grief in my life, and knowing that I will never be eligible for any benefits in USA in my lifetime other than meagre energy assistance paid discriminatorily to me unlike others

with SSI income over $710 p.m. who get close to $1500 to $1000 annually when I never got more than $300 approximately as I had no choice but to ye in agreement with State Bank of India for higher interest rate that nothing is transferable out of India when I am investing there, to prevent irreparable harm to me then knowing never got any justice to this date in this land.

2(e) Address of many RICO parties like R.A. Smith address is unknown to me with many other parties and for this reason ten prior cases need to be reopened and put on the dockets back, as service got conducted then and I cannot do anything in my totally disabled condition unless US Attorney General decides to take over and process all RICO claims of Dr. Vora and/or courts make them ie. US Attorney General to do it for me.

2(f) Even medical world is part and parcel of the RICO conspiratorial activities, some of them at least, in influential positions for all this to happen and they are part and parcel of RICO schemes too and have been doing everything in furtherance thereof like medical doctor at SCI fabricating records with venereal disease and sending it to Loretto with postal date of receiving it in Loretto post office on 8/18/03 and delivered to my house probably on 8/21/03 and as far as I am concerned, I have no intention to let them succeed on any one of them and if I has to die with me, I shall die with me as it is for preservation of Jain religion and its principles and earning our livelihoods for generations to come with these values.

(ii) Dr. Vora is setting the contents of all prior pleadings in all cases by Dr. Vora and filed against Vora since 1985 herein in full by reference thereto, keeping in mind that Dr. Vora was totally unaware of RICO statutes, what it meant with some of the case laws quoted in each RICO case etc. until recently, so was not able to plead RICO cause of

7

action at all and now Vora can see that whatever happened to this date and is happening to the date is pursuant to RICO conspiratorial activities and/or several open ended schemes including fraudulent ones; and is allowed ie. permitted in any case resulting from RICO activities. See App. xiii[(2018).]

2 (iii) Dr. Vora is also setting the contents of "Motion for Extension of time and Injunction ..." of US Supreme Court sent recently on 10/20 the 25-10-9 to its supreme court here and in full by reference thereto and is attached for US District Court in this case with CV-275 case showing some of the predicate acts by these conspirators right away without dropping or going thro' other cases right away as is permitted.

Count I

Vora v Ronald Fisher

(3) All prior paragraphs being set forth here and in full by reference thereto.

(2) All events including this incident of 11/2/05 took place in furtherance of RICO conspiratorial activities and/or in furtherance of several open ended RICO schemes and/or due to conspiratorial, willful, wanton, reckless misconduct of defendants in following particulars:-

(a) My car and Mac Seville of 1983 was not illegally parked at all on the roadway called Sherman St. and did have the black tarp covering the entire Motor Vehicle to prevent vandals, conspirators, damaging it, stealing things out of it and doing anything in furtherance of RICO schemes, goals RICO conspiratorial activities, and putting me thro' unnecessarily expenses beyond my means; and was legally parked on the edge of sidewalk in Sherman St. which is open to anybody who gets first and was not blocking Brinsys bay or opening when Brinsys trucks are loaded and unloaded, practically every morning at 7 A.M. Monday thro' Saturday.

(b) In failing to acknowledge the truth that there was no unlet conditions at all at the spot practically close to intersection

of Sherman St. & Hayne Ave as there is light right &
& the corner there, as wellas bridge has lights of.
bypass, Route 56, so as a matter of fact there is

double or triple lighting, as even advertising board closeby on 2145 of
bridge has bright lights, so it is very well lit contrary to claims of
R. Fisher and officer Caruthers and in such lit conditions, even
black tarp on it does not prevent the vehicle to be seen with tarp
on it, and/or

4(c) In failing to acknowledge the truth that all was done
in furtherance of RICO conspiratorial activities and/or RICO
schemes and goals and did see the vehicle with tarp standing
more than 11'high, but everything was done willfully, purp-
osely, and/or

4(d) In failing to give Dr. Vora his name, address, telephone
no,, insurance co. name and address, name and address of
vehicle co. whose vehicle he was driving, violating laws of PA
as wellas USA, Nor which is more than 1 predicate act

4(e) Or In failing to even acknowledge and let Dr. Vora
know right away or even later on when Dr. Vora lives opposite to the
parking lot & parking lot has been empty since several years
with no vehicles parked at all & they all knew where Vora lives
& yet failed to notify her with the names and addresses as
mentioned in 4(d) until 10/29/2009 until Vora had to
go out taking more than 1 year to get it as she was getting no coop-
eration at all from anybody, including parties involved in damaging it, police

9

with city personnel, who all were acting pursuant to RICO conspiratorial activities & RICO schemes goal even if they had to do it by putting Vora in prison for life & take her life; and/or

4(f) For failing to acknowledge the truth that my vehicle did not just suffer 6 o'clock light damage which I understood on 10/29/09 from Nationwide Insurance representative just as bumper damage, but actually suffered quite heavy damage that fender, trunk lid, left & rear tail lights with connections all were damaged and that parts on this car are not available at all which can be counted as more than 1 predicate act too; and/or

(e) Prior to being hit, nothing was leaking from the car & only after being hit did anything leak or I fit and Dr. Vora's heater core hoses, which Dr. Vora had to cut to bypass heater core in summer times, & be able to use her heater core inside her car for heating purposes was done by Dr. Vora in Salix after the car was towed 2nd time after 11/3/09 by Sgt. Tanuga and Bollinger, when she had put her vehicle in storage as her strength was unable to close it air tightly, so only after that it leaks a little bit and still has to work on it on getting time, so failing to acknowledge the truth that heavy damage was sustained and made anything leak if there was any after being hit, as when hit by a vehicle; it does move the car from the spot how it is parked and does damage to the car and nothing was leaking when she had parked the car, so another predicate act, maybe more than one; and/or

4(f) cops and everybody knew including people around as well as Fisher where Vora lives and Vora was at home and goes nowhere on Friday evenings as Vora's health condition is very, very perilous and

and she can hardly get around even in her house since 1983 accident
and they could have immediately contacted Vora to let her see the truth,
so failing to even notify her at any time to bring her to the scene
of the preplanned accident, another predicate act, in furtherance
of RICO conspiratorial activities and/or RICO schemes and goals: 2/or
4(g) In failing to acknowledge the truth that car when hit by another
vehicle gets moved, another predicate act, and so Vora does recall
that Dr. Vora did see the car on 11/3/09 in the morning around
8 A.M. covered with tarp and then it was gone, so going to double
check on it with towing co. and Krisays warehouse people were gone
and they have loaded, unloaded successfully thro' many, many years Krisay
vehicles all the time with opening on Sherman St. and does
not block their bay at all & generally 2 vehicles can be parked
at the spot where Vora's vehicle usually gets parked & Vora
took the trouble to park far away from the bay entrance &
cannot remember if trailer was hooked up to it or not right now,
but usually it has a trailer hooked up to it so I get double towing charges
& does recall, she had to pay over $400 to get it out, otherwise
storage charges mount's if person does not get it out right away,
towing co. auctions the vehicles off to get their towing & storage
charges, 4/or

4 (h) In failing to guide Vora properly at all in furtherance of
RICO conspiratorial activities and/or RICO schemes as when I called
police if Vora could drive the vehicle as it was after being hit as
it would start and will be moved around with just one tail light
on LHS instead of 3 and Sgt. Tanuga and cop. Killinger both were
present there and they said on the phone I could drive the car and
then again towed it by stopping me in the 1st street alley that
runs parallel to Bedford St. and Frankers ??? St. between Cedar and

Hickory St. and towed my car and trailer both away 2nd time claiming no proper tail light etc. already given in some pleading & I had to pay another charges of over & over it & usually I have trailer hooked up to it and Vora had taken the trouble to go to Baumworth Auto Body Shop with vehicle taken there so that they and I can work on it and get the fender straightened out a little, to get the trunk lid shut, as after the accident, it would not shut at all in this damaged condition and did other work on it later on. Since Vora cannot even get around the house very easily at all many times, and even on Nov 1st 2001, Vora could not and cannot with no time for it produce details on towing with trailer hooked up to it as usually Dr. Vora keeps trailer hooked up to it as Vora is unable to hook and unhook trailers that easily as her strength is not sufficient to do anything. So than one predicate act again by all bps involved

4(i) In failing not to deprive her of the use of her vehicle to get around as Vora just cannot

get around that easily without on her vehicle; is more than 1 predicate acts by bps involved &/or

4(j) In failing to provide a replacement vehicle at all at their expense, as another predicate act as Vora can hardly afford to rent anything at her expense, paying out of her pockets as after disabling Vora totally, not even money for lifetime medical expenses got put into her pockets on total fraud ~~& seed~~ other than s not even full medical expenses got put into her pockets & these attorneys with hers Guardian Ad Litem erected on me pursuant to RICO

12

conspiratorial activities & RICO schemes went settled the suits under ex Judge Abood for $43000, all done without jurisdiction, passing null & void orders when federal court did not even assign the no. to removed case of 1985-2043 (CC joined with accident case until 2001, making all decisions of state courts null & void & law requires them to vacate it being mandatory as quoted in 1985 2043 2007-158J, 2009-275 J cases ~~incorporated against~~ Dr. Vera by police dept. personnel showing all continuing predicate acts, which are still continuing.

4(h) In failing to give any kind of transportation to vera in her condition another predicate act, knowing quite well that even Cambria buses will not ride her buses, all working together in furtherance of RICO conspiratorial activities & Rico Schemes & their goals

4(l) In failing not to aggravate Vera's pre existing injuries, another predicate act, by depriving her of the vehicle & forcing her to walk from place to place which she cannot do that easily at all, but she has to do it in order to prevent these RICO conspiratorial activities and RICO goals and schemes to succeed at all and as to getting bed ridden knowing quite well that I am not eligible and will never be eligible for any kind of benefits worldwide that of SS and/or Dept of Welfare benefits due to my agreement with state Bank of India to get higher interest on whatever little amount with

them that it is not transferable out of India and knowing quite well that I will never be able to get SS benefits of any kind in USA since I did not work on a resident alien card earlier it was 5 yrs. & now it is 10 years after being disabled totally since 1983 & with no loss of wages or lifetime medical expenses put in my pockets other that $43000 which is not even an Asst. Prof.'s salary for a year these days, and as threatened unless I give them 50% of the business profits business will not see the light of the day & seeing this totally disabled condition of mine with terrible hip & leg pains, I doubt very much, even if I would do any kind of business and on top of it has been refusing to give me special business license permit required in Johnstown after 2003 or later when I got the place in business zone & without the website as agreed upon with Bell Atlantic which became Verizon Inc. later on to whom money was paid in advance for an entire year & instead of pulling it the way agreed upon orally, they tried to put something quite devastative to me of a male person's picture with stethescope & Dr. white gown on him, which would have landed me in prison for 20 years & in spite of hassling with them for over 6 months, they did not do it & neither my money was refunded at all & ate up the money totally when they forced me to cancel the contract unless they do it exactly the way as promised to me & did not have burn sure affidavit signed by so people on it & courts of law did nothing & refusing to reopen the cases pursuant to

14

discovery of RICO statutes by Vora and fact remains, Vora could and can rest in her car every few steps with heat on in it;

4(m)(i) In failing not to create stresses and strains in Vora's such precarious condition by depriving her the use of her vehicle, another predicate act, and/or

4(m)(ii) In failing not to create circumstances in my life to get trade secrets stolen by any means, another predicate act of RICO, knowing quite well that I prepare my gene therapy from scratch and " " " " " have to use it several times in a day even to take a step as such and/or even to walk slowly with babycart and cannot live with anybody else other than her own house, as well as to prevent it getting stolen; and/or

(n) In failing to return Vora's phone calls and/or call Vora with all information needed, another predicate act every time after Vora got police report requesting specifically insurance company's name presently with WESCO as earlier in 2007 with their headquarters who are required to pay my damages, their headquarters address and phone no, preferably 800 no., with Courier Express headquarters address and phone no. preferably 800 no. with their directors name as such.

(o) In failing not to create circumstances in Vora's life knowing quite well that her gene therapy stains everything, so she cannot even live in any place other than her own owned home, as she has to use it on her and depriving her of it can take and/or shorten her life, another predicate act; and/or

(p) In failing to even notify Courier Express and their insurance co. about 11/2/07 incident to pay her damages, another predicate act; and/or

(q) In failing to get Courier Express and/or insurance co. to fix her vehicle and/or get a replacement vehicle to drive until it gets fixed for Vora's use, so more than one predicate act; and/or

(r) In failing not to hurt my business at all and/or put a stop

21

blast that I heard at 10 A.M. on 11/1/09, so I cannot & would not hear the answering machine over and over again to listen to the name GA Robins & whom it was being represented, however I do recall the name Robins in CCC 409-2000 CCC (=> CCC 2000-30 J (=> GOAF case of JPD with CCC on 911 center on 100% fabricated charges for which 535 the blue house was set on fire & boarded up in efforts with other conspirators, like Verizon, Inc etc build my house so I did make me wonder whether I was set up or not or whether they all are part of RICO conspirators as Nationwide Ins. Co. is also defendant in 1983 accident cases too as at that time they were insurance Co of R. Criste, in whose car I was seated on 8/12/83. disabling me totally & refusing to compensate me with loss of wages for life to this date.

(e) In failing to acknowledge that they are Wesco Ins. at all owning little white cars with of leurer Exp. with phone no. 1-800-837-5959 that run in Johnstown when computer generates Wesco Ins. Co. address and

phones as (1) 888 -462-2022 headed by William Hoci Messerly

at 2051 Franklin Rd., Franklin Way Marietta, GA 30067 and always with CEO as Jack Messerly & always telling me both of UPS & J-Company they did not have any of their vehicles in 2007 in Johnstown

22

& they just have trucks and box cars since 2008 & they are not the one insuring the car that hit my vehicle which took more than a day

(ii). Same holds on 200 Somerset Corporate Blvd. Suite 100

Rickwater, N.J. 08807 with no. 800-267-7282 when computer generated that for UPI

(iii) Same holds on computer generating for UPI as Wesco headquarters address as 54 Maiden Lane, 6th Floor NY, NY 10038 with nos. 800-443-7187, 212-220-7120 with Barry Bov. Zyskint as Director & they claim to be credit card co.

(iv) Another one calls itself as Long Distance Carrier Express at 1-800-936-5116 which I ruled out as Carrier Express

(v) TPD giving me WESCO Ins. as 209 Broad St., Johnstown at 536-5761 & they claim they are not Wesco insuring the cars with no ph no 800-837-5959, so I am getting nowhere on it, so until

5 US Marshal conducts service on Mr. Fisher & Carriers Express at the addresses given by police dept. & yet the

23

address of headquarters of WESIO to conduct service on them, it's totally unknown, or otherwise get it out of them individually & under Fry Co. & I will report it to Bureau of Consumer Protection at 1-800-441-2555 in getting time as I have to put Notices of Appeals out too on Judge Diamond's orders refusing to reopen some 8-9 year cases, part & parcel of RICO conspirators with as service was conducted then to be within of statute of limitation on RICO claims as courts may & may not want to go along the fact that until plaintiff or defendant discovers RICO cause of action, statute of limitation does not start running on it, so to be on safer side, it is best to reopen those cases when they are genuinely RICO cases & not just employment cases & same holds on Memorial Hospital cases with their doctors, and since Vora does not have any of her parent papers which mostly got destroyed in 535 Oakland Ave fire, so Dr. Vora prays for the Grace of God and sense of justice on behalf of US Courts & US Attorney General and not penalize innocent person like Dr. Vora sees it, making her suffer so immensely to this date.

(12) Dr. Vora is selling the contents of foregoing paras (5)/(6) here again as if in full by ref thereto.

                              Count IV

Vora v Conspirators like JPD, Police chief with its officers involved quoted in Praecipe like Tenciga, Killinger,

24

2. Carothers, city of Johnstown personnel involved the ^with Franklurgstigers^ City Manager earlier last years, Tom Oldham etc in suits launched by them, Sgt. Kieferche as vora does not have all papers at all as they were removed too from my place at Silkross one too along with Police they must etc with St. Francis College, Memorial Hospital some doctors with Memorial Hospital with their family Clinic, free Clinic of Johnstown as part is parcel of RICO conspirators in furtherance of RICO several open ended schemes with the judges (Magistrates Musulin, Barron, Greenberg etc along with D.A. Office ^Ayers.

13 (i) Dr. vora... setting the contents of all prior paragraphs and all prior ... beginning ... from RISS-141 cases on to the most recent one cyst... now here as if in full by reference there to including most recent threatened charges too

(13(ii)) All events including this incident of 11/2/07 tooks place in furtherance of RICO conspiratorial activities and several open ended RICO schemes ... too to ex-spiratorial activities, willful, wanton, reckless misconduct of ... in some of the following, particulars as Dr. vora does not have time at all to enumerate all of them in details ^... referring to prior statute ...^ (a) Dr. vora... here there to... the pleading in all those cases beginning 1985 year here as if in full by reference there to bearing in mind that vora had no idea of what RICO statutes

25

were a what RICO meant until recently & it showed to Vora
that all are RICO cases & everything that happened upto now
was in furtherance of RICO conspiratorial activities &/or
in furtherance of several open ended RICO schemes &
this is allowed in RICO cases as per App. j(iii)(2618), which
is very very advantageous to Vora including those of most recent
cases upto 2009 - 275 S case here as if in full by reference thereto.
(b) fact remains that RICO activities are continuing
as shown by attached citation which is outrageous
extortion as govt. has no right to intrude onto private property

to enforce any such totally unconstitutional state statutes
which are totally arbitrary, unreasonable, whimsical etc.,
propounded and adopted to target Vora and her family in
furtherance of RICO conspiratorial activities and or in
furtherance of several open ended RICO schemes and is outrageous
extortion when their employees like Charlie, and his boss
at the back calling himself Larry and then on 10/30/09
calling himself Buddy said it is all right to put it in the
shed and nobody will bother me.
(c) Same holds on threatened citation of Killinger on

14

she was at home. so another predicate act

(e) In failing to do the cops job properly of getting all names, addresses of people involved in accident, with their vehicles owners insurance cos. names and addresses and given to both parties right away

(f) In failing to provide all information to Vora right away as well as on demand in spite on phone several times & always telling her everything has been taken care of & I will be contacted when needed and ms Vora's will be taken care of too & refusing to give me address of Ronald Fisher, Courier Express, Wesco earlier other than on 10/29/09 at 3 P.M. & even then refused to give it to me at their police station demanding $15.00, however under new City Manager when somebody told me or when officer at bother left message for the 1st time, I had filled out a form to get report on it without any charge as urgent, so got it from new City Manager Hassering on which earlier I never had their cooperation & how to get the report which was unknown to me, earlier. &/or

(g) In failing to give proper training to their cops. and cops failing to do their jobs properly and I think it is all pursuant to in furtherance of RICO schemes &/or RICO conspiratorial activities &/or

(h) In failing not to lie at all as it is willful, wanton, reckless misconduct in furtherance of RICO schemes &/or conspiratorial activities as all I have seen so far in Johnstown that cops in Police Dept. of Johnstown do nothing but lying 100% & good cops doing their jobs properly, doing their duties properly get thrown out as one cop that I knew of who was good & said so when Grandinetti took all stored cars in storage area of &11 ½ Roble Ave. whose ____. I cannot at all is no longer there.

26

Franklin St. is outrageous absurdness when there was no hole anything fell off & Vora cannot afford all this knowing quite well she has to live on whatever she has & whatever she gets from registry as she is/never be eligible for any benefits in her lifetime at all other than meagre energy assistance which they pay twice at most around $300 annually unlike others who get over $800 upto even $1000 when even their SSI payment is over $1000 m with complete medical coverage which Dr. Vora never got to this date under any govt plans or septc as such, as being in most minority groups in every corner of the world hardly are other family that Vora knows of born USA from her group, with whom she never had any contact at any time and I learnt from my younger sister that my distant cousin Harish is dead nobody is there in this land of whom I knew of -

(a) by failing to give Dr. Vora name, address, telephone nos of operator, vehicle that hit Vora's car with their insurance headquarters to file claim & get damages out violating laws of (?) USA more than 1 predicated act as at least 3 names with more than 3 addresses were never/to be given to Vora right away & Vora called to the sight, knowing Vora lives opposite side was being there that

4) In failing not to participate in activities like getting all my phone messages getting wiped out off my phone around 10 A.M. on 11/1/09, as conspirators involved do have powerful disposition & connection with scientific expertise, that I heard around that time sitting in my house, a blast outside far away that wiped out all my messages on this accident since 10/29/09 & nor information got left on it with their voices preserving all this other than few hand jotted notes that I wrote to make sure I understood what they had said.

28

(5) No more time to state anything further to meet the statute of limitation deadline in case it does not get entertained as new case, then in that event still federal court has supplementary jurisdiction to process it without any requirements of any kind.

29

(14) Dr. Vora is setting the contents of foregoing paras (5),(6) here as if in full by reference thereto.

Note: (15) Dr. Vora is unable to get around at all these days and forcing herself to walk to make sure she does not get bedridden or die unfortunate death & federal court system decides, case has to be processed in the right forum when Dr. Vora's choice on forum is federal court, it is the duty of federal court to transfer the case to right forum with attorney appointed on contingency basis, if courts decide not to award attorneys fee, and as far as Vora's knowledge goes, it must be processed as Rico case with US Attorney General processing the case, as Dr. Vora knows CCC is very corrupt, raise with higher state courts that Dr. Vora will not get anything out of these & all they will do is take all the money trying to collect illegal debt & fabricating charges on Vora & going for them, trying to put Vora in prison for life & trying to force her to leave US & go back to India to die, as Vora will not survive this at all in her jurisdiction & no loss of wages got put into her pockets to this date to live on it & without her own house Vora cannot survive at all.

Respectfully Submitted
Chandan Vora.

15

to my advertising trips for business to succeed after Verizon Inc. attempt failed to get my trade secrets and/or trying to put me in prison for 20 years and knowing that they gobbled the entire year charges paid them in advance, Vora cannot afford anything as only in this business of bringing burn victims scarfree and/or scarfree remedy with 95% success on good scars like plastic surgeon with no adverse reaction at all, soothing pain, headache, people will make adjustments, another predicate act, s/or to be able to transport anything from anywhere, another predicate act and/or

(5) In failing not to participate in making original estimate of Burnworth Auto body shop to disappear totally from my house when I had taken the trouble to get the car across to their place to get damage estimate etc., another predicate act; s/or

(t) In failing not to participate in ongoing RICO activities, schemes of conspirators trying to take all my property, do damage to it, including of trying to take my liberty away, so that they can lay hands on whatever they can and enrich themselves and/or injure my business property etc. and/or even my life by such activities of theirs

(u) In failing not to keep on purposely, willfully to indulge in tactics of letting the statute of limitation run out just as an accident and/or state law claims, another predicate act; and/or

(5) As a result and proximate consequence of all this Vora is suffering from severe aggravation of pre existing conditions, severe hard financial situation of her life & causing great anxiety, worries in her life how she will be able to carry on her life with House of 571 Robb Rd. living alone to prevent her trade secrets getting stolen & be able to pass it

onto her relatives of sisters and brother who will be part and parcel of family business and to prevent them going thro' same fate as I have been put thro'.

16) As a result and proximate consequence of all this Vora is entitled to attorney's fee, cost under RICO, all sorts of statutes with treble the amount of damages; with punitive, exemplary damages of all kinds and request the court to appoint attorney practicing in these fields of RICO statutes, accident case statutes, civil rights statutes etc. and/or request and/or order US Attorney General to handle the cases, get RICO conspirators to justice as well as get all types of damages out for me which they can do as quoted by me in one of the case laws on cop's and conspirators fabricated charges on me uptil 2009-275 case and US Attorney General has that authority too as Vora is not well at all and request stay order to do anything otherwise as well as to suspend rules for the sake of justice in Vora's such precarious, terribly painful condition and for Vora's well being and to prevent irreparable harm to Vora.

### Count II

### Vora v Forever Express

17) Dr. Vora is setting the contents of all prior pars. here as if in full by reference thereto.

18) All events including this incident of 11/2/07 took place in furtherance of RICO conspiratorial activities and several open ended RICO schemes s/or due to conspiratorial, wilful, wanton reckless misconduct of defendants

17

in following particulars: — •

(a) In failing to respond to Vora's calls even properly to pay her damages, ~~and/or~~ ~~printer~~ another predicate act and/or failing to contact her at all since 11/2/07, another predicate act and/or

(b) In failing to do anything which law required them to do so as soon as Dr. Vora got a chance, Dr. Vora called from their car carrier Express on 1-800-837-5959 several times since more than a year and was always dodged and when they demanded get an estimate of damages more than one times someone than one bet and send them a copy of the estimate, &/or

(&) In failing to pay even estimated damages on the vehicle &/or even take care of the vehicle by fixing it &/or getting it to the repair shop of Thomas or any other dealer Buick Cadillac dealers/or Burnworth Auto Body Shop to get it completely fixed, so that Vora would use a vehicle to drive;

(&) In failing to even acknowledge that it was carrier Express vehicle which hit my vehicle depriving me of all amenities and benefits of the use of the vehicle, as telling me prior to couple of other calls on it, how do I know carrier Express vehicle hit my vehicle, in spite of me telling them that it was Johnstown police dept. who says so, another predicate act &/or

(&) In failing not to speak 100% lies telling me, at one call that everything was paid for and taken care of when nothing was paid for & nothing was taken care of

8 [18]

(7) In failing to get their insurance co. pay for it and to make sure that they have done so, as their representative Paul to whom also I had spoken more than 2 times did tell me that he forwarded the estimate to their insurance co.

(9) Dr. Vora is setting the contents of pars (5), (6) here again as if in full by reference thereto foregoing

Count III

Vora v. Wesco Ins. with address unknown to Vora to this date with her insurance co. that of unknown to their ins.

(10) Dr. Vora is setting the contents of all prior paragraphs here as if in full by reference thereto.

(11) All events including this incident of 11/2/07 took place in furtherance of RICO conspiratorial activities several open ended RICO schemes & or due to conspiratorial, willful, wanton reckless misconduct of defendants in following particulars:—

(a) In failing to contact Vora at all at any time in spite of claim of Paul, representative of Courier Express telling me they had forwarded the estimate and my request of damages, taking care of my vehicle, to provide replacement vehicle etc. to their insurance co. once & said that again even on call prior to above and/or after so more than one predicate act

(b) In failing to even give their address name of their

19

representative even to set up a claim on my behalf
when I called several times Courier Express, so more than predicate act
(c) In failing not to lie at all to Courier Express representative
Paul telling him everything was paid for & taken care of
on 11/2/07 Prolonged, another predicate act, & for
another predicate act, & for

(d) In failing to give Nationwide Insurance representative
Dorothy Corcoran Corcoran at 1-800-889-9872 Ext. 5173
the address of Wesco Insurance headquarters with
800 no of theirs to her, so I could get it from her as
Dorothy Corcoran said until they dig up historical document
on whether my Cadillac car had collision coverage or not on
11/2/07, she cannot do anything as it can take several

weeks as I did tell her I did contact Broolermarkle

Insurance who always told me get it out of opposite party as
they don't want to get involved and did tell her that
time Broolermarkle Insurance with Nationwide Insurance
was making a great fuss to give collision coverages on
'83 vehicles, and Nationwide Insurance Co's answer always
was if it does not have collision coverage, they cannot do
anything for me and don't want to get involved at all

20.

and even though she told me when claim no. is set up,
it should go thro' even at this later date, of which
I did not & do not believe & trust anyone on it and
did tell her on state law claim as evident case if it
does not go thro' as a RICO case runs out on 11/2/09
so I have no choice but to put papers in Irwin federal
court to be filed on that date & needed their help to get
addresses of all these parties w/ their headquarters
& they repeated to me what they got which I stated
earlier, however she did tell me that she set up claim with
wesco thro' Diana Lewis at 1-212-815-8900 Ext no. 113
with ref. no. 071102 FISH to prevent claim being not set
up within statute of limitation time & assured me it should
go thro', so I did tell her, worst case has to be filed latest by
11/2/09 & when I called this no. of Diana Lewis
at 1-812-815-8900 Ext no. 113 requesting address of
wesco headquarters, I got no phone call back to this
date with their headquarters address, however I got.

I did hear saying something like GM Robins on it
however, the all the messages got wiped out on the

Nos[I] 08-4711 .COAF

[=> 03-CV-00135 joined with CC courthouse accident cases & was removed to federal court as of right <= CCC 1985-2043 to which all accident cases were joined by Howard Messer (a) 1985-1496, (b) 1985-2040, (c) 1985-2041 (d) 1985-2112, (e) 1985-890. See additional 2 attached pages following this for details of docket nos.

IN THE
SUPREME COURT OF THE UNITED STATES

& all cases installed by cops and City of Johnstown on Vora with Bureau of Motor Vehicles.

_Dr. Chandan S. Vora_ — PETITIONER
(Your Name)

VS.

(1) Howard Messer with accident parties (a) L.A. Lorditch, (b) R.J. Miller, (B) Nationwide Insurance, (d) — RESPONDENT(S) G.M. Toth & A. Criste, (2) C & N McGough, Boro of Loretto, PA Dept of Transportation, Cambria County, (3) Motorist Mutual Ins Co. & Vora was defendant in this & no suits was conducted on Vora at all to my knowledge & even then Francis Cristy [?]

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed in forma pauperis.

[ ] Petitioner has previously been granted leave to proceed in forma pauperis in the following court(s):

(1) US District Court of Western PA (2) US Court of Appeals, 3d Cir, but State Courts like CCC (Cambria County Courthouse) are refusing to give me IFP at any time in spite of my neurological debilitating

[ ] Petitioner has not previously been granted leave to proceed in forma pauperis in any other court. condition with no earned income, no benefits of any kind other than few

Petitioner's affidavit or declaration in support of this motion is attached hereto. & dollars on energy assistance, most of the time 300 and some dollars except last year around $500 & 2 years only got paid around $500 when discrimination (Signature) suit was installed on them which is more costly than the money they give as energy assistance & security and nothing for cops to not want installing suit.

(4) Bureau of Motor Vehicle with DAof CCC in his chamber Co.
(5) Cambria County (6) N. McGough with his own Co.
& All cops and city personnel cases of fabricated made up charges that are unreasonable, whimsical, arbitrary pursuant to totally unconstitutional statutes of PA 18 PA CSA §6501, targetting Vora and her family on same grounds after disabling Vora totally in furtherance of RICO conspiratorial activities & several RICO schemes etc.

COURT LIST OF PA AND US DISTRICT COURT OF WESTERN

WESTERN PA                                    & US DISTRICT COURT OF

(1) CCC      CR-1243-2007; OTN: K 6893471 (⇒) USDC 07-336 J (⇒)

(2) CCC   2644 2006; OTN 630575-6 (⇒) USDC 06-232J (⇒) COAF 06-4937

(3) CCC      CR-1143-2007 (⇒) USDC 07-207J (⇒) COAF 07-40
             OTN: K 555 5341—(⇒) Mag 356-07-CR

(4) CCC   R-112-2007 (⇒) 07-371J USDC (⇒) COAF (08-1051 (C.V. 3/11
     with K 6558484—        (⇒) Mag CR-149)-07
     (5) CCC    CR-(2-1470-2007 CEN : K 5419001 (⇒) USDC 07-50J (⇒) COAF 07

(6) CCC     CR-426-2007 ; OTN: K 5709071 - (⇒) USDC 07-11J (⇒) Mag CR 7
                                           (⇒) COAF 07-1354

(7) CCC    102-2007 (⇒) USDC 07-177J (⇒) USCOAF 07-354

(8)  Sgt Niefer v Vora case  409; 2000    (12) Sabo v Vora (⇒) CCC 1901-99

(9)  City of Johnstown v Vora  Grandinettis 2 cases ( & vacuum cleaner

(10)  2003-1071 (⇒) USDC 08-143J (⇒) COAF 08-8551
(11) Dept Trans Money, etc Bureau of Motor Vehicles v. Vora, TR-796 (⇒) CCC 2008-2637
(11)-(10),(12) Johnstown                 08-143J in USDC (⇒) COAF 08-2787, 08-3796

(12) USDC 09-158J (⇒) CCC 1204-09 (⇒) COAF 09-3258

(13) 09-82J (⇒) COAF 09-2566 (⇒)
with Greek's docket No NT-22-09

with Greek's docket No NT-22-09 CCC all cases prior to it in which CCC imposed fine illegally.
Very hard to remember all the docket nos. if CCC and corresponding dockets nos of USDC and all
cases of state courts were removed by Vora in IFP to federal court, so even if some are missed
federal court has all docket nos. as Dr. Vora never had any trust in PA cops and PA courts,
as Vora knew from 1969 how they fabricate charges, extort money etc. and for that reason
when I tried leaving PA to go to Michigan on University of M.I. Ann Arbor job offered
Associate Instructorship in Computer Science Dept. signed by Dr. Rounds of Electrical
Engineering and Computer Science Dept. signed by Dr. Rounds of Electrical Engineering
and Computer Science Dept, St. Francis College etc were part and parcel of RICO
conspirators, totally disabled me, refusing to put Loss of Wages in my pockets
& Attorneys telling me if you don't like it go back to India and nobody
seems to have any conscience, integrity at all in PA.

IN THE US court of Appeals, 3rd Cir., & US District Court

(1) 07-3541 (CONF <=> USDC 07-1775 <=> DCC 112-2007

(2). 08-4711 (US CONF <=> 3-01-CV-00135 <=> DCC 1985-

which all accident cases now joined by Henry A Messer

(a) 1985-1496
(b) 1985-2040       } all these cases got processed under wrong
(c) 1985-2041
(d) 1985-2112

by US District Court not as cases joined to (2) in which Vora
and is defendant, so removal was applicable to es joined
with all these, and Ayers and Kniry apparently joined
my name to (e) as defendant, so Dr. Vora removing it to
federal court as part and parcel of case (2), when Vora was not
even aware of case (e) until it went to conclusion practically
and never knew whether she was plaintiff or defendant or anything
thing on the case & no service got conducted on Vora at any
time on this case; so everything was done illegally & must be void

(e) 1985-810 <=> 1269 PGH, 1959.

(f) 85-14, Vora v. St. Francis College, part and parcel of
conspirators behind accident cases as a matter of fact
Dr. Vora had joined to (d) N. McGough and his owners to
it Appellate stage & Cambria county was joined in a separate
out in federal court whose docket no. Vora does not have as
Oakland Ave was set on fire burning all his case files in
the cases and as Judge Abood did everything without jurisdiction
using H. Messer he appointed J. Ayers is guardian ad litem
in total extreme fraud who picked P. Kniry to process all these
in the cases.

Nos. *As listed in IFP motion*

IN THE

SUPREME COURT OF THE UNITED STATES

———————————————

*Dr. Chandan S. Vora* — PETITIONER

(Your Name)

VS.

*As listed in IFP motion* — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

*US Court of Appeals, 3rd Cir.*

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

*Motion for Extension of time to file* PETITION FOR WRIT OF CERTIORARI *and Motion for state and CCA, Mags. i Injunction on these conspirators, including cops, state courts, who are part of it pursuant to RICO conspiratorial authorities in furtherance there of's in furtherance of several RICO schemes that are open ended, violating Hobbs Act too.*

*Dr. Chandan S. Vora*

(Your Name)

*511 Robb Ave,*

(Address)

*Johnstown, PA 15901*

(City, State, Zip Code)

*814-536-4860.*

(Phone Number)

IN THE US SUPREME COURT on all cop cases fabricated by conspirators as indicated earlier and Docket Nos. 01-135 I joined with accident cases by Mr. Messer of Strassburg &

McKenna Messer Shilobed and Gutnik which got dissolved totally and Mr. Messer has his own law firm now, all was close on fabricated records in furtherance of RICO conspiratorial activities, pursuant to several open ended schemes and accidents were part of it, in furtherance of RICO conspiratorial activities and schemes, disabled Dr. Vora totally with no Loss of Wages put in my pockets to this date and all null and void judgments have to be vacated, as it is mandatory ⇒ App j(iii) (2657) (2657)-(2661) CCC 1985-2043 to which accident cases 1985-2040, 1985-2041, 1985-1496 1985-2112, 1985-896 cases were joined in which Dr. Vora was and is plaintiff and Dr. Vora is defendant in 1985-2043 case which was removed to federal court and federal court Greek clerk with federal court processed them wilfully, wrongly, maliciously with conspirators to dupe Dr. Vora thoroughly, with no docket no. assigned to it until 2001 s processed accident cases individually, which was and is null and void, as they were joined to CCC 1985-2043, case and since federal court dismissed the case, with Guardian Ad Litem dismissed being total fraud, accident cases were joined to it so once removed as joined cases, should be restored to federal court dockets and processed in federal court. ⇒ WAF 08-4711 Free Clinic Medical doctor now writes I am disabled totally due to pelvic fractures etc as I suffered uncountable fractures in pelvic and heal pad of right foot and many such fractures from top to bottom, including closed brain injury which resulted in formation of abnormal blood vessels, which did not get detected until recently, hardly 2 years ago, and statute of limitation does not start running until injury is discovered and under RICO act, statute of limitation does not start running until the person discovers it that it is, as a matter of fact Rico activities cases and enclosing some papers and pleadings in it showing many predicate acts and even 535 Oakland Ave., my former

10/26 -/09-1

rented residence was set on fire and boarded up on pretextual excuses, with library room was totally destroyed in which all case papers, pleadings were located, in particular accident cases etc. and were destroyed totally probably as it suffered the heaviest damage in 2001 fire there and fire depts. are part and parcel of conspirators too, claiming there is 4' of water in basement as per Judge Krunemacker, when there is not a single drop of water, doing severe damage to my property etc., and all these activities started since 1949, when I was severely burned on entire right eyelid.

Now comes Dr. Vora and avers in support thereof:—

(1) Dr. Vora has been bogged down with too many cases installed on Dr. Vora by these conspirators in furtherance of RICO schemes, that Dr. Vora hardly gets any time to handle them, as Dr. Vora has to take a walk to prevent getting bed ridden, practically everyday uptil noon time, and since gums and teeth were injured severely too then, it takes 4 to 5 hrs. to even prepare food and eat it.

(2) Dr. Vora is attaching some papers showing ongoing RICO conspiratorial activities in furtherance of RICO open ended RICO schemes, to reduce Vora totally to a pauper, take everything from her whatever little amount, i.e., $43000 was put into her pockets as part of RICO conspiratorial activities in furtherance of, by creating severe hardships in her life, so they can get her trade secrets, make millions on it and no attorney wants to do anything for Vora to dupe her, Dr. Vora is being forced to proceed prose.

(3) Dr. Vora can hardly do anything with such severe disablement and will never be eligible for any benefits in her life and under no circumstances, Dr. Vora will violate any laws of India, or any land including USA, and charges

10/24-108-2

are getting fabricated totally on Vora and State Court Judges with federal system shutting their eyes on it and going blindly for these conspirators and have racked up fines illegal and lost over $6000 close to $7000 and will go up higher, as they do nothing but lie 100%, and pursuant to RICO schemes, in furtherance thereof, ignoring laws of the land, State Court Judges passing null and void orders, without any remand order coming directly to State Courts by certified mail with return receipt, when Judge Diamond writes dismissing the case, when I did not file the case, cops did, so legally interpreted would be that their case got dismissed and I can hardly even contact Dr. K. Joshi of I.I.T, Bombay, India to get some information on laws of India, Bombay, Maharashtra, Madhya Pradesh, to get definitions of medical practice, as e-mail letter gets wiped out to him, with sign coming up saying page cannot be displayed, and it takes me 2, 3 hrs. to even write a letter to him because of severe disablement as my hands don't function that easily to type it in.

13) So I definitely need extension of time and with hardly any finances with monthly income of $385, and some cents, a person like me can hardly afford anything and after what I have been put thro' in my life on this land, I am not going to violate any laws of India and my agreement with State Bank of India, saying that property in India is not transferable out of India at all, as I signed that agreement to get little bit better interest rate, when I found out that all laws on benefits are applied only to people of major class in some corner of the world and not a minority like me in every corner of the world, that I never got $8 housing when I needed it in 1991 Dec. when I was evicted illegally by these conspirators from 1178 Milford St. that I suffered a heart attack and chest

pains never left me with no medical coverage at all that I cannot even afford to see a doctor or buy any kind of medical drugs, other than my own remedies which I prepare from scratch which are also costly, time consuming and superior to allopathy medicine, without which I cannot even survive. Because of my agreement with State Bank of India, I will never be eligible for any benefits in USA and since I never got to work more than 1½ years on resident alien card, I will never be eligible for Social Security benefits at all after being disabled totally like this, and unless US Supreme Court overturns the decision of lower courts and puts Loss of Wages in my pockets, I cannot even live in USA and India that easily, as my family members of brother or sister have to accept me and look after me either in Canada or in India and without Loss of Wages put in my pockets to be able to live on it, they will not even cooperate and locally, pursuant to in furtherance of RICO schemes, they are trying to put me in prison thinking, finally I will be forced to give my trade secrets or sell it, which I have no intention to do that, and even if they have to die with me, it will die with me, so circumstances are being created to get it and none of my family members have a house of their own, as my remedy stains everything, so owning a house is an absolute must to be able to live longer and I cannot afford to live with anybody, as my trade secrets will be theirs then too.

(14) setting all the pleadings to this date in all cases from 1985 beginning here as if in full by reference thereto which is permitted in RICO cases, Appendix D-49's, Pora does not have them at all, other than federal court, Cambria County court house and for the sake of justice, US Supreme court can get them in IFP and see the truth by looking at their computer or pleadings there in and on original records.

pains never left me with no medical coverage at all that I cannot
even afford to see a doctor or buy any kind of medical drugs,
other than my own remedies which I prepare from scratch
which are also costly, time consuming and superior to allopathy
medicine, without which I cannot even survive. Because of
my agreement with State Bank of India, I will never be
eligible for any benefits in USA and since I never got to work
more than 1½ years so resident alien card, I will never be
eligible for Social Security Benefits at all after being
disabled totally like this, and unless US Supreme Court
overturns the decision of lower courts and puts loss of wages
in my pockets, I cannot even live in USA and India that Canada or
easily, as my family members of brother or sister have to
accept me and look after me either in Canada or in India and
without loss of wages put in my pockets to be able to live
on it, they will not even cooperate and locally, pursuant
to in furtherance of RICO schemes, they are trying to put
me in prison thinking, finally I will be forced to give
my trade secrets or sell it, which I have no intention to do
that, and even if they have to die with me, it will die with
me, so circumstances are being created to get it and none of
my family members have a house of their own, as my remedy
stains everything, so owning a house is an absolute must to be
able to live longer and I cannot afford to live with anybody,
as my trade secrets will be theirs then too.

(4) setting all the pleadings to this date in all cases from 1955 beginning
here as if in full by reference thereto which is permitted in RICO
cases, Appellee Dr. Vora does not have them at all, other than federal
court, Cambria County Court house and for the sake of justice,
 US Supreme Court can get them in IFP and see the truth by
looking at their computer or proceedings there in and on original records.

01/26/-1/09-4

(5) Note with particularity that accident cases must be reopened, null and void judgments must be vacated, being mandatory and put on federal court docket to be processed with records from Cambria County court house to be transferred to federal court, as they were joined cases to 01-135-J case with medical records in those accident cases in federal court or ~~back~~ (ie. Cambria County court house) which are over 1000 pages long and Vora can hardly afford to zerox them and does not get time to do it as Vora's zerox machine zeroxes at most 50 pages in one day; 2ndly present addresses of some of the accident parties like G. Toth, R. Criste, C. Mc Gough are unknown to Vora as nobody cooperates with Dr. Vora and service was conducted on these parties by former attorneys ie. Mr. Messer other than C. Mc Gough on whom Dr. Vora conducted service when she was living in Plano, Texas by certified mail with return receipt, as well as service got conducted by Dr. Vora on Norman McGough, Cambria County too and service was conducted on St. Francis College in 85-141 case too, all part of accident parties, as 85-141 case was just not an employment case, but as a matter of fact RICO case too, being in furtherance of RICO conspiracy and several open ended RICO schemes, which are still continuing & were within statute of limitation time as accident cases as well as RICO case, i.e. Vora discovered new statements lately.

(6) Accidents of 83 are and were part of RICO conspiratorial activities and in furtherance thereof and were in furtherance of RICO several open ended schemes until their goals are achieved which they have not achieved and if grace of God is with me due to good karmas and Jain religion principles, probably they will never succeed 100% on it, even though they succeeded partly on it, by burning my forehead in Dec 1991, circling me illegally that I was forced to prepare my remedy in front of Sonna Sisu & her black employee originally from Jamaica, so they got part of it as that black lady now lives in ~~Johnstown~~ in Gov't. housing. Continued further on next page ~~pass.~~ 1(b),(7) & other half of Appendix: "Dr. Vora managed to zerox few pages on ongoing cases as predicate acts in furtherance of RICO conspiracy and in furtherance of several open ended RICO schemes

10/26. 109-5

(b) On 10/23/09, when delivered, they walked away with some papers written up & prepared in issue

(7) On 10/2/09 pleading of Vora on "Motion for rehearing and respectfully request ... which is outrageous extortion ... Rico schemes" etc." in 09-82 J ⇔ 09-2566 COAF and 09-158 J ⇔ COAF 09-3258 ⇔ CCC 09-1204, when I checked federal court computer, found both pleadings with dates on the side of 10/2/09 and 9/3/09 are gone, both from federal court and my house too, other than pages 10/2-109-1, 10/2-109-4 thro' 10/2-109-8, 9(b) and of pleading of 9/3/09 only pages 2 & 3 are there and I cannot remember the contents of them at all and being injured seriously in 1983, I cannot remember things that easily at all other than what is in writing in front of me and I discovered all this on 10/20-109 evening and I do not know when pages with nos. 10/2-109-2 and 10/2-109-3 got switched in this 10/2-109 pleading of mine with pages 9/3-109-2, 9/3-109-3 of 9/3-109 ", as I cannot find 9/3-109 pleading at all and cannot remember at all what was in it and which case docket nos. it had on it and same holds on pages 10/2-109-2, 10/2-109-3, and these pages with pleadings were served on everybody, so until somebody cooperates, I cannot reproduce them at all and its contents, so injunction is a must on these conspirators, as I do not know, even if normal person will be able to recall it, and unless, somebody cooperates, I do not know what was there as my head is producing total blank on it. As a result I got delayed due to extraordinary circumstances created in my life and would not get Motion for Extension of time to file certiorari in US Supreme Court in all these cases by 10/20-109 and does show continuing Rico activities of these conspirators in furtherance of RICO conspiratorial activities and RICO schemes and will continue until courts of law are able to stop it by any means in their powers, and now they want me to sell my trade secrets and make millions on it, which I have no intention to do that after what I have been put thro' in my life on principles of Jain religion and for preservation of it and as a means to earn our livelihoods for generations to come, and only my immediate family members will get it, if I get a chance to visit them, otherwise it will die with me. On 10/22/09 they even cut wiring off of my electric light on zerox machine until I get time to fix it, it is not easy as I have to get RICO suit filed in federal court when my car was hit on 11/28/07.

10/26 - 109 - 6

(8) Note with particularity that I could not get it out earlier as I found order of 3rd tier was removed from my house after I had called US Supreme Court on it, last week, and I discovered this on 10/24-/09, so could not put papers in mail at all and I had no choice, but to report to FBI, and today on 10/25-/09, conspirators put the order back as after the walk's getting white imported whole wheat flour thro' my friend found the order on my zerox machine table, which was not there earlier at all, as I had to fix the light to search for the order on 10/24-/09 morning and it was not there at all. Conspirators which includes accident parties, city personnel, CCC personnel with state Court judges put it back when I reported it to FBI & even my tools on extension of cartridge life got put back, day before yesterday, as well as 200 gms. insulation got put back and insulation of lesser strength got taken which I had prepared as a replacement for stronger insulation, so reporting it to FBI brought results, it looks like, so I have to thank them after I get this out.

(9) Since there is not very much time left, all I can do is mail this as it is and hope US Supreme Court extends the time on these (10) On 10/26/09, Dr. Vora did recall that (2512) case Williams v Hall, 623 F Supp. 639 was × Respectfully Submitted which they made entire because of duplicate numbering pleading with case laws subsequent to 6/16/09 pleading _____ disappear totally from my with additional RICO cases      Chandan Vora   house & cannot remember anything more on it as it is not on my computer too

Note: All the case laws were served on all parties earlier

from (1)-(964), 1000a(1)-1089, (1200)-(1235), (2301)-(2357), (2358)-(2432), (2451-(2462), ×(2451)-×(2466), (2491)-(2512) (should have × on it & I think I stated it in some pleading after this as duplicate nos. occurred), (2512)-(2566), (2672)-(2675) (conspirators made it disappear so found it while in trial of see sup.ex. pic 1678 so not serving them again, as my financial conditions are extremely stringent and cannot afford to do all this, especially duplications. (par 11) CCC keeps on sending me these illegal notices trying to collect illegal debt without remand order on fabricated charges in furtherance of RICO conspiratorial activities & RICO schemes.

10/26-/09-7

Case 3:09-cv-00283-CED Document 6 Filed 11/03/09 Page 50 of 55

Com v Smith, 20 York 78, 1906 · 1PP.J(112) -- cases adopted the theory of Constables

" Levine, 36 Pa. Super 188, 1908.   (12) Com v Weiner (No.1) 36 Pa Super 451, 1908.

" Hendley, 7 Pa. Super 356, 1898.   (4) Com. v. Yocum, 29 Pa Super 428, 1905

Com v. McElwee, 30 CC 271, 7 Dauph. 213, 1904.   (6) Thompson v Preston, 5 Pa Super 154, 1897

Com v. Blanta, 22 CC 378, 8 North 374, 1899

" " Saeger, 22 CC 169, 1898

(9) Board of Health v Crest Farm Dairy Co., 14 CC 119, 3 Dist. 363, 3 Lack 175, 1893.

(11) " " Decher, 14 CC 117, 3 Dist. 362, 3 Lack 173, 1893.

(12) Mahanoy Borough v Bissell, 9 CC 469, 1887.

(13) Com. v. Johnston, 1 CC22, 33 Pitts 83, 16 W. N. C. 349, 1885

(14 ½) " " Alexander, 2 Chest. 263, 1884 | a(14)(11) Radnor v Township Chandler, 10 Del 242

20 York 203, 1907.

(15) Com v Sassaman, 2 Del. 333, 1885. a14 Com v. Shyers, 15 Dist. 816, 1906.

(17) " " Fasnacht, 12 Dist 327, (Just 108, 20 Lanc 43, 1902).

(8) Scranton v. Frothingham, 5 Dist 639, 2 Lack L. N. 247, 1896.

(9) Com v Kent, 5 Just 1, 1906.   (10) Com v. Stokes, 4 Just 163, 1906.

(11) " " Showalter, 15 Lanc. 78, 1898.

(12) Lesh v Newton & Scranton Turnpike Co., 3 Lack 69, 1890;

(12)(b) Com v. Apple, 44 Pitts 226, 1894 & iv. +1910s (no Lancaster Ct.) LZ (12)(b)}

(13) Com. v. Simpson, 33 CC 188, 16 Dist. 416, 1906.

(14) " " Lynch, 6 CC 536, 1889;

(15) " " Woodhead, 18 Dist. 549, 3 Lehigh 253, 1909

(14) " " Siple, 16 Dist. 525, 23 Lanc. 401, 1906.

(17) " " Stauffer, 7 D&C 671, 18 Berks 141, 17 Del. 333, 1925.

18) Tornado v Com., 14 West 131, 1926 | (19) Com v. Hoffmaster 33 Berks 333, 1931.

20) Com v. Woodhead, 18 Dist 549, 1909   (21) Com v. Stewart, 9 A 2d 179, 137 Pa Super 445, 1940 cur.

22) Stewart v Com of PA, 60 S. Ct. 714, 309 US 674, 84 L Ed 1019, 1940, rehearing denied 60 S Ct. 885,
309 US 699, 84 L Ed 1037.

(23) Com. v. Krakover, 12 D&C 2d 445, 72 Montg. 500, 48 Mun. 168, 1957.

(24) Com. v. DeMassa, 48 D&C 279, 59 Montg. 262, 1143.

(25) " " Smith, 47 D&C 300, 5 Monroe L.R. 17, 59 Montg. 9, 1943

(26) " " Hertz, 9 Adams L. J. 120, 1967 | (27) Com v. Bupp, 51 York 165, 1938

(28) " " Schadler, 16 Just. 60, 7 Leh. 215, 9 Mar. 50, 26 Dist. 972, 1917.

(29) " " Goff, 57 Lanc. Rev. 384, 1962.

(30) " " Denner, 75 Montg. 535, 73 York 200, 1960.

(31) Com v. Eichenberg, 21 A. 258, 140 Pa. 158, 1891 affirming 26 Lund. 356, 2 North 59, 1890.

(6) Beaver Falls Borough School District v. Weir, 4 Just 145, 1906 (?12)

(32) Coplay, Borough of v. Somssich, 31 Leh. L. J. 306, 1966

(133) Com v. Kaufman, 11. D & C 689, 1929

(134) Borough v Waynesburg Van Sc Voc, 213 A.2d 216, 419 Pa 104, 1965.

(135) Farmington Tp School Dist. v. Yeabey, 180 A.2d 127, 197½ Super 598, 1962 appeal transferred to 185 A.2d 516, 409 Pa 12.

(36) Com. v. Freedman, 54 A.2d 48, 161 Pa Super 12, 1947

(137) Com. v. Hanzlik, 157 A.2d 97, 191 Pa Super 460, 1960 certified to 161 F.2d 340, 400 Pa 134.

(138) Com. v. Fasnacht, 12 Dist. 327, 1 Just. 108, 20 Lanc. 43, 1902. / (9) Ann Cas. 809

(40) Western U. Teleg. Co. v. Williams, 129 Ry. 515, 112 S.W. 651, 19 LRA (N.S.) 409.

(41) Reg. v. Cambridge, 1 Best 2 S.61, 121 Eng. Reprint 637, 15 Eng. Rul. Cas. 184.

(42) State v. Call, 64 Fla. 144, 59 So. 789, 41 LRA (NS) 1071, where the refusal of an injured party, in a suit for damages for personal injury, to permit a physician to make an X-ray examination of her person was held to warrant the granting of a continuance by a trial court.

(43) Annotation: 15 Eng. Rul. Cas. 201. / (44) Ross v. Ross, 89 Colo 536, 5 P.(2d) 246, 78 ALR 313.

(45) State v. Henry, 7 Boyce (Del.) 323, 105 A. 849 citing RCL

(46) Monday v. State, 32 Ga. 672, 79 Am. Dec 314;

(47) Vincennes Bridge Co. v. Poulos, 228 Ry 446, 155 W. (2d) 271, citing RCL.

(48) State v. Jackson, 134 La. 599, 64 So. 481, Ann. Cas. 1916 B, 27

(49) " " Allen, 129 La. 733, 56 So. 655, Ann. Cas. 1913 B, 454

(50) Burdick v Mann, 60 N.D. 710, 236 N.W. 340, 82 A.L.R. 1443.

(51) Schlosser v. Lesher, 1 Dall. (Pa) 251, 1 Led. 123.

(52) Cook v. Southwick, 9 Tex. 615, 60 Am. Dec. 181;

(53) Brock v State, 44 Tex. Crim. Rep. 335, 71 S.W. 20, 66 L.R.A. 465 100 Am. St. Rep 859,

(54) Long v. State, 39 Tex. Crim. Rep. 537, 47 S.W. 363, 73 Am. St. Rep. 1541.

(55) Annotation: 73 Am St. Rep. 961; 122 Am St. Rep. 745; Ann Cas. 1914 B, 360.

(56) U.S. v. Phelps, 8 Pet. (U.S.) 700, 8 Led 1094.

(57) US v. Stewart (C.C.) 2 Dall. 343, 1 Led 408; Fed. Cas. No. 16, 401

(58) United Commercial Travelers v. Barnes, 72 Kan 293, 80 P. 1020, 82 P. 1099, 7 Ann. Cas. 809

(159) Mahanoy City Borough v Mayorish, 30 C.C. 455, 1904.

(160) Wilcox v. Knoxville Borrough, 12 C.C. 641, 2 Dist. 721, 1892.

(161) Com v Hill, 12 C.C. 559, 3 Dist. 216, 40 Pitts 357, 1893.

(162) Stroudsburgh Borough v Brown, 11 C.C 272, 1 Dist. 334, 9 Linc. 173, 3 North 158, 18

(163) Com v Scranton, 2 Just. 106, 1903 / (164) Flood v Ashley Borough, 3 Kulp 462, 18?

(165) Johnson v. Pittston Borough, 3 Kulp 244, 14 Luz. L. Reg. Rep. 73, 1882.

(66) Lancaster v Hirsch, 1 Lanc. 209, 1884.

(67) Frailly v. Sparks, 2 Pars. 232, 1848.

(68) Manayunk v. Davis, 2 Pars. 289, 1851.

(69) City v. Cohen, 13 W. N.C. 468, 1883. / (70) Schnell v City, 1 W.N.C. 633, 1875; or 1838

(171) Hanover Borough v O'Bold, 11 York 131, 1898
(172) Com. v. Feather, 41 Berks 35, 1949.
(173) Smith v. Pierce, 2 Blair 217, 10 Kulp. 422, 1901. | (174) (⇐⇒) 159)
(175) Wayne Township School Directors v Rosencrans, 30 C.C. 9, 1904.
(176) Com v. Bowman, 29 CC 635, 3 Just 1, 62 LI 24, 1904.
(77) Ridley Park Borough v Chester, Darby & Philadelphia Ry Co., 24 CC 3, 8 Del. 27, 1900.
(78) Pittsburgh v. Madden, 14 CC 120, 3 Dist. 771, 4 Pitts 283, 1893.
(79) Com v. Hill, 12 CC 559, 3 Dist. 216, 40 Pitts. 357, 1893.
(180) " " Lynch, 6 CC 536, 1889.
(81) " " Ryan, 2 Del. 225, 2 Lanc. 24, 1884
(82) Reading v. Jones, 14 Dist. 66, 1904
(83) Bolivar Borough v. Coulter, 10 Dist. 171, 1901 (84) (⇐⇒) 63).
(85) Wilkes Barre v. Stewart, 11 Kulp 153, 1903
(86) Borough of New Wilmington v Boyd, 8 Leh. 175, 10 Mun. 202, 1999.
(87) Lower Merion Township v Sulton, 21 Montg. 145, 1905.
(88) South Bethlehem Borough v. Weiland, 11 North 118, 1907
(89) Hennershitz v Reading, 1 Woodw 264, 1865
(90) Jones v. Wilkes Barre, 2 Kulp 68, 11 Lug. 77, 29 Pitts 414, 1882.
(91) Philadelphia v Rooney, 2 Phila 43, 1859 | (92) (⇐⇒) (69)
(93) Com v. Fusco, 32 Del. 110, 1944.
(94) Confluence Borough v. Thomas, 71 De C 637, 15 Som. 45, 1950.
(95) Com v. Murray, 15 Leh. 353, 1933. | (96) Com v. Schaale, 29 York 25, 1915.
(97) Whitemarsh Tp v. Kravitz, 395 A. 2d 629, 39 Pa. Cmwlth. 306, 1978.
(98) Upper Leacock Tp. Sup'rs v Zoning Hearing Bd. of Upper Leacock Tp. 363 A. 2d 1330, 26 Pa Cmwlth 451, 1976.
(99) Ellick v. Board of Sup'rs of Worcester Tp., 333 A. 2d 239, 17 Pa Cm. 404, 1975.
(100) Griffin v. Tedesco, (where IFP was granted with take home inc. of $860 p.m.)
(101) Kelsay v. Milwaukee Technical College (where IFP granted with take home income of $680 p.m.)
(102) Yeadon Borough v White, 10 Del. 203, 20 York 176, 1906.
(103) Com. v. Shofnoski, 5 Dist. 784, 1896.
(104) Com v. Mitchell, 5 J.P. 3, 20 Montg. 49, 17 York 172, 1904.
(105) Witeman v. Wittman, 29 N 262, 1944.
(106) West v National Branding & Stamping Co. (1907)

(107) Unknown v. Hanover (1963, E.D.Ark) 218 F Supp 623

(108) Bd. of Union Trustees of Plumbers & Pipefitters Nat Pension Fund
(1977, D.Tenn) 70 FRD 530

(109) Adams Pipeline Co. v. Pipefitters Local Union (1963, CA5 Tex) 325 F
54 BNA LRRM 2708, 48 CC HLC ¶ 50968

(110) Flower v. Childers (1977, E.D.Ky) 426 F Supp 358

(111) Campbell v. American Motors Sales Corp. (1979, DCSC) 471 F Supp 328
dismissed without op (CA4 SC) 622 F 2d 584.

(112) Guth v. BMW of N. America, Inc. (1979, EDNY) 184 FRD 343, 29 FR Serv
2d 1509

(113) Schneiman v. State (1968, 250 Ind. 408, 236 N E 2d 830

(114) Fed Supp : Effect on jurisdiction of state court, of 28 US Code Service
§ 1442(e), relating to removal of civil case to federal court, 38 ALR Fed 822

(115) (a) Virginia v. Rives (1880) 100 US 313, 25 L Ed 667 (ovrld on other grounds
(b) Greenwood v. Peacock, 384 US 808, 16 L Ed 2d 944, 86 S Ct 1800, as stated
(c) Emigrant v. Euclid Elan Management Corp. (CA2 NY) 668 F 2d 11

(116) Railroad Co. v. Koontz (1881) 104 US 5, 26 L Ed 643; Manning v. Amy (1881) 140 US 137
35 L Ed 386, 11 S Ct 1004

(117) China Pool case (right to travel is a fundamental right)

(118) Flower v. NBC (1977, EDNY) 481 F Supp 639

(119) Stokes v. Burtless North American Power Corp. (1985, N.D.Cal) 514 F. Supp 732.

(120) PAAC v. Rizzo (1974, CA3) 502 F 2d 306, cert. den. 419 US 1108, 42 L Ed 2d 804, 95 S Ct
780.

(121) Polinsky v. Missouri Pacific Transportation Co. (1949 DC Ark) 85 F Supp 235

(122) American Brahmental Assoc. v. American Simmental Assoc (1997 D Mont) 443 F Supp
163.

(123) People by Attorney General v. Glendale Federal Savings & Loan Association, S.D. Cal.
475 F Supp. 728.

(124) Cornell v. Federal 282 Pension Trust Fund (1975, EDNY) 391 F. Supp. 554, 1 EBC
1098, 88 BNA LRRM 3389, 76 CC HLC ¶ 10807 (disapproved on other grounds
Taylor v. General Motors Corp. (CA6 Mich) 763 F 2d 216, 7 EBC 1027 cert gr. (US)
89 L Ed 2d 299, 106 S Ct 1182 and revd on other grounds (US) 95 L Ed 2d 55, 107 S
Ct 1542, 8 EBC 1417)

(125) Milliken v. PA State University (1978, M.D.Pa) 455 F Supp 510

9/19 20-24/03-30

(126) Hanley-Mula (or v. Co.) v. ~~~~ Sugar (1934 CA6 Tenn.) 2 F2d 435.

(127) Lopata v Handler (1941, CA10th) 121 F2d 938.

(128) Monroe v United Carbon Co. - (1952, CA5La) 196 F2d 455.

(129) US v 1013 Crates of Empty Old Smuggler Whiskey Bottles (1931, CA2NY) 52 F2d 49.

(130) US v. Gargotto (1973, CA6 Ky) 476 F2d 1009, later app. (CA6 Ky, 570 F2d 409, cert den. 421 US 987, 44 L Ed 2d 477, 95 S Ct. 1990, reh. den. 423 US 884, 46 L Ed 2d 115, 96 S Ct. 157.

(131) US v White (1944) 322 US 294, 88 L Ed 1542, 64 S Ct. 1248, 14 BNA LRRM 746, 152 ALR 1202.

(132) Davis v US (1946) 328 US 582, 90 L Ed 453, 66 S Ct. 1256, reh den 329 US 824, 91 L Ed 700, 67 S Ct. 107.

(133) Abel v US (1960) 362 US 217, 4 L Ed 2d 668, 80 S Ct. 683, reh. den. 362 US 984, 4 L Ed 2d 1019, 80 S Ct. 1056.

(134) Stone v Powell (1976) 428 US 465, 49 L Ed 2d 1067, 96 S Ct. 3037, on remand (CA9 Cl, 539 F2d 693 and reh. den, modif den. 429 US 874, 50 L Ed 2d 158, 97 S Ct. 197.

(135) Michigan v. Tyler (1978) 436 US 499, 56 L Ed 2d 486, 98 S Ct. 1942.

(136) Agnello v US (1925, CA2NY) 290 F 671, 1 Ohio Laws 779, med on other grounds 269 US 20, 70 L Ed 145, 46 S Ct. 4, 51 ALR 409 (ovrld on other grounds US v Havens, 446 US 620, 64 L Ed 2d 559, 100 S Ct. 1912, 6 Fed Rules Evid Serv. 1, reh den 448 US 65 L Ed 2d 1172, 101 S Ct. 25 and on remand (CA5 Fla) 625 F2d 1311, cert. den. 450 US 995, 68 L Ed 2d 195, 101 S Ct. 1697) and (ovrld on other grounds US v. Leon (US) 82 L Ed 2d 677, 104 S Ct. 3405.

(137) Love v US (1948, CA4NC) 170 F2d 32, cert. den. 336 US 912, 93 L Ed 1076, 69 S Ct 60.

(138) Cohen v. Norris (1962, CA9 Cal) 300 F2d 24.

(139) US v. Hanon (1970, CA8 Mo) 428 F2d 101, cert. den. 402 US 952, 29 L Ed 2d 122, 91 S Ct. 1608.

(140) Franks v. Smith (1983, CA5 Mass) 717 F2d 183, reh den (CA5 Miss) 724 F2d 183.

(141) Boyd v US (1886) 116 US 616, 29 L Ed 746, 6 S Ct. 524 (Ovrld on other grounds Warden, Maryland Penitentiary v. Hayden, 387 US 294, 18 L Ed 2d 782, 87 S Ct. 1642) as stated in US v Abrams (CA1 Mass) 615 F2d 541, 53 ALR Fed 663 and (not followed State Dept. Rev. v Oliver (Alaska) 636 P 2d 1156) and (ovrld on other grounds Andresen v. Maryland, 427 US 463, 49 L Ed 2d 627, 96 S Ct. 2737) (as ovrld in US v. Hain Smith (CA11 Fla) 706 F2d 1549, 13 Fed Rules Evid Serv. 883, 71 ALR Fed 78, reh den (CA11 Fla) 712 F2d 457, cert. den. 464 US 1069, 79 L Ed 2d 212, 104 S Ct 974 and (ovrld on other grounds Fisher v. US, 425 US 391, 48 L Ed 2d 39, 96 S Ct. 1569, 70-1 USTC ¶9353) as stated in US v Doe, 465 US 605, 79 L Ed 2d 552, 104 S Ct. 1237, 15 Fed Rules Evid. Serv. 1 and (not followed Butcher v Bailey (CA6 Tenn) 1752 F2d ~~~~

11 CDC 2d n229, CCH Bankr L Rptr 1170205, 17 Fed Rules Evid Serv. 254, cert di
(US) 87 L Ed 2d 696, 106 S Ct. 17) and (ovr'ld on other grounds Schmerber v. Cali
384 US 757, 16 L Ed 2d 908, 86 S Ct. 1826) as stated in Re Grand Jwy Matter (CA3
Pa) 768 F2d 525.

(142) US ex rel. Potts v Rabb (1944, CA3 Pa) 141 F2d 45, cert. den. 322 US 727, 88 L Ed
1563, 64 S Ct. 943, and adhered to (CA3 Pa) 147 F2d 225, cert den 324 US 870,
89 L Ed 1424, 65 S Ct. 1013.

(143) US v. Hughes (1971, CA5 Tex) 441 F2d 12, cert den 404 US 849, 30 L
Ed 2d 88, 92 S Ct. 156.

(144) Bass v. State (1943) 182 Md 496, 35 A2d 155.

(145) State v Klinker (1975) 85 Wash. 2d 509, 537 P2d 268.

(146) Harris v. US (1947) 331 US 145, 91 L Ed 1399, 67 S Ct. 1098, reh. den. 331
US 867, 91 L Ed 1871, 67 S Ct. 1527 and (ovr'ld on other grounds Chinel v Ca.,
395 US 752, 23 L Ed 2d 685, 89 S Ct. 2034, reh den. 396 US 869, 24 L Ed 2d 124, 90 S Ct. 36
and (ovr'ld on other grounds US v. Robinson 414 US 218, 38 L Ed 2d 427, 94 S Ct. 467, 16
Ohio Ops 2d 202 (ovr'ld on other grounds US v Chadwick, 433 US 1, 53 L Ed 2d 538,
97 S Ct. 2476 (not followed Sellers v US (CA11 Ga) 709 F2d 1469, 37 FR Serv. 2d 60))
as stated in US v. Calandrella (CA6 Ky) 605 F2d 236, cert. den. 444 US 991, 62 L Ed
2d 420, 100 S Ct. 522 and (not followed State v Jetty, 176 Mont. 519, 579 P2d 1228
(ovr'ld on other grounds Missoula v Shea (Mont) 661 P2d 410) as stated in State
v. Carlson, 198 Mont. 113, 644 P 2d 498 and (not followed State v K Lua, 55
Hawaii 361, 520 P. 2d 51 (ovr'ld on other grounds State v Jenkins, 62 Hawaii
660, 619 P. 2d 108) as stated in State v. Ortiz, 4 Hawaii App 143, 662 P2d 517,
affd 67 Hawaii 181, 683 P2d 822) and (not followed State v. Hehman, 90 Wash.
2d 45, 578 P2d 527) as stated in State v. Chrisman, 100 Wash. 2d 814,
676 P2d 419) as stated in Commonwealth v Toole, 389 Mass 159, 448 NE2
d 1264).

(147) Jones v US (1958) 357 US 493, 2 L Ed 2d 1514, 78 S Ct. 1253, 58-2 USTC
¶ 15168.

(148) State ex rel Webb v District Court 37 Mont. 191, 95 P. 593, 15 Ann Cas.
743;

(149) State v. McGahey, 12 N.D. 535, 97 N.W. 865, Ann Cas. 650

(150) Reg v. Payne [1896] 1 QB. 577, 19 Eng. Rul. Cas. 246

(151) Annotation: 19 Eng. Rul. Cas. 251

(152) Riley v. Wallace, 188 Ky 471, 222 S.W. 1085, 11 ALR 337

(153) Annotation: 11 ALR 352, S. 73 ALR 820

(154) Ex parte Turner, 73 Fla. 360, 74 So. 314, LRA 1917D, 355;

(155) Hundley v Foisy, 150 La. 716, 91 So. 164, 21 ALR 325.