(157) _____ ____ ____ 33 Am US 780, 16 L Ed 21 925, 365 SW 1783.

(___) Weber. Webb, 100 Fla. 283, 3,750, 96, 103 Am St. Rep 30

(___) Dodson v. Butler, 171 Ark 415, 142 S W. 503, 39 LRA (NS) 1100, Ann Cas. 1913 E, 1001.

(___) Adam v Haskell, 6 Cal. 316, 65 Am. Dec. 517,

(___) Sullivan v. _____ 293 Ill. 126, 127 N.E. 383, 9 ALR 1629

(162) Ramsay v. Ramsay, 125 Miss. 185, 87 So. 491, 14 ALR 712.

(163) McHenry v State, 91 Miss. 562, 44 So. 831, 16 LRA (NS) 1062

(164) Butler v Coale, 1 Dall. (Pa) 340, 1 L ed 166

(165) Jastram v McWilliam, 29 RI 390, 71 A. 454, 17 Ann Cas. 320

(166) Going v Going, 148 Tenn 522 256 S.W. 890, 31 ALR 633

(167) _____ v Woodworth, 111 Tex 457, 239 S.W. 603, 22 ALR 1253

(168) State ex rel. Ensley v Morris, 120 Wash. 146, 207 P.18 citing RCL

(169) Annotation: 22 ALR 1256, 5, 31 ALR 649, 40 ALR 546, and 76 ALR 390.

(170) Clute v. Superior Court 155. Cal. 15, 99 P. 362, 132 Am St. 1 454

(171) Ex parte Clarke, 126 Cal. 235, 58 P. 546, 46 LRA 835, 77 Am. St. Rep. 176.

(172) McClatchy v Superior Court, 119 Cal 413, 51 P. 696, 39 LRA 691

(173) Re Shortridge, 99 Cal. 526, 34 P. 227, 21 LRA 755, 37 Am St. Rep. 78

(174) People v. Prouty, 262 Ill 218, 104 N. E. 387, 51 LRA (NS) 1140, Ann Cass. 1915 ½

(175) McHenry v State, 91 Miss 562, 44 So. 831, 16 LRA (NS) 1062

(176) St. Louis K. & S. R. Co. v. Wear, 135 Mo. 230, 36 S.W. 357, 658 33 LRA 341.

(177) Behrens v. McKenzie, 23 Iowa 333, 92 Am Dec. 428

(178) Re Sawyer, 124 US 200, 31 L ed. 402, 8 S Ct. 482

(179) People v. McWeeney, 259 Ill 101, 102 NE. 233, Ann. Cas 1916 B 34

(180) Savage v. Sternberg, 19 Wash 679, 54 P. 611, 67 Am St. Rep 751.

(181) Re Independent Publ Co. (CCA 9th) 240 F. 849, LRA 1917 E, 703, Ann ___.

1917 C, 1084 _____ v Superior Court, 24 Ariz. 508, 211 P. 576, cit. RCL;

(182) Van Dyke v Superior Court, 24 Ariz. 508, 211 P. 576, cit. RCL;

(183) Cheadle v State, 110 Ind 301, 11 N E. 426, 59 Am. Rep. 199;

(184) State v Young 148 Ann 96 (29 N W 148, Ann Cas 1912 A, 103 ___ 1916 E, 132)

(185) State ex rel. McEall v District Court, 52 Mont. 46, 155 P. 278

Ann Cas 1918 B, 422 _____ 23 P. 508, PLRA 584

(186) State v _____ 2 C. 57, 23 P. 508, PLRA 584

(187) Gurdett v _____ 103 Va. 838, 48 S E. 879, 68 LRA 251, 106 Am. St. Rep. 916

(___) State v _____ Court, 97 Wis. 1, 71 N.W. 193, 38 LRA 554 65 Am ___ St. 30

(188) _____ v _____ 155 US 457, 51 L ed. 879 27 S Ct. 556 10 ___ 189

(___) _____ v _____ 7 Ch. (Eng) 276, 113 RC 38

(___) _____ v _____ RCL 116.

(___) Annotation: 25 LRA 547, 119 RC 116

(___) _____ _____ Okla. 528, 160 P. 583, LRA 1917 D, 360

(___) _____ Court (Irvin) 140 Wash. 101, 248 P. 405, 54 ALR 311.

(___) _____ D. 342, 183 N. W. 161, 1 LRA ___ 1135, 117 Am St. Rep. 944

(___) S. D. 342, 183 N. W. 161, 1 LRA ___ 1135, 117 Am St. Rep. 944

2 Ann Cas 214

(195) Early v. Fitzpatrick, 161 Ala 171, 49 So. 686, 135 Am. St. Rep. 123

(196) Re Button, 83 Neb. 636, 120 N. W. 203, 23 LRA (NS) 1173

(197) Ex parte Robertson, 27 Tex App. 628, 11 S.W. 669, 11 Am. St. Rep. 207

(198) Ex parte Pater, 5 Best & S. 299, 122 Eng. Reprint 842, 15 Eng. R'ul. Cas. 441;

(199) Rex v James, 5 Barn. & Ald 894, 106 Eng. Reprint, 1418, 15 Eng. Rul. Cas 136.

(200) Annotation: 8 ALR 1566, S. 54 ALR 326, & 73 ALR 1185, 117 Am. St Rep. 955, 15 Eng. Rul. Cas. 139.

(201) Rhinehart v. Lance, 43 N.J.L. 311, 39 Am Rep. 592

(202) Albright v Lapp, 26 Pa 99, 67 Am Dec 402

(203) Farnham v. Coleman, 19 S.D. 342, 103 N.W. 161, LRA (NS) 1135, 117 Am St. Rep. 944, 9 Ann. Cas. 314

(204) Annotations: 1 LRA (NS) 1135; 117 Am. St. Rep. 955, 15 Eng. Rul. Cas. 139.

(205) Ex parte Keeler, 45 SC 537, 23 S.E. 865, 31 LRA 678, 55 Am St. Rep 785.

(206) Annotation: LRA 1918 C, 570.

(207) Mc Burnie v Sullivan, 152 Ky. 686, 153 S.W. 945, 44 LRA (N.S.) 186

(208) Piper v Pearson, 2 Gray (Mass.) 120, 61 Am Dec. 438.

(209) Annotation: 13 ALR 1364, S. 55 ALR 284; 22 Am. St. Rep. 425; Ann Cas. 1914 C,

(210) Ex parte Foster, 44 Tex Crim. Rep. 1167, 71 SW 593, 60 LRA 631, 100 Am. St. Rep. 866.

(211) State v. Newton, 16 N.D. 151, 112 N.W. 52, 14 Ann Cas. 1035

(212) Annotation: LRA 1917 C 855; 14 Ann Cas 1042.

(213) Creekmore v. US. (CCA 8th) 237 F. 743, LRA 1917 C, 845 writ of cert. den. in 242 US 646, 61 L ed. 544, 37 S Ct. 246.

(214) Hughes v. Territory, 10 Ariz. 119, 85 P. 1058, 6 LRA (N.S) 572

(215) Emery v. State, 78 Neb. 547, 111 N.W. 374, 9 LRA (N. S.) 1124.

(216) Cook v. US, 267 US 517, 69 L ed 763, 45 S Ct. 390

(217) Carson v. Ennis, 146 Ga. 726, 92 S. E. 221, LRA 1917 F, 650

(218) Ramsay v Ramsay, 125 Miss 185, 87 So. 491, 14 ALR 712

(219) Re Clark, 208 Mo. 121, 106 S. W. 990, 15 LRA (N.S.) 389;

(220) Albany City Bank v Schermerborn, 9 Paige (N.Y.) 372, 36 Am. Dec. 551

(221) Ex parte Mylius, 61 W. Va. 406, 56 S. E. 602, 10 LRA (NS) 1098, 11 Ann Cas. 812

(222) Annotation: 10 LRA (NS) 1098

(223) Hovey v. Elliott, 167 US 409, 42 L ed 215, 17 S. Ct. 841

(224) Welch v Barber, 52 Conn. 147, 52 Am. Rep.

(225) Rothschild & Co. v. Steger & Sons Piano M'fg Co. 256 Ill. 196, 99 N. E. 920, 42 LRA (NS) 793, Ann Cas. 1913 E 276;

(226) Shatluck v State, 51 Miss 50, 24 Am Rep. 624

(227) Re Clark, 208 Mo. 121, 106 S.W. 990, 15 LRA (N.S.) 389

(228) Bender v. Young (Mo.) 252 S.W. 691, 27 ALR 1219

(229) Yates v. Lansing, 9 Johns (N.Y.) 396, 6 Am Dec 290

(230) Albany City Bank v. Schermerhorn, 9 Paige (N.Y.) 372, 38 Am Dec 551

(231) Ex parte Ratliff, 117 Tex. 325, 3 S.W. (2d) 406, 57 ALR 541

(232) Ex parte Mylius, 61 W.Va. 405, 56 S.E. 602, 10 LRA (NS) 1098, 11 Ann Cas 812

(233) Annotation = 57 ALR 548.

(234) Foley v. Foley, 120 Cal. 33, 52 P. 122, 65 Am. St. Rep. 147

(235) Gordan v. Gordon, 141 Ill. 160, 30 N.E. 446, 21 LRA 387, 33 Am St. Rep. 294

(236) Trough v. Trough, 59 W.Va. 464, 53 S.E. 630, 4 LRA (N.S.) 1185, 115 Am. St. Rep 940, 8 Ann Cas. 837.

(237) Annotation = 115 Am. St. Rep. 954

(238) Annotation : 33 Am St. Rep. 302

(239) Dodson v. Butler, 101 Ark. 416, 142 S.W. 503, 39 LRA (N.S.) 1100, Ann Cas. 1913 E 1001,

(240) Adams v. Haskell 6 Cal. 316, 65 Am. Dec. 517

(241) Littlefield v. Adel, 151 Ga. 684, 108 S.E. 56, citing R.C.L.

(242) Wohlfort v. Wohlfort, 116 Kan. 154, 225 P. 746, 40 ALR 538

(243) McHenry v. State, 91 Miss. 562, 44 So. 831, 16 LRA (NS) 1062

(244) State ex rel. McLean v. District Court 37 Mont. 485, 97 P. S. 41, 15 Ann Cas 941

(245) People v. Manning, 8 Cov. (N.Y.) 297, 18 Am Dec. 451

(246) Butcher v. Coats, 1 Dall (Pa.) 340, 1 L ed 166

(247) Justum v McAuslan, 29 R.I. 390, 71 A. 454, 17 Ann Cas 320

(248) Going v Going, 148 Tenn 522, 256 S.W. 890, 31 ALR 1283.

(249) Allen v. Woodward, 111 Tex. 457, 239 S.W. 602, 22 ALR 390.

(250) Annotation: 22 ALR 1260, S. 31 ALR 649; 40 ALR 546, & 76 ALR 390.

(251) Ex parte Farman, 85 Fla 297, 95 So. 355, 31 ALR 1226

(252) O'Brien v. People, 216 Ill. 354, 75 NE 108, 108 Am. St. Rep. 219, 3 Ann Cas 966.

(253) Oster v. People, 192 Ill. 473, 61 NE 469, 56 LRA 462, citing RCL

(254) Ex parte Pease, 123 Tex Crim. Rep. 43, 57 SW (2d) 575, citing RCL

(255) State v. Fredlock, 52 W.Va. 233, 43 SE 153, 94 Am. St. Rep. 982.

(256) Annotation: 92 LRA (NS) 1124

(257) Percival v. State, 45 Neb. 741, 64 N.W. 221, 50 Am. St. Rep. 568.

(258) Annotation: 31 ALR 1243; 91 LRA (NS) 1119.

(259) Burnett v State, 8 Okla. Crim. Rep. 639, 129 P 1110, 47 LRA (NS) 1175

(260) Re Savin, 131 US 267, 33 L ed 150, 9 S ct. 699.

(261) Ex parte Farman, 85 Fla. 297, 95 So. 355, 31 ALR 1026

(262) Shirven v. Shirven, 154 Md. 267, 140 A. 205, 56 ALR 697.

(263) Annotation: 56 ALR 701.

(264) Oster v. People, 192 Ill. 473, 61 N.E. 469, 56 LRA 462.

(265) Sinclair v US, 279 US 749, 73 Led 938, 49 SCt 471, 63 ALR 1258.

(266) Michaelson v. US, 266 US 42, 69 Led 162, 45 S Ct 18

(267) Gompers v Bucks Stove and Range Co. 221 US 418, 55 Led 797, 31 S Ct 492, 34 LRA (N.S.) 874.

(268) Hotaling v. Superior Court 41 Cal. 501, 217 P. 73, 29 ALR 127.

(269) Brannon v. Com. 162 Ky 350, 172 S.W. 703, LRA 1915 D, 569,

(270) Root v. MacDonald, 260 Mass. 344, 157 N.E. 684, 54 ALR 1422

(271) Ramsay v. Ramsay, 125 Miss. 185, 87 So. 491, 14 ALR 712

(272) State v. New Mexican Printing Co. 25 N.M. 102, 177 P. 751, citing R. C. L.;

(273) Staley v. South Jersey Realty Co. 83 N.J. Eq. 300, 90 A. 1042, LRA 1917 B, 113 Ann Cas 1916 B, 955

(274) State ex rel. Continental Coal Co. v Bittner, 102 W. Va. 677, 136 S.E. 202, 49 ALR 918

(275) State v. Fredlock, 52 W.Va. 232, 43 S.E. 153, 94 Am. St. Rep. 932

(276) State ex rel. Rodd v. Verage, 177 Wis 295, 187 N.W. 830, 23 ALR 491.

(277) Annotation: 49 ALR 975, 977.

(278) Annotation: 49 ALR 978, 979.

(279) Gompers v Bucks Stove and Range Co. 221 US 418, 55 Led 797, 31 S Ct. 492, 34 LRA (NS) 874

(280) Rex v. James, 5 Barn & Ald 894, 106 Eng. Reprint 1418, 15 Eng Rul Cas. 136.

(281) Annotation: 34 LRA (NS) 874; 15 Eng. Rul Cas 139.

(282) Re Mills, 19 Haw 85, Ann Cas. 1912 A, 577

(283) Franklin Union v People, 220 Ill. 355, 77 N.E. 176, 4 LRA (NS) 1001, 110 Am St. Rep. 248

(284) Re Clark, 208 Mo. 121, 106 S.W. 990, 15 LRA (NS) 389.

(285) Re Cole (CCA, 5th) 163 F 180, 23 LRA (NS) 255

(286) Ex parte Robertson, 27 Tex App 628, 11 S.W. 669, 11 Am. Sp. Rep. 207

(287) Ex parte Wolters, 64 Tex Crim Rep. 238, 144 S.W. 531 Ann Cas. 1916 B, 107.

(288) Mallory v Wheeler, 151 Wis. 136, 138 N W. 97, Ann Cas 1914 B, 101.

(289) 5 RCL p. 260 §12; Contempt Cases 6 RCL p. 540 §52 ]

(290) See Constitutional Law, see also 6 RCL p. 76

(291) Miami Coal Co. v Fox, 203 Ind. 99, 176 N E 11, 79 ALR 333

(292) San Bernardino County v. Southern P. R. Co. 118 US 417, 30 Led 125,

(293) Liverpool, N.Y. & P. S.S. Co. v Commissioners of Emigration, 113 US 33, 28 L ed. 899, 5 S Ct. 352

(294) Bank of US. v. Halstead, 10 Wheat. (US) 51, 6 L ed 264.

(295) People ex rel. Unger v Kennedy, 207 N.Y. 533, 101 N.E. 422, Ann Cas. 1914 C, 616.

(296) Borgnis v. Falk Co. 147 Wis. 327, 133 N.W. 209, 37 LRA (NS) 489.

(297) Mansfield, C&L MR Co. v Swan, 111 US 379, 28 L ed. 462, 4 S Ct. 510.

(298) Cochran v Montgomery County, 199 US 260, 50 L ed 182, 26 S Ct. 58.

(299) Peoria & P U R Co. v US, 263 US 528, 68 L ed. 427, 44 S Ct. 194;

(300) Perez v. Fernandez, 202 US 80, 50 L ed. 942, 26 S Ct. 561

(301) Cambell v. Porter, 162 US 478, 40 L ed 1044, 16 S Ct. 871

(302) Mansfield, C & L MR Co. v Swan, 111 US 379, 28 L ed. 462, 4 S Ct. 510

(303) Cutler v. Rae, 7 How. (US) 729, 12 L ed 890

(304) State ex rel. Perine v. Van Beek, 87 Iowa, 569, 54 N.W. 525, 19 LRA 622, 43 Am St. Rep. 397

(305) Mercantile Bank v. Barker, __ Mo. __, 40 S.W. (2d) 626, 75 ALR 1227

(306) Litz v. Rowe, 117 Va. 752, 86 S.E. 155, LRA 1916B, 799

(307) Hanger v Com. 107 Va. 872, 60 S.E. 67, 14 LRA (NS) 683.

(308) American Surety Co. v. Baldwin, 287 US 156, 77 L ed 231, 53 S Ct. 98, 86 ALR 298.

(309) Giles v. Teasley, 193 US 146, 48 L ed 655, 24 S Ct. 359.

(310) Scott v. Sandford, 19 How. (US) 393, 15 L ed 691.

(311) Federal court Public Service Co. v Corboy, 250 US 153, 63 L ed 905, 39 S Ct. 440.

(312)

(313) Johnson v. Avery, Tenn. 1969, 89 S Ct. 747, 393 US 483, 21 L Ed 2d 718

(314) Scaggs v. Larsen 1969, 90 S Ct. 5, 396 US 1206, 24 L Ed 2d 28

(315) II Lebanon, 281, Collins v Vora case of CCC

(316) Collin v Vora case of US Court of Appeals, 3rd Cir. ruling

(317) US v. Anderson, (1945, DC Wash) 60 F Supp 649, revd on other grounds, 328 US 699, 90 L Ed 1529, 66 S CT 1213.

(318) Peyton v Rowe (1968) 391 US 54, 20 L Ed 2d 426, 88 S Ct. 1549 or 549.

(319) Jones v. ... Cunnihan Va 1963, 83 S.Ct. 373, 371 US 236, 9 L Ed 2d 285, on remand 319 F 2d 1

(320) Hammond v. Lenfest CA2 (Conn) 1968, 398 F 2d 705

(321) Foster v. Gilbert, D C Fla. 1967, 264 F. Supp 209.

(322) Camaido v Walker, D R I 1992, 794 F Supp. 65.

(323) Preiser v Rodriguez N.Y. 1973, 93 S.Ct. 1827, 411 US 475, 36 L Ed 2d 439.

(324) Ciero v. Olgiati D.C. N.Y. 1976, 410 F Supp. 1080, motion denied
426 F Supp. 1210, 1213

(325) Nguyen Da Yen v. Kissinger C.A. 9 (Cal.) 1975, 528 F 2nd 1194 on
remand 70 FRD 656

(326) Fain v Duff C.A. 5 ( Fla) 1973, 488 F 2d 218, certiorari den.
95 S.Ct. 2396, 421 US 999, 442 L Ed 2d 666

(327) Us ex rel. Caputo v. Sharp, D C. Pa. 1968, 282 F Supp. 362.

(328) Ex Parte Abernathy 1943, 64 S.Ct. 13, 320 US 219, 88 L Ed 3

(329) Parker v. Sigler, CA.8 (Neb.) 1969, 419 F 2d 827.

(330) Ex parte Bollman (1807) 8 US 75, 2 L Ed 554, 4 Cranch 75

(331)   "   Watkins (1830) 28 US 193, 7 L Ed 650

(332)   "     "   (1833) 32 US 568, 8 L Ed 786, 7 Pet. 56
of (1835)

(333) Matters v Ryan (1919) 249 US 375, 63 L Ed 654, 39 S.Ct. 315

(334) Ex parte Tracy (1919) 249 US 551, 63 L Ed 768, 39 S.Ct. 374

(335)   "    "  Hudgings (1919) 249 US 378, 63 L Ed 656, 39 S.Ct. 332,
11 ALR 333.

(336) Ex  "  Jefferson (1939, CA9) 106 F 2d 471

(337) Chapman v Teets (1957, CA9) 241 F 2d 186.

(338) Hodge v Markley (1964, CA7) 339 F 2d 1013, cert. den. 380 US 904,
13 L Ed 2d 812, 85 S.Ct. 931.

(339) Ex Parte Clark, Ohio 1880, 100 US 399, 10 Otto 399, 25 L Ed 715
& Pet 704

(340) Ex Parte Milburn, Dist. Colo. 1835, 34 US 704, 9 Pet 704, 7 L Ed 280.

(341) Parker v Ellis, Tex 1960, 80 S.Ct. 909, 362 US 574, 4 L Ed 2d 963.

(342) In re Tracy Colo 1919, 39 S.Ct. 374, 249 US 551, 63 L Ed 748.

(343) Re Burrus (1890) 136 US 586, 34 L Ed 500, 10 S.Ct. 850

(344) Carapa v Curran (1924, CA2 NY) 297 F 946, 36 ALR 877.

(345) Rogers v. Peck (1905) 199 US 425, 50 L Ed 256, 26 S.Ct. 87.

6) Apple v Manson (1974, DC Conn) 373 F Supp 757.

7) Annotation: When criminal case becomes moot so as to preclude review of or attack on conviction or conviction or sentence 9 ALR 2d 2 comment note ) see especially §8[f] on collateral disabilities

8) Williams v Peyton (1967, CA4 Va) 372 F2d 216

9) Collins v. Johnston (1915) 237 US 502, 59 L Ed 1071, 35 S Ct. 649.

50) Fay v. Noia (1963, 372 US 391, 9 L Ed 2d 837, 83 S Ct. 822, 24 Ohio Ops 2d 12.

51) US v. Smith (1947) 331 US 469, 91 L Ed 1610, 67 S Ct. 1330, reh. den. 332 US 784, 92 L Ed 368, 68 S Ct. 28

52) Hook v. Arizona, (1974, CA9 A112) 496 F2d 1172

53) 11 Lebanon 281

354) Collins ... case of US Court of Appeals 3rd ... ... den. Co...

354) ... Folders Traible v Hartford ... 770 F2d 545
... 1977, 434 F. Supp. 1053 ... (C.A. 5 Miss) 1975 ...
... (C.A. 5 Miss) ...
... Firth v. Blazon - Flexible Flyer, Inc., ...
... Firth v. Blazon - Flexible Flyer, Inc. 515 F 2d 1183.
F 2d 899, rehearing den. ... 86, 309 F. Supp.
(...) Brown v. Seaboard Coast Line R. Co., ...
48
(...) Hopson v. N. Am. Ins. Co., 1951, 233 P.2d 799, 71 Idaho 461.
(...) State v Butler, La 1981, 405 So 2d 836
(...) State ex rel. Gremillion v National Ass'n for Advancement of Colored
People, La App. 1956, 90 So 2d 884;
(...) Harris v State, Ark. App 1983, 850 S. W. 2d 41, 41 Ark App. 207.
(...) Fossey v State 1979 259 N C 2d 616, 254 Ind. 173
1362. Artists Representatives 1956 Inc. v Haley N66, 274 N Y S 2d
442. 26 A D 2d 1918
1363. Eastern v Canty 1979 389 N E 2d 1100, 27 Ill Dec 752, 75 Ill 2d 566
1364 Dousman v G D Searle & Co., ... 1988, 680 F Supp 49
1365) ... 1972 342 F. Supp.
549.
366) Barrett ... Western Railway ... 1915, 68 F R D 413

A276,274: (367) Subtd. App (iii) Cases Quoted

(1) US v Dowdy (1973, CA4 Md) 479 F2d 213, cert. den. 414 US 823, 38
L Ed 2d 56, 94 S.Ct. 124, reh. den. 414 US 1117, 38 L Ed 2d 744, 94 S.Ct.
851 and cert. den. 414 US 866, 38 L Ed 2d 118, 94 S.Ct. 132 reh. den. 414
US 1117, 38 L Ed 2d 745, 94 S.Ct. 851 and (disagreed with Govt of
Virgin Islands v Lee (CA3 VI) 775 F2d 514)

(2) Holmes v Burr (1973, CA9 Ariz) 486 F2d 55, cert. den. 414 US 1116,
38 L Ed 2d 744, 94 S.Ct. 850.

(3) US v Bonanno (1973, CA2 NY) 487 F2d 654.

(4) US v Keen (1974, CA9 Wash) 508 F2d 986, cert. den. 421 US 929,
44 L Ed 2d 86, 95 S.Ct. 1655.

(5) US v Gartner (1975, CA2 N.Y.) 518 F2d 633, cert. den. 423 US 915,
46 L Ed 2d 144, 96 S.Ct. 222.

(6) US v Diaz (1982, CA8 Mo) 685 F2d 252

(7) People v Richardson (1975) 60 Ill 2d 189, 328 NE 2d 260, cert. den.
and app. dismd 423 US 805, 46 L Ed 2d 25, 96 S.Ct. 13.

(8) State v Spica (1965, Mo) 389 SW 2d 35, cert. den. 383 US 972,
16 L Ed 2d 312, 86 S.Ct. 1277.

(368) US ex rel Mandrier v Hewitt, 409 F Supp 38 p.c. 1976
(369) Com. v. Budzina, 26 Som 378, 1971.
(370)  "    " Livingston, 60 Dac 2d 499, 63 Mon 141, 27 Som 29, 1971.
(371) Williams v. Nicopolas, 157 Pg 545, 1915.
(372) Dormon v McCarthy, 211 A 2d 28 rev. Pa Super 552 1965 affirmed 215 A2d 386, 420 Pa 626
(373) Gillespie v Com Dept of Corrections, 527 A2d 1061, 106 Pa Cmwlth 500, affirmed denied 540 A2d
d 535, 518 Pa 614.
(374) Com v Neville, 126 A 2d 5443 384 Pa 237, 1956, cert. den. 775 Ct 35.
(375) Com v Smith, 20 York 78 1900
(376)  "    " Fischli 12 Dist 327, 1 Just 108, 20 Lanc 43, 1902
(377) Leighton Borough v Foth, 21 C C 63, 7 Dist 426, 2 Dachel 37, 1898
(378) Com v Chewall, 89 Pa Super 195, 1926  "   motion for Reconsideration or New Trial in DPW case
(379) Com v Dunn, 217A 2d 634 207 Pa Super 207, 1966 pg 260 note 706, 042 Pa C S A §5105
(380)  "    " Seader, 61 Pa 272, 1869
(381)  "    " Goodman, 27 C C 272 12 D St 308, 1 Just 107 8 North 812, 1902
(382)  "    " Jones 276 A 2d 505 4 42 Pa 362 1971
(383) Reider v Com, Bureau of Corrections, 502 A 2d 272, 93 Pa Cmwlth 326, cmwlth 1985
(384) Brown v. Community College of Philadelphia, 654 A 2d 32, cmwlth 1994, reargument denied, appeal granted 664 A 2d 542,
541 Pa 653.
(385) Eastern Area Joint Sewer Authority v The Morning Call, Inc. 581 A 2d 634, 135 Pa cmwlth 363 (1996

(396) P. G. Pub. Co. v County of Washington, 638 A.2d 422, 162a Cmwlth 146, Cmwlth 1994.

(397) Mellin v City of Allentown, 430 A.2d 1045, 60 Pa Cmwlth 114, Cmwlth 1981, 627 A.2d 301, 156 Pa Cmwlth 404, Cmwlth 1993

(398) Nittany Printing and Public Inc v. Center County Bd of Comis, 664 A.2d 208, Cmwlth 1995.

(399)

) Envirotest Partners v Com Dept of Transportation, 664 A.2d 567, Cmwlth 1995, appeal denied 621 A2d 583

) Gutman v PA state Police, 612 A.2d 553, 148 PA Cmwlth 567, Cmwlth 1992

, 583 Pa. 138

(3 1 ) Robert v Environmental Protection Agency (1975, CA4 Md) 484 F.2d 843, 3 ELR 20790.

92) New York Times Co. v National Aeronautics and Space Admins. (1987, DC Dist. Col.) 679 F Supp

92, 14 Media L.R. 48 New York Times Co. v National Aeronautics and Space Admin. (1985, App D C) 852 F.2d 602,

93) New York Times Co. v National Aeronautics and Space Admin. later proceeding (App DC) 860 F.2d 1093

94) Media L.R. 2012. ALR Fed 3958 later proceeding (App DC) 73 BNA LRRM 2260, 73 CC19L-

394) Wallman Industries, Inc. v NLRB (1974, CA4) 490 F.2d 427, 85 BNA LRRM 2398 and cit dis agreed

14249 cert. den. 419 US 814, 42 LEd2d 61, 95 S.Ct. 61, 87BNA LRRM 2398 and cit dis agreed 511 F.2d 495, 16 BNA FEP Cas

by charlotte Mecklenburg Hospital Authority v Perry (CA4 NC) 511 F.2d 495, 16 BNA FEP Cas

393 Media L.R.1884, 15 CCTEPD π 10911

295) McGehee v C.I.A (1983) 225 App DC 205, 697 F.2d 1095, on reh. 229 App. D C 148 711 F.2d 1076

F.Supp 1473, 121 BNA LRRM 2955, 106 CCH LC 12272.

(296) Wagner v Nance (1956, MD Tenn) 627 F.Supp 1473, 121 BNA LRRM 2955, 106 CCH LC 12272.

(397) US v Baker (CA9 Wash.) 1562 F.2d 1144, 2 Fed Rules Evid. Serv. 741 id 75-1670

(398) US v Washington (1975, WDWn) 384 F Supp 43, 75-1 USTC π 16176, 35 AFTR id 75-1670

(399) Irvin Industries, Inc. v US (1985, DC Dist. col) 608 F Supp 907, 32 CCFπ 13427, on recon

Consideration vacated without op. (DC Dist-Col) 612 F.Supp 3105.

(400) O'Brien v. Com., State Employees' Retirement System, 469 A.2d 1008, 503 Pa. 414, Sup 1983 cert. den.

105 S Ct. 83, 469 US 816, 83 L Ed 2d 30.

(401) Tom v Schill, 647 A.2d 645, 167 Pa Cmwlth 232, Cmwlth 1994, appeal denied 655 A.2d 517, ,

540 Pa 586.

(402) Buford v Pa Bd of Probation and Parole, 424 A.2d 639, 56 Pa Cmwlth 408, Cmwlth 1981,

490 A 2d 415, 507 Pa 384, Sup 1985.

(403) Green v Pa Bd of Probation and Parole, 424 A.2d 369, 87 Pa Cmwlth 626, Cmwlth 1985.

(404) Petition of Yellow Cab Owners and Drivers Ass'n 488 A.2d 369, 87 Pa Cmwlth 341, Cmwlth

(405) Kundrat v Com State Dental Council and Examining Bd, 447 A.2d 355, 67 Pa Cmwlth 1, Allegheny County.

1982.

(406) West Enterprises v Water on Bd of Property Assessment Appeals and Review, Allegheny County

439 A 2d 1259, 63 Pa Cmwlth 472, Cmwlth 1981

439 A 2d 223, 64 Pa Cmwlth 65, Cmwlth 1982

(407) Kuszler v Zeuch, 439 A 2d 223, 64 Pa Cmwlth 65, Cmwlth 1982, 425 A.2d 1178, 56 Pa.

(408) Bankovitz v. Urban Development Authority of City of Pittsburgh, 425 A.2d 1178, 56 Pa.

Cmwlth 523, Cmwlth 1981.

(409) Appeal of Borough of West Alexander, 424 A.2d 953, 55 Pa. Cmwlth 605 Cmwlth 1980.

(410) Clark v Millcreek Township Water Authority, 387 A.2d 933, 35 Pa. Cmwlth 564, 1978.

(411) Fitzgerald v Com., State Employee Retirement Bd., 432 A.2d 285, 60 Pa Cmwlth 558, Cmwlth 198

(412) Com v Cronin, 9 A.2d 408, 336 Pa. 469, 125 A.L.R. 1455, 1940.

(413) Com v Fountain, 380 A.2d 357, 475 Pa 387, 1977.

(414) (v Mastriani), 335 A.2d 466, 232 Pa Super 405, 1975.

(415) (v Thompson, 345 A.2d 774, 236 Pa Super 568, 1975.

(416) Petition for a Grant of Immunity to La Russo, 332 A.2d 553, 232 Pa Super 272, 1974, ,

reversed on other grounds, 339 A.2d 756, 462 Pa. 175, Supplemented 346 A.2d 92, 464 Pa 86.

(417) (v Dunlap), 334 A.2d 619, 461 Pa 35, 1975.

(418) (v Bryan), 327 A.2d 351, 459 Pa. 148, 1974.

(419) Lavelle v Marie, 291 A.2d 101, 447 Pa. 512, 1972, 287 A.2d 698, 4 Pa.

(420) Gaudenzia, Inc. v Zoning Bd. of Adjustment of City of Philadelphia, 287 A.2d 698, 4 Pa.

Cmwlth 355, 1972.

(421) Com v Berry, 233 A.2d 224, 426 Pa. 558, 1967.

(422) Appeal of Kraemer, 282 A 2d 386 445 Pa. 238, 1971.

(423) Morewak v. Stehr, 36 Northumb L. J. 149, 1965.

(424) Gunn v. Pershing, 80 A.2d 712, 367 Pa. 452, 1951.

(425) Williams v. Philadelphia Transportation Co., 280 A.2d 612, 219 Pa Super 134, 1971.

(426) Peoples Bank of CA v. Stroud, 72 A.341, 223 Pa. 33, 1909

(427) Com v. Frazier, 27 Som. 16, 1971.

(428) Sims v. Stemler, 47 A.2d 294, 158 Pa. Super 350, 1946.

(429) Koenig v. Curtin's Restaurant & Baking Co., 183 A.451, 121 Pa Super 201, 1936.

(430) Rice, Conston v. New Amsterdam Cas Co., 77 A.2d 603, 366 Pa. 219, 1951.

(431) Wilkinson v. Cl. PS of Pa, 43 A.2d 694, 158 Pa Super 84, 1945

(432) Southern Fulton School Dist. v. Hill, 45 D & C.2d 232, 10 Adams L. J. 41, 1968

(433) Com v. Conway, 22 C.C.428, 2 Dauph. 178, 8 Dist. 719, 1899.

(434) Inry. Auto Exp. Inc, 214 A.2d 310, 206 Pa Super 520, 1965.

(435) Curtis v. McLaughlin, 63 Mont 177, 1947

(436) Carpentertown Coal and Coke Co. v. Laird, 61 A.2d 426, 360 Pa 94, 1948

(437) Commonwealth ex rel. Wessenberg v. School Dist. of City of Bethlehem, 28 North 145, 55 York 178, 1942, reversed on other grounds 24 A.2d 673, 148 Pa Super 250.

(438)   "   Knuckles, 243 A.2d 209, 212 Pa Super 434, 1968

(439)   "   Wilson, 241 A.2d 760, 430 Pa. 1, 1968

(440)   "   Conyers, 244 A.2d 781, 213 Pa Super 707, 1968

(441)   "   Munford, 243 A.2d 440, 430 Pa 457, 1968

(442)   "   Stewart, 241 A.2d 764, 430 Pa 3, 1968, appeal after remand 257 A.2d 251, 435 Pa 449

(443)   "   Ezell, 244 A.2d 646, 431 Pa 101, 1968

(444)   "   Baker, 242 A.2d 923, 212 Pa Super 410, 1968

(445) Murphy e. v. Redevelopment Authority of City of Erie, 326 A.2d 358, 458 Pa. 219, 1974.

(446) Com v. 54-61 Bottles, Bianco Di Verona Wine, 378 A.2d 1282, 250 Pa. Super 544, 1977.

(447) Albert Einstein Medical Center v. PA Labor Relations Board, 330 A.2d 264, 19 Pa Cmwlth 91, 1975.

(448) Upper Moreland Township v. Mullon, 309 A.2d 273, 9 Pa Cmwlth 618, 1973 affirmed 336 A.2d 266, 461 Pa 241.

(449) Co. Dept. of Midland v. Midland Police Dept., 281 A.2d 876, 444 Pa 576, 1971.

(450) Com v. Hadyca, 282 A.2d 393, Cmwlth 1971

(451) Philadelphia Board of Pensions and Retirement v. Pearlman, 586 A.2d 466, 137 Pa Cmwlth 146, Cmwlth 1991, appeal denied 600 A.2d 542, 529 Pa. 627.

(452) Barrie v. Barnes, 559 A.2d 980, 126 Pa Cmwlth 330, Cmwlth 1989, appeal granted 568 A.2d 1249, 524 Pa 559, appeal granted 568 A.2d 1250, 524 Pa 600, affirmed 597 A.2d 89, 528 Pa 258.

(453) Com, Dept. of Transp. v. Rollins Outdoor Advertising Co., Inc, 464 A.2d 653, 76 Pa Cmwlth 554, Cmwlth 1983.

(454) Halsted v. Board of Directors of Wellsboro Area School Dist., 427 A.2d 272, 57 Pa Cmwlth 520, Cmwlth 1981.

(455) Grade Contracting Co., Inc. v. West Manchester Township Sewer Authority, 487 A.2d 844, 378 Pa Super 146, Super 1985, Transferred to 508 A.2d 1287, 97 Pa Cmwlth 31, appeal denied 524 A.2d 495, 514 Pa 649.

(456) Com v. R., 479 A.2d 616, 330 Pa Super 406, Super 1984.

(457)            450 A.2d 756, 69 Pa Cmwlth 74, Cmwlth 1982

(458) E. v. Water Area Sewer Auth., 438 A.2d 1269, 63 Pa Cmwlth 95, Cmwlth 1981

(459) In re Condemnation by Allegheny County, 437 A.2d 795, 63 Pa Cmwlth 70, Cmwlth 1981

(460)            430 A.2d 691, 287 Pa Super 452

461) O'Reilly v Fox Chapel Area School Dist., 527 A.2d 581, 106 Pa Cmwlth 516, Cmwlth 1487, appeal granted 538 A.2d 501, 517 Pa 619, affirmed 555 A2d 1288, 521 Pa 478.

462) S. Kane and son, Inc., v City of Philadelphia, 459 A.2d 866, 74 Pa Cmwlth 172, Cmwlth 1932

463) Com ex rel. Kitchen v Burke, 107 A 2d 193, 175 Pa Super 597, 1954

464)      "    "    "    Carlini   "   , 92 A.2d 267, 172 Pa Super 116, 1953

465)      "    "    "    Whalen    v Banmiller, 162 A.2d 383, 400 Pa 606, 1460, on remand 165 A.2d 21, 195 Pa Super 554, cert. den. 82 S.Ct. 113, 368 US 882, 7 L.Ed 2d 82.

466) Com ex rel. Jermendzin v Myers, 156 A.2d 804, 397 Pa 607 1960.

467)      "    "    "    Slaughter v Bannmiller, 139 A.2d 918, 392 Pa 133, 1958.

468) Almeida v Bannmiller, 137 A.2d 454, 391 Pa 119 in 1958, cert. den. 78 S.Ct. 793, 356 US 946, 2 L.Ed. 2d 84

469) Com ex rel. Walden v Burke, 93 A.2d 897, 172 Pa Super 453, 1953, cert. den 73 S.Ct. 1150, 345 US 1002, 97 L.Ed 1407.

470) Com ex rel. Grygier v Burke, 98 A.2d 380, 173 Pa Super 458, 1953, reversed on other grounds 108 A.2d 122, 379 Pa 11.

471) Com ex rel. Nagle v Day, 124 A.2d 157, 181 Pa Super 605, 1956.

472)      "    "    "    Keys v Tees, 107 A.2d 582, 176 Pa Super 211, 1954. --

473)      "    "    "    Melchsby v Muroney, 115 A.2d 924, 178 Pa Super 364, 1455

474) Com ex rel. Rudenauer v McHugh, 115 A.2d 208, 179 Pa Super 69, 1955

475)      "    "    "    Wright v Day, 115 A.2d 398, 178 Pa Super 337, 1455, cert. den. 76 S.Ct. 319, US 942, 100 L.Ed 822.

476) Com ex rel. Richter v Burke, 103 A.2d 293, 175 Pa Super 255, 1954, cert. den. 75 S.Ct. 77, 348 U.S. 850 99 L.Ed 670

477) Elliott v Burke, 92 A.2d 913, 172 Pa Super 108, 1953

478) Com ex rel. Duffy v Russell, 211 A.2d 41, 206 Pa Super 9, 1965

479)      "    "    "    Brown v Cavell, 211 A.2d 22, 206 Pa Super 11, 1965

480)      "    "    "    Robertson v Moroney, 211 A.2d 21, 206 Pa Super 8, 1965

481)      "    "    "    Germani   "    "    "    "    "    ", 8,   "

482)      "    "    "    Bibbo    "    "    "    "    "    ",   "

483)      "    "    "    Newsome v Myers   , 241   "   " 21, 212   "   " 177,   "

484)      "    "    "    Howard   "    210   "   " 88, 422 Pa 240, 1466

  "    "    "    v Knowles   210   "   " 925, 206 Pa Super 6, 1965

  "    "    "    "    243   "   " 209, 212   "   " 434, 1968

485) Leighton Borough v Roth, 21 C.C. 63, 7 Dist. 626, 2 Docket 57, 1898.

486) Carlisle   "    v Tisler, 16 C.C. 85, 4 Dist. 230, 1895

487) Lehighton   "    Smith, 9 Dist. 428, 430, 6 Lack. L.N. 192, 7 North 190, 1900.

488) Com v Peters, 15 A.2d 48, 141 Pa Super 430, 1940

489)   "    "    Mengon, 34 A.301, 174 Pa. 33, 1896.

490)   "    "    Yeager, 29 Pa Super 428, 1905

491)   "    "    Reston, 29 Pa Super 426, 1905

492)   "    "    Hayes, 26 Pa Super 489, 1904, reversed on another point 53 A. 263, 200 Pa 452.

493) Thompson v Preston, 5 Pa Super 154, 1897

494) Com v Saeger, 22 C.C. 169, 1898

495) Board of Health v Crest Farm Dairy Co., 14 C.C. 119, 3 Dist. 363, 3 Lack. 175, 1893

496) Com v McElrea, 30 C.C. 271, 7 Sauqh. 213, 1904.

497) Board of Health v Crest Farm Dairy Co., 14 C.C. 119, 3 Dist. 363, 3 Lack 175, 1893

498) Beaver Falls Borough School District v Wair, 4 Just. 145, 1906.

500) Com v Saeger, 22 C.C. 169, 1899

501) Yeadon Borough v White, 10 Del. 202, 20 York 176, 1906.

502) Com v Apple, 42 Pitts 226, 1894

503)   "    "    Ferree, 20 C.C. 87, 6 Dist. 639, 1 Docket 98, 45 Pitts 118, 1897

504)   "    "    Hebush, 3 Ly Spring 257, 1953

505) Eastern Diner Corp. v U.S. 31 F.Supp. 232, D.C. 1940.

(506) Louisiana and Pe Bluff R. Co, v U.S. 257 U.S.114, 116, 42 Sct. 25, 66 L Ed 156 !

(507) Spiller v Atchison L I S R'y Co., 253 U.S 167, 125, 40 S. Ct. 466, 64 L I Ed 810.

(508) Bd. of Health v Crest Farm Dairy Co., 14 CC 119, 3 Dist. 363, 3 Lack 175, 1893.

(509) Com v Apple, 42 Pitts 226, 1894

(510) Com. v. Eichenberg, 21 A 258, 140 Pa. 158, 1891; affirming 6 Lanc. 356, 2 North 58.

(511) Beaver Falls Borough School District v Weir, 4 Just. 145, 1906.

(512) Com v. Ferrie, 30 C.C. 87, 6 Dist. 639, 1 Docket 98, 45 Pitts 118, 1897

(513) Com v. Johnston, 1 CC 22, 33 A Leg 83, 16 W. N. C. 349, 1885.

(514) " " Pucher, 244 A. 2d 790, 213 Pa Super 723, 1968

(515) " " Hickox, 243 A. 2d 158, 212 " " 756, 1968

(516) " " Beck, 243 ^ ^ 136, " " " 758, 1968

(517) " " McCaskill, 241 A. 2d 541, 212 Pa Super. 724, 1968.

(518) " " Myers, 245 " " 476, 213 " " 153, 1965.

(519) " " Brown, 61 Lanc. Rev. 53, 1967

(520) Com ex rel. Robinson v. Myers, 215 A. 2d 637, 420 Pa. 72, 1966.

(521) Com v. Managers of the House of Correction, 26 CC 378, 10 Dist. 371, 2 J. P. 98, 1901

(522) Grant v Lang, 33 CC 45, 10 Del. 2035 Just. 135, 54 Pitts 281, 1904

(523) Wilcox v Knoxville Borough, 12 C.C. 641, 2 Dist. 721, 1892

(524) Strasburg Borough v Brown, 11 C.C. 272, 1 Dist. 234, 9 Lanc 171, 3 North 158, 1892

(525) Com v Fuller, 4 C.C. 429, 44 L I.442, 18 Phila. 610, 1887

(526) " " Fuller, 4 " " 125, 1886,

(527) Kenyon v Com, 3 CC 654, 1887

(528) Com v Sprout (No 2) 14 Just. 356, 3 Just. 105, 22 Lanc 45, 1904.

(529) " " Bruce, 13 Dist. 747, 2 Just. 244, 3 Just. 92, 21 Lanc 191, 1904.

(530) Com v Maffley, 12 Dist. 365, 17 York 43, 1903.

(531) Lucia v Com, 10 Dist. 500, 1 Just. 34, 1901.

(532) Philadelphia v Junker, 9 Dist. 673, 1900

(533) Com v Kemery, 2 Foster 321, 1874

(534) Rochester Borough v. Hollenbaugh, 6 Just. 113, 1907

(535) Com v Johnson, 4 Just. 58, 1904

(536) Jones v Wilkes Barre, 2 Kulp 68, 11 Luz. L. Reg. Rep. 77, 1881

(537) Wilkes Barre v Roush, 1 Kulp 454, 10 Luz. L. Reg. Rep. 267, 1881

(538) Scranton v. Smith, 6 Lack. 168, 1905

(539) Stroudsburg v. McManus, 21 Lanc. 100, 1904

(540) Com v Showwalter, 15 Lanc. 78, 1894

(541) Com v Showwalter, 15 Lanc. 78, 1894

(542) " " Etter, 12 Lanc. Bar, 188, 1881

(543) " " Finkheimer, 29 L. I. 92, 9 Phila. 504, 1872

(544) St. Clair Borough v Carr, 2 Leg. Rec. R. 87, 1881

(545) Com v Kushore, 1 Leg Rec. R. 255, 1880

218

120

(546) Com. v. Cane, 2 Pars 265, 1847

(547) Com. v. Bischoff, 56 Pitts 151, 1908

(548) Com. v. Richter, 13 W.N.C 142, 1883

(549) Philadelphia v. Borst, 1 W.N.C 186, 1873.

(550) Com. v. Linter, 1 Wilcox 3, 1887

(551) Reading v. Hirschline, 1 Woodw. 142, 1863

(552) Com. v. Peiffer, 22 York 119, 1908.

(553) Com. v. Courtney, 34 A. 300, 174 Pa. 23, 1896.

(554) Com. v. McCann, 34 A. 249, 174 Pa. 19, 1896

(555) Tyrone Gas & Water Co. v. Burley, 119 Pa Super 348, 1902

(556) Com. v. Sassaman, 2 Del. 333, 1885.

(557) Com. v. Hart, 26 Monroe L.R. 9, 1968.

(558) Com. v. Wilson, 393 A. 2d 1141, 482 Pa 350, 1978.

(559) Com. v. Herold, 369 A. 2d 866, 246 Pa Super 170, 1977.

(560) Com. v. Lobiy, 333 A. 2d 868, 460 Pa 466, 1975.

(561) Com. v. Johnson, 311 A. 2d 694, 226 Pa Super 46, 1977

(562) Com. v. Singleton, 374 A. 2d 1309, 248 Pa Super 46, 1976.

(563) Com. v. Conley, 365 A. 2d 858, 345 Pa Super 295, 1976.

(564) Com. v. Tolbert, 242 A. 2d 265, 430 Pa. 163, 1968, appeal after remand 257

(565) Com. v. Stewart, 241 A. 2d 764, 430 Pa 7, 1968.
    A 2d 251, 435 Pa. 449.

(566) Com. v. Wilson, 241 A. 2d 760, 430 Pa. 1, 1968.

(567) Com. v. Davis, 440 A. 2d 1185, 497 Pa. 335, Sup 1981.

(568) Com. v. Clayton, 457 A. 2d 1147, 496 Pa 493, Sup 1981

(569) Com. v. Wright, 454 A. 2d 122, 308 Pa. Super 263, Super 1982.

(570) Com. v. Dunston, 437 A. 2d 1178, 496 Pa 552, Sup 1981.

(571) Com. v. Reed 444 A 2d 1235, 298 Pa Super 480, Super 1982.

(572) Wilson v. New Holland Boro Castle, 717 A 2d 603, 366 Pa 219, 1951.

(573) Williamson v. Ross Ridley, 43 Med 714, 158 Pa Super 84, 1945.

(574) Southern Fulton School Dist. v. Hill, 45 Dec 2d 232, 10 Adams L.J. 41, 1968.

DPW (575) Leonard v. Thornburgh, 467 A 2d 104, 78 Pa Cmwlth 216, Cmwlth 1983

(576) Graham v. Com. Dept. of Environmental Resources, 469 A 2d 709, 79 Pa. Cmwlth 403, Cmwlth 1984, 42 Pa CS A§ 761

(577) Cmwlth v. Aiken, 504 A 2d 149, 11 Pa Cmwlth 267, Cmwlth 1987, affirmed 574 A 2d 600, 524 Pa. 583.

(578) Com. v. Palmer, 15 A 2d 481, 141 Pa Super 430, 1940.

(579) Com. v. Morgan 34 A. 301, 174 Pa 25, 1896

(580) Com. v. York Com. 29 Pa Super 428, 1905

(581) Com. v. Kurtz Com. 29 Pa Super 426, 1905

II  Appy(n) cases cited SAFCA-3988, 04-3987 cases in JS

(1) Scott v. Moore, C.A. Tex. 1981, 640 F.2d 708

(2) US ex rel. Simmons v. Zibilich, C.A. La. 1976, 542 F.2d 259

(3) Kreuzer v. Shaw, D.C. Tex. 1979, 477 F. Supp. 897, affirmed in part, reversed in part on other grounds 628 F.2d 297;

(4) Guye v. Skinner, D.C. Ga. 1976, 410 F. Supp. 117

(5) O'Hara v. Mirvox, D.C. Mich. 1966, 255 F. Supp. 546.

(6) Sherman v. US, N. Ark. 1976, 531 F.2d 960, cert. denied 97 S.Ct. 153, 429 US 856, 50 L.Ed. 2d 133

(7) Boyd v. Grand State Utilities Co., Local Union Number 2286, C.A. 5 (Tex.) 1986, 794 F.2d 974, cert. den. 107 S.Ct. 648, 93 L.Ed 2d 704

(8) Edmonds v. Dillon, D.O. Ohio 1980, 485 F. Supp. 722.

(9) Holmes v. Finney, C.A. Kan 1980, 631 F.2d 150

(10) Leist v. Marshall, D.C. N.Y. 1983, 100 F.R.D 395

(11) In re Anderson, Clayton/MCO Cases, D.C. Mich. 1983, 568 F. Supp. 869, affirmed 725 F.2d 125, 233 US App. D.C. 166.

(12) Morgan v. District of Columbia, 1982, 550 F. Supp. 465, affirmed 725 F.2d 125, 233 US App. D.C. 166.

(13) Williams v. St. Joseph Hospital, C.A. Ill. 1980, 629 F.2d 448

(14) McMillN v. Mississippi Power & Light Co., C.A. Miss 1977, 545 F.2d 919

(15) Smith v. Gibson, D.C. Mich. 1981, 524 F. Supp. 664.

(15) Wedding v. TP R.Co., D.C. Ia. 1946, 5 F. R.D 76

(16) Smith v. Butler, D.C. Pa. 1981, 507 F. Supp. 952

(17) Leist v. Mundt, D.C. N.Y. 1975, 400 F. Supp. 1293, D.C. Md. 1975, 399 F. Supp. 1068,

(18) Schoenfeld v. Mayor and City council of Baltimore, D.C. Md. 1975, 399 F. Supp. 1068, affirmed 544 F.2d 515.

(19) Williams v. Maicon Stores, Inc., D.C. Ill. 1973, 368 F. Supp. 1025, affirmed 508 F.2d 504.

(20) Pinsker v. Lurwitz, D.C. Minn. 1973, 356 F. Supp. 931

(21) Grissom v. Hogan, D.C. Cal. 1971, 384 F. Supp. 273

(22) Miller v. Armstrong, C.A. Ill. 1983, 207 F.2d 284

(23) Williams v. Woridh, D.C.R.I. 1978, 453 F. Supp. 717, affirmed 588 F.2d 813, cert. den. 99 S.Ct. 2858, 442 US 929, 61 L.Ed 2d 290.

(24) Alton v. Hilton Hotels Corp., D.C. Nev. 1978, 448 F. Supp. 116

(25) Haney v. Barringo, D.C. Ill. 1967, 277 F. Supp. 864

(26) Scott v. Smith, C.A. Tex. 1981, 634 F.2d 796, 634 F.2d 156

(27) Fisher v. Shamburg, C.A. Kan 1980, 600 F.2d 600, reversed in part on other grounds

(28) Thompson v. Henrechon, C.A. Ill 1979, 600 F.2d 600, reversed in part on other grounds, 100 S.Ct. 1857, 446 U.S. 754, 64 L.Ed 2d 670, rehearing denied 101 S.Ct. 33, 448 U.S. 913, 65 L.Ed 2d 116, 1977, on remand 499 F. Supp. 640

(29) Kemble v. P.S. McDuffy, Inc., C.A. La. 1980, 623 F.2d 1060, rehearing granted 629 F.2d 1158, 1980, 648 F.2d 340.

(30) Jones v. Hughes, D.C. Ohio 1975, 395 F. Supp. 836

(32) Byrd v. Local Union No.24, Intern. Broth. of Elec. Workers, DC Md. 1974, 375 F. Supp 545.

(33) German v. Killeen, D.C. Mich , 495 F. Supp. 822.

(34) Weiss v. Reisner, D.C. Wis. 1970, 318 F. Supp. 580.

(35) Rhodes v. Houston, D.C. Neb. 1962, 202 F. Supp. 624, affirmed 309 F. 2d 959, cert. den. 83 S. Ct. 724, 372 US 909, 9 L. Ed. 2d 719, cert. den. 86 S. Ct. 1282, 383 US 971, 16 L. Ed. 2d 311, affirmed 418 F. 2d 1309, cert. den. 90 S. Ct. 1382, 397 US 1049, 25 L. Ed. 2d 662.

(36) O'Hara v. Mattix, D.C. Mich. 1966, 255 F. Supp. 540.

(37) Peterson v. Stanczak, D.C. Ill. 1969, 48 F.R.D. 426

(38) Lawrence v. Acree, 1981, 665 F. 2d 1319, 215 US App. D.C. 16.

(39) Cohen v. Illinois Institute of Technology, C.A. Ill. 1975, 524 F. 2d 818, cert den. 96 S. Ct. 1683, 425 US 943, 48 L. Ed 2d 187

(40) Pierig v. Oderioso, C.A. Pa. 1967, 385 F. 2d 491, cert. den 88 S. Ct. 1269, 390 US 1016, 20 L. Ed. 2d 166, rehearing den. 88 S. Ct. 1814, 391 US 929, 20 L. Ed 2d 676

(41) Nugent v. Sheppard, D.C. Ind. 1970, 318 F. Supp. 314.

(42) Wallach v. Cannon, C.A. Mo. 1966, 357 F. 2d 557.

(43) Love v. Chandler, C.C.A. Minn. 1942, 124 F. 2d 785.

(44) Bomar v. Bogard, C.C.A. N.Y. 1947, 159 F. 2d 338

(45) Allen v. Corsano, D.C. Del 1944, 56 F. Supp. 169.

(46) Ward v. Conner, C.A. Va. 1981, 657 F. 2d 45, cert den. 102 S. Ct. 1253, 455 US 907, 71 L. Ed 2d 445.

(47) Molko v Holy Spirit Ass'n for the Unification of World Christianity, Cal. 1988, 252 Cal. Rptr. 122, 762 P. 2d 46

(48) Life Ins. Co. of N. America v Reichardt, C.A. Cal. 1979, 591 F. 2d 499, on remand 485 F. Supp. 56

(49) Kamsler v. M.F.I. Corp, C.A. Ill. 1966, 359 F. 2d 752.

(50) Wright v Methodist Youth Services, Inc., D.C. Ill. 1981, 511 F. Supp. 307

(51) Painter v Hodge, D.C. Fla. 1973, 445 F. Supp. 858.

(52) Milner v. National School of Health Technology, D.C. Pa. 1976, 409 F. Supp. 1389.

(53) Johnston v. National Broadcasting Co., Inc. D.C. N.Y. 1973, 356 F. Supp. 904

(54) Weiss v. Reisner, D.C. Wis. 1970, 318 F. Supp. 580.

(55) Rearke v Shirley, D.C. Colo. 1962, 211 F. Supp. 921.

(56) Bryant v. Harrelson, D.C. Tex. 1966, 187 F. Supp. 738.

(57) Collins v. Hardyman, Cal. 1951, 71 S. Ct. 937, 341 US 651, 95 L. Ed 1253,

(58) Whittington v. Johnston, C.A. Ala. 1953, 201 F. 2d 819, cert. den. 74 S. Ct. 103, 346 US 867, 98 L. Ed 377

(59) McNutt v. United Gas, Coke & Chemical Workers of America, CIO, D.C. Ark. 1952, 108 F. Supp. 871.

(60) Joyce v. Ferrazzi, C.A. Mass 1963, 323 F. 2d 931.

(61) Athans v. Lanrang, D.C. Okl. 1976, 415 F. Supp. 186, affirmed 556 F. 2d 485.

(62) Sidman v. Biskowitz, D.C. N.Y. 1978, 459 F. Supp. 347.

(63) Spencer v. Community Hospital of Evanston, D.C. Ill. 1975, 393 F. Supp. 1072.

(64) United Bro. of Carpenters and Joiners of America, Local 610, AFL-CIO v Scott, Tex 1983, 103 S. Ct. 3352, 463 US 825, 77 L. Ed 2d 1049, rehearing denied 104 S. Ct. 211, 78 L. Ed 2d 186, on remand 715 F. 2d 161

(65) Baker v. McDonald's Corp., S.D. Fla 1983, 686 F.Supp. 1474.

(66) Mullarkey v. Borglum, D.C.N.Y. 1970, 323 F.Supp 1218.

(67) Rebel Van Lines v City of Compton, C.D. Cal. 1987, 663 F.Supp. 786.

(68) Patton v Bennett, D.C. Tenn. 1969, 304 F.Supp. 297.

(69) Escalera v. N.Y. City Housing Authority, C.A.N.Y. 1970, 425 F.2d 853, cert. den. 91 S.Ct. 54, 400 U.S. 853, 27 L.Ed.2d 91.

(70) Weaver v Haworth, D.C. Ohl. 1975, 410 F.Supp. 1032.

(71) Jennings v. Nester, C.A. Ill. 1955, 217 F.2d 153, cert. den. 75 S.Ct. 888, 349 US 958, 99 L.Ed 1281.

(72) Egan v City of Aurora, C.A. Ill. 1961, 291 F.2d 706.

(73) Munson v. Friske, C.A. Wis. 1985, 754 F.2d 683.

(74) Blake v. Berman, D.C. Mass. 1984, 598 F.Supp 1081.

(75) Michael v Paine Webber Inc., C.A. N.Y. 1984, 725 F.2d 20.

(76) People by Abrams v. 11 Cornwell Co., C.A.N.Y. 1982, 695 F.2d 34.

(77) Rhodes v. Mabus, S.D. Miss. 1983 876 F.Supp. 755.

(78) Venegas v Wagner, C.A.9 (Cal.) 1987, 851 F.2d 1514.

(79) Roybal v. City of Albuquerque, D.N.M. 1986

(80) Gobla v. Crestwood School Dist., D.C. Pa. 1985, 609 F.Supp. 972

(81) Tufts v. Bishop, D.C. Kan. 1982, 551 F.Supp. 1048

(82) Dussouy v. Gulf Coast Inv. Corp., C.A. La. 1981, 660 F.2d 594.

(83) Askew v Bloemker, C.A. Ill. 1976, 548 F.2d 673

(84) Crabtree v Brennan, C.A. Ohio 1972, 466 F.2d 480

(85) Alvarez v Wilson, D.C. Ill. 1977, 431 F.Supp. 136

(86) Clemmons v Congress of Racial Equality, D.C. La. 1967, 201 F.Supp. 737.

(87) Newcomer v Coleman, D.C. Conn. 1978, 323 F.Supp. 1363.

(88) Loretto Development Corp. v Vasquez, D.C. Puerto Rico 1972, 354 F.Supp. 1355.

(89) Fisher v Lockheed-Georgia Co., a div. of Lockheed Corp., D.C. Ga. 1983, 568 F.Supp. 590.

(90) Scott v Moore, D.C. Tex. 1978, 461 F.Supp. 224.

(91) Jennings v Shuman C.A. Pa. 1977, 567 F.2d 1213.

(92) Griffin v Breckenridge, Miss. 1971, 91 S.Ct. 1790, 403 US 88, 29 L.Ed.2d 338.

(93) Hampton v city of Chicago, Cook County, Ill., C.A. Ill. 1973, 484 F.2d 602, cert. den. 94 S.Ct. 1413, 1414, 415 US 917, 39 L.Ed.2d 471.

(94) Stone v city of Chicago, C.A. Ill. 1984, 738 F.2d 896.

(95) Bell v city of Milwaukee, C.A. Wis 1984, 746 F.2d 1205.

(96) Sebastian v Texas Dept. of Corrections, D.C. Tex 1983, 558 F.Supp. 507.

(97) Smith v. Walsh, D.C. Conn. 1981, 519 F.Supp. 853.

(98) Lynn v McElroy, D.C. Ala. 1959, 174 F.Supp. 661

(99) Synanon Church v Miller, D.C. Wis. 1967, 274 F.Supp. 1214.

(100) Curtis v. Peerless Ins. Co., D.C. Minn. 1969, 299 F.Supp. 429.

(101) Hobson v. Wilson, 1984, 737 F.2d 1, 237 U.S. App. D.C. 219, cert. den. 105 S.Ct. 1843, 470 US 1084, 85 L.Ed.2d 142, on remand 631 F.Supp. 884.

(102) State of N.M. ex rel. Candelaria v city of Albuquerque, C.A.10 (N.M.) 1985, 768 F.2d 1207.

(103) Brown v. F.B.I., D.D.C. 1988 691 F.Supp. 1548

(104) White v Francis, S.D.N.Y. 1988, 686 F.Supp. 629, appeal dismissed 855 F.2d 956.

(105) ...

-128

3/15 - 103-13

(106) Guzman v. Van Demark, C.D. Cal. 1983, 651 F. Supp. 1180,

(107) Walker v. Comay, W.D. Pa. 1986, 640 F. Supp 195.

(108) Eaton v. City of Solon, D.C. Ohio 1984, 598 F. Supp. 1505

(109) Waits v. McGowan, C.A.N.J. 1975, 516 F.2d 203

(110) Siebrecht v. Winston, D.C.N.Y 1963, 219 F. Supp 836, affirmed 329 F.2d 716, cert. den. 85 S.Ct 49, 379 US 825 13 L.Ed.2d 35     incident cover land enemy

(111) Vason v. Carrano, 1974, 330 A.2d 98, 31 Conn. Super 358   chief of Police liable

(112) Scampinato v. M. Boyer & Co., C.P.N.Y. 1959, 270 F.2d 46, cert. den. 805 U. 409, 361 US944, 4 L.Ed 2d 363, rehearing denied 80 S.Ct. 597, 361 US 973, 4 L.Ed 2d 553.

(113) Davis v. Fairman, C.A. Ill. 1955 251 F.2d 429, cert. den. 785.U 1137, 356 US 974, 2 L.Ed 2d 1148.

(114) Whaley v. KSP-KSD-TV Inc, D.C. Mo 1979, 476 F. Supp 1091

(115) Munk v. N. Review Co., D.C. La. 1955, 578 F. Supp 626, appeal dismissed, cert. den. 105 S. Ct. 63, 469 US 805, 83 L.Ed 2d 13, rehearing denied 105 S.U. 578, 409 US 1077, 93 L.Ed 2d 517.

(116) City of N. Royalton, D.C. Ohio 1982, 545 F. Supp 1051.

(117) Kush v. Rutledge, 1983, 1035 Ct 1483, 460 US 719, 75 L.Ed 2d 413.

(118) Ryland v. Shapiro, C.A. La. 1983 708 F.2d 967, on remand 586 F. Supp 1495.

(119) Trejo v. Wattles, D. Colo. 1985, 636 F. Supp 510.

(120) Burough v. Waynesburg Van School, 213 A.2d 216, 419 Pa 104, 1965

(121) Reeves v. State of Tenn., D.C. Tenn 1977, 431 F. Supp 1257, vacated on other grounds 609 F.2d 259

(122) Puente v. Sullivan, D.C. Tex. 1977, 425 F. Supp 249.

(123) Gray v. Skinner, D.C. Ga. 1976, 410 F. Supp 117

(124) Fuller v. Dunbar, D.C. Ohio 1974, 386 F. Supp 1117, affirmed 532 F.2d 1061

(125) Mackey v. Bryan, C.A. Ohio 1981, 641 F.2d 447

(126) Bildstein v. ????, D.C. Ohio 1984, 578 F. Supp 491

(127) Thompson v. Jackson, D.C. N.H. 1983, 568 F. Supp 385

(128) Churchill v. Plymouth Garden Apts., D.C. Pa 1982, 551 F. Supp 532, 993.

(129) Vietnamese Fishermen's Ass'n v. Knights of Ku Klux Klan, D.C. Tex. 1981, 518 F. Supp.

(130) Fetterman v. University of Connecticut, Conn. 1984, 473 A.2d 1676, 192 Conn 539.

(131) Hauck v. Padilla, N.D. Ill. 1985, 642 F. Supp. 380

(132) Stevens v. Rifkin, D.C. Cal. 1984, 608 F. Supp 710

(133) Lowe v. Aloysius College, C.A. Wis. 1994, 744 F.2d 1314.

(134) Wade v. Bethesda Hospital, D.C. Ohio 1971, 337 F. Supp 671, motion denied 356 F. Supp. 380.

(135) Kauffman v. Moss, C.A. Pa. 1972, 420 F.2d 1270, cert. den. 915 U 93, 400 US 846, 27 L.Ed 2d 84

(136) Nugent v. Sheppard, D.C. Ind. 1970, 318 F. Supp 314

(137) Peterson v. Stanczak, D.C. Ill. 1969, 48 F.R.D 426

(138) ????? v. ????, D.C. Ill. 1969, 48 F.R.D 426

(139) Fisher v. Volz, D.C. ?? 1976, 537 F.2d 747

(140) ???? ???? v. ???? ???, ???? 1973, 361 F. Supp 1076

(141) ????? v. ???? ???, ???????, ???????? 417 F.2d 426
                                        151 F.2d 2419, rehearing denied 152 F.2d

753

(142) Browne v. Lucy, C.A. Miss 1974, 595 F.2d 985

(143) Wakat v. Harlib, C.A. Ill 1958, 253 F.2d 59.

(144) Mizell v. North Broward Hospital Dist. C.A. Fla. 1970, 427 F.2d 468

(145) Gaulter v. Capdeboscq, D.C. La. 1975, 404 F. Supp. 903 affirmed in part and remanded on other grounds 594 F.2d 127.

(146) Freeman and Bass, P.A. v. State of N. J. Commission of Investigation, D.C. N.J. 1973, 359 F. Supp. 1053.

(147) Com. of Pa. v. Local Union No. 542, Intern. Union of Operating Engineers, D.C. Pa. 1972, 347 F. Supp. 268

(148) Pierce v. Stinson, D.C. Tenn. 1980, 493 F. Supp. 609

(149) Tracy v. Robbins, D.C. S.C. 1966, 40 F.R.D. 108, appeal dismissed 373 F.2d 13.

(150) Girard v. 94th St. & Fifth Ave. Corp., D.C. N.Y. 1975, 386 F. Supp. 450, affirmed 530 F.2d 66, cert. den. 96 S.Ct. 2173, 425 US 974, 48 L.Ed.2d 798.

(151) Crawford v. City of Houston, Texas, D.C. Tex. 1974, 386 F. Supp. 187

(152) Beight tol v. Kaminowski, D.C. Pa. 1974, 362 F. Supp. 985

(153) Birnbaum v. Trussell, C.A. N.Y. 1965, 347 F.2d 86.

(154) Bash v. Scott, D.C. Ill. 1973, 357 F. Supp 1125

(155) Mukerjee v. May, D.C. Mo. 1970, 313 F. Supp 1263

(156) Gabe v. Wagg, D.C. Mich. 1956, 140 F. Supp 6

(157) Elva v. Pipefitters and Plumbers Local Co. AFL-CIO, C.A. La. 1977, 554 F.2d 226 L.Ed.2d 364

(158) Means v. Wilson, C.A. S.D. 1975, 522 F.2d 833, cert. den 96 S.Ct. 1436, 424 US 958, 47

(159) Sykes v. State of Ind. Dept. of Motor Vehicles, D.C. Ind. 1974, 497 F.2d 197.

(160) Baer v. Baer, D.C. Cal. 1973, 450 F. Supp. 481.

(161) Curran v. Portland Superintending School Committee, City of Portland, Me., D.C. Me. 1977, 435 F. Supp. 1063.

(162) Santiago v. City of Philadelphia, D.C. Pa. 1977, 435 F. Supp. 136.

(163) Rowe v. State of Tenn., D.C. Tenn 1977, 431 F. Supp. 1257 vacated on other grounds 609 F.2d 259.

(164) Carter v. Gaylie, D.C. Pa. 1976, 415 F. Supp. 852

(165) Weltzin v. Krause, D.C. Pa. 1976, 411 F. Supp. 523, affirmed 549 F.2d 797

(166) Gaulter v. Capdeboscq, D.C. La. 1975, 404 F. Supp. 900 affirmed in part and remanded on other grounds 594 F.2d 127

(167) Girard v. 94th St. & 5th Ave. Corp., D.C. N.Y. 1975, 386 F. Supp. 450, affirmed 530 F.2d 66, cert. den. 96 S.Ct. 2173, 425 US 974, 48 L.Ed.2d 798

(168) Hahn v. Sargent, D.C. Mass 1975, 388 F. Supp. 445, affirmed 523 F.2d 461, cert. den. 96 S.Ct. 1495, 425 US 904, 47 L.Ed.2d 754.

(169) Spark-hano v. Mendez v. Rosales, D.C. Puerto Rico 1974, 388 F. Supp 226, affirmed 512 F.2d 1373.

(170) Brown v. _____ 1973, 358 F. Supp 326

(171) Williams v. _____ 1973, 357 F. Supp 831

(172) El Granado Inc. v. _____ 1972, 352 F. Supp 862
346 F. Supp 106

3/15-105-15

(174) Colson v. Greece, D.C.N.J.1964, 226 F. Supp 414

(175) Campbell v. Glenwood Hills Hosp'ts Inc., D.C. Minn.1965, 224 F. Supp 27.

(176) Shull v. Moser, Wash. App. 1988, 613 P.2d 1188

(177) McClellan v. Mississippi Power & Light Co., C.A. Miss. 1977, 545 F 2d 919

(178) Zimmerman v. McCormick, C.A. Kan 1979, 591 F 2d 605

(179) Jones v. Genbeck, C.A. Pa 1967, 375 F 2d 737

(180) Safeguard Mut. Ins. Co. v. Miller, D.C. Pa 1979, 477 F. Supp 299

(181) Fairemuto v. Lyman, D.C. Cal.1973, 362 F. Supp 1267.

(182) Shortbull v. Looking Elk, D.C. S.D.1981, 507 F Supp 917

(183) Clark v. Universal Builders Inc., D.C. Ill. 1976, 409 F. Supp 1274.

(184) Behrak v. Michigan Parole Bd., D.C. Mich. 1975, 405 F. Supp 1340.

(185) Schuman v. State of Cal., C.A. Cal 1978, 584 F 2d 868

(186) Toney v. Bd of Regents of Division of Univ. of Fla. of Dept. of Ed. of state of Fla., D.C. Fla 1979, 473 F. Supp. 63

(187) Lebanon v. S. C.A. Ark. 1976, 531 F.2d 900, cert. den. 97 S.Ct. 153, 429 U.S. 854, 50 L.Ed 2d 133

(188) Blake v. Town of Delaware City, D.C. Del. 1977, 441 F. Supp. 1189

(189) Polich v. Maryland and Virginia Milk Producers Ass'n, Inc. D.C. Md. 1977, 437 F. Supp. 623

(190) Smith v. Sinclair, D.C. Okl. 1976, 424 F. Supp. 1108

(191) Jackson v. Pennsylvania Hospital Division of Philadelphia, D.C. Pa 1978, 414 F. Supp. 315, affirmed 549 F.2d 795, cert. den. 98 S. Ct. 117, 434 US 832, 54 L.Ed.2d 93

(192) Scheinfeld v. Mayor and City Council of Baltimore, D.C. Md. 1975, 399 F. Supp. 1068, affirmed 544 F.2d 515

(193) Meyer v. Curran, D.C. Pa. 1975, 397 F. Supp. 512

(194) Spencer v. Community Hospital of Evanston, D.C. Ill. 1975, 393 F. Supp 1072

(195) Mair v. Conley, C.A. Ohio 1972, 456 F.2d 1382.

(196) Thompson v. State of N.Y., D.C.N.Y. 1979, 487 F. Supp. 212.

(197) Penbelli v. Chatham College, D.C. Pa. 1974, 386 F. Supp. 341

(198) Kelly v. Foreman, D.C. Tex.1974, 384 F. Supp 1352.

(199) Cairns v. Heas, C.A.N.Y. 1978, 601 F.2d 1242, cert. den. 100 S.Ct. 453, 444 U.S. 980, 62 L.Ed.2d 407.

(200) Taylor v. Nichols, C.A. Kan 1977, 558 F.2d 561.

(201) Navagones v. City of Chicago, D.C. Ill. 1980, 496 F. Supp 812.

(202) Holy Spirit Ass'n for Unification of World Christianity v. New York State Congress of Parents and Teachers, Inc., 1978, 408 N.Y.S.2d 261, 95 Misc. 2d 548.

(203) Davis v. Sprouse, D.C. Va.1975, 405 F. Supp. 45.

(204) Reichardt v. Payne, D.C. Cal. 1975, 396 F. Supp. 1010, affirmed in part and remanded on other grounds 591 F.2d 499.

(205) Kitchen v. Crawford, D.C. Ga. 1970, 326 F. Supp 1255, affirmed 442 F.2d 1345, cert. den. 92 S.Ct. 318, 404 US 956, 30 L.Ed 2d 272.

(206) Hayes v. Altz, C.A. Pa. 1976, 537 F.2d 747.

(207) Jackson v. Statler Foundation, C.A.N.Y. 1974, 496 F.2d 623.

(208) Hoffman v. Halden, C.A. 68. 1959, 268 F.2d 280.

(209) Noelow v. Whitman Tp., D.C. Pa. 1980, 491 F. Supp. 1364.

98 S.Ct. 260, 434 U.S. 888, 54 L.Ed.2d 173, cert. dismissed 88 S.Ct. 3116, 438 U.S. 189, 57 L.Ed.2d 704.

(211) McLean v. Mississippi Power & Light Co., C.A.Miss. 1976, 526 F.2d 879 vacated in p on other grounds 545 F.2d 919.

(212) Wesse v. Syracuse University, C.A.N.Y. 1975, 522 F.2d 397.

(213) Philadelphia Yearly Meeting of Religious Soc. of Friends v. Tate, C.A.Pa 1975, 519 F.2d 1335.

(214) Philadelphia Yearly Meeting of Religious Soc. of Friends v. Tate, C.A.Pa 1975, 519 F.2d 1335.

(215) Marlowe v. Fisher Body, C.A.Mich. 1973, 489 F.2d 1057.

(216) Burt v. City of New York, CCANY 1946, 156 F.2d 791.

(217) Borough v. Waynesburg Van Sc. Dec., 213A. 2d 216, 419 Pa. 104, 1965.

USCMF 04 4700⊂>04-CV-207J case opinions continued.

(218) Sugg v. Mutual Ben. Health and Accident Ass'n, CCA 8th 1940, 115 F.2d 80.

(219) Leishman v. Associated Wholesale Electric Co. Cal 1943, 63 S.Ct. 543, 318 U.S. 203, 87 L.Ed 714 rehearing denied 63 S.Ct. 758, 318 U.S. 800, 87 L.Ed 1163.

(220) Greenwood v. Greenwood, C.A.Pa. 1956, 234 F.2d 276.

(221) NFC v. Nau, C.A.Mont. 1950, 184 F.2d 44.

(222) Neely v. Merchants Trust Co. of Red Bank, C.C.A.N.J. 1940, 110 F.2d 525, affirmed, 113 F.2d 9. cert. den. 61 S.Ct. 174, 311 U.S. 705, 85 L.Ed 457, rehearing denied 61 S.Ct. 341, 311 U.S. 730, 85 L.Ed 475.3

(223) Marank v. U.S. C.A.Cal 1964, 336 F.2d 774, 698 F. Supp 916, 12 CIT 916.

(224) Belfont Sales Corp v. U.S., C.I.T. 1948, 698 F. Supp 916, 12 CIT 916.

(225) Package Leasing Towing Service, Inc v. Toledo, 12 W.R.R.Co., C.A. 7(Ill)1976, 539 F.2d 1107.

(226) Rhee v. People of State of Mich., C.A.6(Mich.)1968, 398 F.2d 800.

(227) Larsen v. Senecal, C.A.4(N.C.)1966, 366 F.2d 772.

(228) Wilson v. U.S., C.A.N.Y. 1952, 197 F.2d 680, cert. den. 73 S.Ct. 172, 344 U.S. 873 97 L.Ed 679.

(229) Union Guardian Trust Co. v. Castrumds, C.C.A.Mich 1931, 47 F.2d 689.

(230) Trainer v. U.S. Cal 1948, 69 S.Ct. 76, 335 U.S. 247, 93 L.Ed 16.

(231) Trainer v. U.S. C.A.9, (Cal)1994, 37 F.3d 1347,

App.(iii) Cases Quoted

(701) Collins v Vora, which is either CC 241-99-16-1261 [...] J [...]
78-120 J <=> COAF 98-3393 or CC 241-99 <=> USDC 98-CV-277 [...]

(702) Robb v. Connolly, 111 US 624, 637, 28 L.Ed 542, 546, 4 [...] S.Ct [...]

(703) Stapleton v. Mitchell, 60 F.Supp 51, 55

(704) McNeese v. Bd. of Education, 373 US 474 note 6

(705) Cohens v Virginia, 6 Wheat 264, 404, 5 L.Ed 257, 291

(706)(a) Baylor University Medical Center [...] 711 F.2d 38 [...] cert den
S.Ct 458, 469 US 1189, 83 L.Ed.2d 964  (b) 584 F.2d 358

(707) Propper v. Clark, 337 US 472, 492, 93 L.Ed 480, 1496, 69 S.Ct 1333 [...]

(708)(a) Harrison v. N.A.A.C.P. 360 US 107, 3 L.Ed 2d 1152, 79 S.Ct 1025  (b) 355 F.2d
341, 182 U.S. App. D.C. 220

(709)(a) Baggett v Bullitt, 377 US 360, 12 L.Ed.2d 377, 84 S.Ct 1316  (b) 220 F.Supp [...]
affirmed 663 F.2d 1070

(710) Connally v. General Construction Co., 269 US 385, 391, 70 L.Ed 322, 328, 46
S. Ct. 126

(711) Nothhaus v. Bd. of Education of Memphis City schools [...], 465 F.2d 329

(712) Ivanhoe v. West. Telephone Co., [...] 1945, 78 F.Supp 446

(713) Vesser v Kalamazoo Bd. of Education, [...] Mich 1982, 548 F.Supp 646

(714) So Tern Greyhound Lines v Fusco, C.A. Ohio, 1972, 462 F.2d 1052  [...] 1954

(715) Public Utilities Commission of the District of Columbia [...]
214 F.2d 242, 94 US App.[...] 140

(716) Barefoot v. Estelle, C.A. Tex 1983, 697 F.2d 593, cert. granted 103 S.Ct 82, 463 US 96,
74 L.Ed 2d 1032, decided on review 103 S.Ct 3383, 463 US 880, 77 L.Ed 2d 10, on rehearing
denied 104 S. Ct. 209, 464 US 874, 78 L.Ed 2d 185

(717) Com. v. Bibbs, 11 Pa. D&C 3d 360 (1979)

(718)    Com. v. Costerling, 485 A.2d 485, 336 Pa.Super 70, Super.1984

(719) Com. v. McGinley, 563 A.2d 518, 386 Pa.Super 543, Super. 1989

(720) Com. v. Concurer, 21 Pa. D & C 3d 836

(721) Com. v. Wilkinson, 13 Pa. D&C 3d 644/1979 [...] not familiar with [...]
[...] silent question subject [...]

(722) Davidge v White, D.C. N.Y. 1974, 377 F.Supp 1084

(723) Riviere; and Feraud Chilies v Las Palmas [...] 146 F.Supp
544, affirmed 245 F.2d 874, cert. den. 78 S.Ct 384, 355 US 427, 2 L.Ed 2d

(724) Williams v. Minnesota Min. & Manufacturing [...] D.C. Cal. 19 [...] F.Supp [...]

(725) Nichols v. Mower's News Service, Inc. [...] 172 [...] n 252

(726) Airline Pilots Ass'n, Intern. v. N.W. Airlines, [...] 75 [...] 96
F.Supp 1138

(729) Elektra Industries, Inc. v. Honeywell, Inc, D.C. Ill. 1973, 58 F.R.D. 118.

(730) Hollywood Associations v Morris, D.C.N.Y. 1952, 13 F.R.D. 141.

(731) Fisher v. Owens-Corning Fiberglas Corp., D.

(732) Dangerfield v Bachman Foods, Inc., D. Conn. 1886, 673 F. Supp. 1150

(733) Yudin v. Carroll, D.C. Ark. 1944, D.C.N.D. 1981, 515 F.Supp. 1383

(734) Miller v. National City Bank of N.Y., D.C.N.Y. 1946, 69 F.Supp. 972, affirmed 6 F.2d 723.

(735) Sintiesteban v Goodyear Tire and Rubber Co., C.A.Fla. 1962, 306 F.2d 9.

(736) Lexington Wholesale, Inc. v. Burger King Corp., C.A. Colo. 1979, 631 F.2d 368, on remand 554 F.Supp. 705.

(737) Chelsea Nbd. Associations v US Postal Service, C.A.N.Y. 1975, 516 F.2d 378.

(738) Gorsuch v Fireman's Fund. Ins. Co., C.A. Ariz. 1966, 360 F.2d 33.

(739) Miller v. Shell Oil Co., C.A. N.M. 1965, 345 F.2d 891.

(740) Lanning v Serwold, C.A.Wash. 1973, 474 F.2d 716.

(741) Fleming v. Gerard, C.A.Pa. 1971, 441 F.2d 732.

(742) Firchau v. Diamond Nat. Corp., C.A. Cal. 1965, 345 F.2d 269.

(743) Midwestern Developments, Inc. v. City of Tulsa, Okla, C.A. Okl. 1963, 379 F.2d 53.

(744) Weber v. Bartle, D.C.N.Y. 1967, 272 F. Supp. 201.

(745) Fine v. Paramount Pictures, C.A. Ill. 1949, 171 F.2d 571.

(746) Edmaster v. Time, Inc., D.C.N.Y. 1966, 257 F. Supp. 22.

(747) Acme Brick Co. v Chicago, R.I. & P.R.Co., C.A.Tex. 1959, 186 F.2d 125, cert. den. 71 S.Ct. 741, 341 US 920, 95 L.Ed 1353.

(748) Means v. 20th Century-Fox Film Corp., D.C. Mo. 1952, 13 F.R.D. 194.

(749) Richard Paul, Inc., v Union Imp. Co., D.C.Del. 1944, 3 F.R.D. 312.

(750) Al Fab. Aluminium Fabricators, Inc. v. Wagner, D.C. Ill. 1963, F. Supp. 715.

(751) Com. v. Von Foerter, 79 Pa. Super 174, 1922.

(752) Apartment owners and Managers Committee of State College Area Chamber of Commerce v Brown, 382 A.2d 473, 252 Pa. Super 339, 1977, reversed on other grounds 410 A.2d 747, 487 Pa. 548

(753) Com v English, 279 A.2d 84, 446 Pa. 161, 1971

(754) Com. v Thompson, 24 Northumb. L.J. 103, 18 Som. 276, 1958.

(755) Com. v Thurbak, 76 A.2d 657, 166 Pa. Super 16, 1950.

(756)  "  v Everitt, 322 A.2d 902, Sup 1966

(757)  "  v. Lowry, 452 A.2d 552 Super 1982

(758)  "  "  McCormick, 450 A.2d 701, 304 Pa. Super 321, 1982

(759) Com. v. Tilman, 417 A.2d 717, 273 Pa. Super. 416, 1980.

(760) " " Gilbert, 674 A.2d 284, 449 Pa. Super, 450, Super 1996.

(761) Barista v Weir, 340 F. 2d 74, C.A. 1965

(762) Com v Greene, 189 A.2d 141, 410 Pa. 171, 1963.

(763) Com. v. Hock, 728 A.2d 943, 556 Pa. 409, Sup 1999.

(764) Pittston City v. Musto, 59 Luz. L.R. 93, 60 Mun. L.R. 266 (1968)

(765) Com. v. Tarboe, 12 Pa. D&C 3d 554 (1979)

(766) " " Conlin,   Pa. D&C 2d 591, 444 Luz. L.R. 255, 1955.

(767) " " Ferree, 20 C C.87, 6 Dist. 639  1 Docket, 98, 125, 45 Pitts. 118, 1847.

7/6/07 (768) Imes v. Empire Hook & Ladder Co., 372 A.2d 922, 247 Pa. Super 470, Super 1977, Auto 171 (13)

" (769) Baselli v. Buel, 365 A.2d 754, 244 Pa Super 347, 247 Pa Super 470, Super 1977, Auto 171 (13)

" (770) Musgrove v. Com., 64 Pa. D&C 2d 371 (1973).

" (771) Com. v. Podrasky, 378 A.2d 450, 250 Pa Super 57, Super 1977.

" (772) " " Albert of Pa. D&C 276, 11 Monroe L.R. 70, 1950.

" (773) " " Shriver, 35 Pa. D&C 1, 1940.

" (774) License of Stanley, 65 Pa. D & C 2d 454 (1973)

" (775) Com. v. Myers, 50 Pa. D.&C 220 (1952)

" (776) " " Fye, 410 Pa. D 2 C 508 (1941)

" (777) " " Douglas, 31 Pa. D.&C 234, 1938.

7/15/07 (778) Barista v. Weir, 340 F. 2d 74, C.A. 1965;

Disorderly conduct " (779) Com. v Greene, 189 A.2d 141, 410 Pa 111, 1963

" (780) Com. v. Tarboe, 12 Pa. D&C 3d 554 (1979).

" (781) Pittston City v Musto, 59 Luz. L.R. 93, 60 Mun. L.R. 266 (1968).

" (782) Com. v. Gilbert, 674 A.2d 284, 449 Pa. Super 450, Super 1996.

" (783) Com. v. Brewer, 19 Pa. D&C. 55, 80 Pitts 450, 1932.

" (784) " " Hock, 728 A.2d 943, 556 Pa. 409, Sup 1999

" (785) " " Kitheffer, 63 Lans. L.R. 473 (1972).

(786) Allah v Seiverling, 229 F.3d 220.

(787) Milhouse v Carlson, 652 F. 2d 371, 374 (3rd Cir. 1981)

(788) Crawford-El v Britton, 523 U.S. 574, 588 n.10, 118 S.Ct. 1584, 140 L.Ed 2d 759 (1998)

(789) Stanley v. Litscher, 213 F.3d. 340, 343 (7th Cir. 2000)

(790) Rouse v Benson, 193 F.3d 936, 939 (8th Cir. 1999).

(791) Thaddeus-X v Blatter, 175 F.3d 378, 386 (6th Cir. 1999) (en banc)

(792) Pratt v. Rowland, 65 F.2d 802, 806-07 (9th Cir. 1995)

12 FF 2 2005. Tried on 9/6/07

(810) Com. v. Ngow, 652 A. ___, 539 Pa. ___, 1995.

(811) Com. v. Ley, 5 Lumb L. L. 789, 2 Pa. D & C 2d 268 (1955)

(812) Boeing v Allegheny County, 2 A2d 842, 332 Pa. 474, Sup. 1938.

(813) Com. v. Greenburgh, 885 A.2d 1025, Super 2005.

(814)  "    "  Bullick, 830 A.2d 998, Super 2003.

(815)  Com. v  Sprecher, 67 Pa. D & C2d 349 (1973)

(816)  "    "  Munley, 14 Cumb. L. J. 39, 32 Pa. D & C 2d 500 (1963)

(817)  "    "  Moller, 50 Pa Super 366, 1912.

(818)  "    "  Fye, 40 Pa. D. & C 508 (1941)

(819)  "    "  Douglas, 31 Pa. Appx. 304 (1958) Quoted

(520) Com. v  Bullick, 830 A.2d 995, Super 2003.

(521)  "    "  Thompson, 8 Lycoming 139, 25 Pa. D & C 2d. 467 (1962)

(822)  "    "  Corish, 452 A.2d 7, 306 Pa Super 70, Super 1982. Double Jeopardy

(823) Hitz v Stouffer, 215 A.2d 398, 207 Pa Super 55, Super 1965.

(824) (a) Master v. Goldstein's Fruit & Produce. 23 A.2d 443, 344 Pa. 1, Sup 1942

(b) Pfender v Speer, 185 A.618, 323 Pa. 443, Sup 1936.

(c) Shimer v Burkay, 174 A.2d 868, 405 Pa. 253, Sup 1961.

(d) Flagiello v Crilly, 187 A.2d 289, 409 Pa. 389, Sup 1963.

(825) Ioannidis v Morris, 23 A2d 53, 146 Pa Super 488, Super 1941

(826) O'Leary v Willis, 200 A 125, 131 Pa Super 578, Super 1938

(827) Com v. Younge, 667 A2d 739, 446 Pa Super 541, Super 1995.

(828) Com v. Pomerantz, 573 A.2d 1149, 393 Pa. Super 186, Super 1989.

(829) Frankhouser v Harding, 3 Pa D & C 3d 273 (1977).

(830) Com v. McJett, 811 A.2d 104, Cmwlth 2002, appeal denied 829 A.2d 1158, 574 Pa. 749.

(831) Petition of Koenig, 663 A.2d 725, 444 Pa Super 163, Super 1995.

(832) Com. v Anthony, 613 A.2d 581, 418 Pa Super 82, Super 1992.

(833) Com v. Cox 639 A.2d 753, 161 Pa Cmwlth 589, Cmwlth 1994.

(834) State v. Baker, La 1981, 405 So 2d 836.

(835) Farm Credit Bank of St. Paul v. Ziebarth, N.D. 1992, 485 N.W.2d 788, cert. den. 113 S.Ct. 501, 121 L Ed 2d 437, rehearing denied 113 S.Ct. 1069, 122 L Ed 2d 37.

(836) 1st National Bank in Little Rock, v Johnson & Johnson, D.C. Ark. 1978, 455 F. Supp. 361.

(837) DeMoss v Kelly Services Inc., D.C. Puerto Rico 1972, 355 F.Supp. 1111, affirmed 493 F.2d 1012.

(838) People v. Goldberg, 1964, 248 N.Y.S. 2d 248, 42 Misc. 2d 356.

(839) Colten v. Fed. Land Bank of Columbia, 1980, 265 S.E. 2d 59, 153 Ga. App. 298, affirmed 269 S.E. 2d 422, 246 Ga. 188.

(840) Hornung v Master Tank & Welding Co., D.C. N.D. 1957, 151 F.Supp. 169.

(841) State of Ark v. Howard, D.C. Ark. 1963, 218 F.Supp. 626.

(842) Blair Pipeline Co. v Pipeliners Local Union No. 798, D.C. Tex. 1962, 203 F.Supp 434, affirmed 325 F. 2d 206.

(843) Roberts v. Vulcan Materials Co., D.C. La. 1983, 558 F.Supp. 108.

(844) W.F.H. Schultz, Inc. v. Glidden Co., D.C. Ga. 1967, 275 F.Supp. 455.

GC (13X => (845) Connolly v General Construction Co. 29 US 55, 341, 70 Led 123, 328 465, Ct. 126

(846) Com v Hargrave, 745 A.2d 20, Super 2001, reargument denied, appeal denied, 760 A.2d 851, 563 Pa. 653   i character witness imp. in crim. rules evil.

(847) Molski v. Evergreen Dynasty Corp?. 500 F.3d 1047

(848) Com. Dept. of Transportation, Bureau of Driver Licensing v Weniger, 584 A.2d 394, 136 Pa Cmwlth 603, Cmwlth 1990.

(849) Com. v. Robertson, 13 Pa. D & C 4th 295; 1992 WL 453322, Unreported/1992).

(850) Board of Regents of State College v Roth, US Wis 1972, 408 US 564, 92 S. Ct. 2701, 33 L Ed 2d 548 (applicable to St. Francis College, conspirators of catholic origin, which origin British & Ohio State University and here too for imposing on Vera a stigma as well as disability that foreclosed freedom to take advantage of other employment opportunities, so was deprived of "liberty" protected by 14th Amend & 5th Amend too, requiring courts to reopen all cases for damages & compensate her with loss of wages for life due to continuous discrimination of all kinds that started since 1949).

(851) Board of Regents of State Colleges v Roth, 408 US564, 92 S Ct. 2701, 33 L Ed 2d 848,

(852) US v. One Interatta Painting Entitled "The Holy Family with St Catherine and Honored Donor", 691 F2d 603.

(853) Associated General Contractors of Ca Inc. v Ca. State Council of Carpenters, 103 SCt. 897, 459 US 519, 74 L Ed 2d 723 (1983).

(854) McGowen v State of Maryland, 366 US 420, 81 S. Ct. 1101, 6 L Ed 2d 393,

(855) Eastway Construction Corporation v City of New York, 762 F2d 243.

(856) "   "   "   " v Gliedman, 86 A.D2d 575, 446 NYS 2d
(857) 306

(858) Burlington Coat Factory Warehouse v Beth Bros. Co., 621 F Supp. 224.

(859) Associated General Contractors of Ca Inc. v Ca State Council of Carpenters 103 S Ct. 897, 459 US 519, 74 L Ed 2d 723 (1983)

(860) Brunswick Corp v. Pueblo Bowl-O-Mat, Inc., 97 S Ct. 690, 429 U S 477, 50 L Ed 2d 701.

(861) Wreckur v National Enameling Stamping Co., 204 US 176, 27 S. Ct. 184 (1907)

(862) Longoria v Gearley, W.D. Tex. 1992, 796 F Supp. 447.

(863) Old Dutch Farms, Inc. v Milk Drivers and Dairy Employees Union Local 584, Intern Broth. of Teamsters, Chauffeurs, Warehousemen and Helpers of America, E.D.N.Y. 1963, 222 F Supp. 125.

(864) Goldberg v CPC Intern, Inc. N.D. Cal. 1980, 495 F Supp. 233.

(865) Little Rock v Johnson v Johnson, E.D Ark. 1478, 455 F Supp. 361

(866) Demos v. Kelly Services, Inc, D.C. Puerto Rico 1972, 355 F Supp. 1111, affirmed F 2d 1012.

(867) Peterson v BMI Refractories, Inc., N.D. Ala. 1996, 938 F Supp. 767, affirmed in part, reversed in part and remanded, 124 F 3d 1386, on remand 1997 WL 244716.

(868) Adair Pipeline Co. v Pipeliners Local Union no. 798, S D. Tex. 1962, 203 F Supp. 434.

(869) Shapiro v Logistec USA Inc, CA2 (Conn) 2005, 412 F 3d 307.

(870) Financial time Publications, Inc. v Compugraphic Corp., C.A. 8 (Minn) 1990, 843 F 2d 1136

(871) Zeraifa v Montefiore Hospital Housing Co, Inc., S.D. N.Y. 2005, 4.3 F Supp. 2d 320

(872) Husch v Allstate Ins Co., D. Ariz. 1996, 942 F. Supp. 1245.

(873) Quick Erectors, Inc. v Seattle Bronze Corp., E.D Mo 1981, 524 F Supp. 351.

(874) Grable and Sons Metal Products v. Darue Engineering & Manufacturing — US —, 125 S Ct. 2363, 162 L Ed 2d 257 (2005)

(875) Ruger Corp. Newark Div. v Fassro, S D. Ohio 1969, 300 F Supp 103.

(876) Brown v City of Meridian, C.A. 5 (Miss) 1966, 356 F 2d 602.

(877) In re Aircraft Disaster at Juneau, Alaska, on Sept. 4, 1971, N.D. Cal 1974, 64 FRD 410.

(878) Gray v Permanent Mission of Peoples' Republic of Congo to United

Nations ; SDNY 1978, 443 F. Supp. 816, affirmed 586 F. 2d 1044

(1879) Brener v. Litters and Dembrosky, S.D. N.Y. 2003, 2003 WL 22928046, unreported.

(1880) Fleming v. Colonial Stores, Inc., N.D. Fla. 1968, 279 F. Supp. 133.

(1881) Cohen v. Newcomer, (CA 3) 1986, 615 F. 2d 246.

(1882) Calhoun v. City of Meridian, Miss., C.A. 5 (Miss) 1966, 355 F. 2d 209.

(1883) Leininger v. Leininger, C.A. 5 (Miss) 1983, 705 F. 2d 727.

(1884) Martime v. National Tea Co., M.D. La. 1993, 841 F. Supp. 1421

(1885) Glover v. W.R. Grace & Co., Inc. E.D. Tex. 1991, 773 F. Supp. 964.

(1886) Meadows v. Burodyne Corp., N.D. Cal. 1983, 559 F. Supp. 57, affirmed 705 F. 2d 670

(1887) Rashid v. Schenck Const. Co. Inc., S.D. W. Va. 1993, 843 F. Supp. 1081.

(1888) Johnson v. Celotex Corp., D Md. 1988, 701 F. Supp. 553

(1889) Nicholson v. National Accounts Inc., S.D. Ala. 2000, 106 F. Supp. 2d 1269

(1890) O'Bryan v. Chandler, W.D. Okla. 1973, 356 F. Supp. 714, affirmed 496 F. 2d 403, cert. den. 95 S. Ct. 245, 419 U.S. 986, 42 L. Ed. 2d 194, rehearing den. 95 S. Ct. 835, 420 US 913, 42 L. Ed. 2d 845.

(1891) Potter v. Curved Stores of N.Y., Inc. D.C. Md. 1962, 203 F. Supp. 462, affirmed 314 F. 2d 45

(1892) Strickland Transportation Co. v. Navajo Freight Lines, Inc., N.D. Tex. 1961, 199 F. Supp. 108.

(1893) Putterman v. Daveler, D.C. Del. 1958, 169 F. Supp. 125.

(1894) Stone v. Foster, D.C. Ark. 1958, 163 F. Supp. 298

(1895) Zea v. Avis Rent a Car System, Inc., S.D. Tex 2006, 435 F. Supp. 2d 603.

(1896) Winters Gov't. Securities Corp. v. Nafi Employees Credit Union, S.D. Fla. 1978, 449 F. Supp. 239

(1897) Gov't. Securities Corp. v. Cedar Point State Bank, S.D. Fla. 1978, 446 F. Supp. 1123.

(1898) Hearst Corp. v. Shopping Center Network Inc., S.D. N.Y. 1969, 307 F. Supp. 551, 165 USPQ 51. Amended complaint with new cause of action.

(1899) Parkhill Produce Co. v. Pecos Val. Serv. Ry. Co., S.D. Tex. 1961, 196 F. Supp. 404.

(1900) Johnson v. Heublein Inc., C.A. 5 (Miss) 2000, 227 F. 3d 236.

(1901) Whitmar Buick Co. v. General Motors Corp., N.D. Ill. 1985, 644 F. Supp. 704.

(1902) Disher v. Citygroup Global Markets Inc., S.D. Ill. 2007, 487 F. Supp. 2d 1009.

(1903) Green v. R.J. Reynolds Tobacco Co., C.A. 5 (Tex) 2001, 274 F. 3d 263.

(1904) Huffman v. Saul Holdings Ltd. Partnership, C.A. 10 (Okla) 1999, 194 F. 3d 1072.

(1905) Hilbert v. McDonald Douglas Corp., D. Mass 2005, 2005 WL 53266

(1906) Fisher v. United Airlines, Inc. S.D.N.Y. 1963, 218 F. Supp. 223.

(1907) O'Bryan v. Chandler, C.A. 10 (Okla) 1974, 496 F. 2d 403, cert. den. 95 S. Ct. 245, 419 U.S. 986, 42 L. Ed. 2d 194, rehearing den. 95 S. Ct. 835, 420 US 913, 42 L. Ed. 2d 845

(908) Norfolk Southern Corporation, M.D.Ga. 1988, 683 F.Supp. 259.

1909) Hurt v Del Papa Distributing Co., L.P., S.D.Tex 2004, 425 F.Supp 2d 853

(910) State v Apple Towing, E.D.N.Y. 2000, 111 F.Supp 2d 222.

(911) Rollowitz v Burlington Northern R.R., D.C.-Mont. 1981, 507 F.Supp. 582.

(912) International Equity Corp. v. Peppers Tanner, Inc., E.D.Pa. 1971, 323 F.Supp. 1107

(913) Bandag of Springfield, Inc. v. Bandag Inc., W.D.Mo 1981, 537 F.Supp. 366.

(914) Keller v Carr, W.D Ark. 1981, 534 F.Supp. 100

(915) Jones v. General Motors Corp., N.D.Cal. 1973, 359 F.Supp. 223.

(916) US ex rel. Echevarra v Silberglitt, CA 2 (N-Y) 1971, 441 F.2d 225

(917) Chesimard v. Kuhlthau, D.C. N-J. 1974, 370 F.Supp. 473.

(918) Dukes v S.C. Ins. Co. (CA 5 (Miss) 1985, 770 F.2d 545

(919) Resolution Trust Corp. v Bayside Developers, CA. 9(Cal) 1994, 43 F.3d 1230, as amended.

(920) Dukes v S.C. Ins. Co., C.A.5 (Miss) 1985, 770 F.2d 545.

(921) Nasso v. Seagal, E.D.N.Y 2003, 263 F Supp. 2d 596.

(922) Wood v DeWeese, W.D. Ky 1969, 305 F.Supp. 439.

(923) Vendetti v Schuster, W.D.Pa. 1965, 242 F Supp. 746.

(924) Fischman v Fischman, E.D.Pa. 1979, 470 F Supp. 980.

(925) Town of Edenton v Hervey Foundation, E.D.N.C. 1947, 71 F.Supp 998.

(926) N.Y State Nat. Organization for Women v Terry, S.D.N.Y. 1988, 697 F.Supp 131

(927) Barrett v Southern Railway Co, DCSC. 1975, 68 F.R.D. 413.

(928) Master Equipment, Inc. v Homelite, E.D.Pa. 1972, 342 F.Supp. 749.

1429) McCormick v Excel Corp. 413 F.Supp 2d 967

(930) Doe v. American Red Cross, 14 F.3d 196, 202-03 (3rd Cir. 1993) and the 5th Cir. went beyond Doe in

(931) Green v R.J. Reynolds Tobacco Co., 274 F.3d 263, 267-68 (5th Cir. 2001),

(932) Burns v State of Ohio, 79 S.Ct 1164, 360 US 252,

(933) State v. Grisafulli, 135 Oh. St. 87, 19 N.E.2d 645.

(934) Griffin v Ill., 351 US 12, 76 S.Ct 585, 100 L.Ed 891, 76 S.Ct. 585.

(935) Bell v Hood, 66 S.Ct. 773, 327 US 678, 13 ALR 2d 383, 90 L.Ed 439,

(936) Bivens v 6 unknown named Agents of Federal Bureau of Narcotics, 91 S.Ct. 1999, 403 US 388, 29 L.Ed 2d 619.

(937) Burlington Coat Factory Warehouse Corp?, Esprit DeCorp. CA.2 (NY) 1975), 769 F.2d 919.

(938) Empresa De Viacio Aerea Rio Grandense v Walter Kidde and Co., 690 F.2d 1235, 1238 (9th Cir. 1982)

(939) Schoenbaum v Firstbrook, 268 F.Supp 385, 390 (S.D.N.Y.), aff'd, 405 F.2d 200, aff'd in part and rev'd in part, 400 F.2d 315 (2d Cir. 1967) (en banc)

(940) Walters v City of Ocean Springs, 626 F.2d 1317, 1321-22 (5th Cir. 1980)

(941) Landmarks Holding Co. v. Bernreat, 664 F2d 841 (2nd Cir. 1981)

(942) Burlington Coat Factory Warehouse v. Belts Bros. Co. 621 F.Supp. 224.

(943) Northern Pacific Railway Co v US, 356 US1, 78 S.Ct. 514, 2 L Ed 2d 1545 (1958).

(944) Gross v Lopez, 419 US 565, 575 95 S Ct. 729, 735 42 L Ed 2d 725 (1975)

(945) Miranda, 710 F2d 576 (9th Cir. 1983)

(946) US v. Raines, 80 S Ct. 519, 362 US 17, 4 L Ed 2d 524, US v Raines

(854) (E) (947) US v One Tintoretto Painting Entitled "The Holy Family with St. Catherine and Honored Donor, 691 F2d 603

(948) Baker v. McCollan, 99 S. Ct. 2689.

(949) Rochin v. California, 342 US 165, 72 S Ct. 205, 96 L Ed 183 (1952).

(950) 98 S.Ct. 694, 434 US 412 Christiansburg Garment Co. v EEOC

(951) Bounds v Smith 97 S Ct. 1491, 430 US 817, 52 L Ed 2d 72

(952) Logan v Zimmerman Brush Co., 102 S. Ct. 1148, 455 US 422, 71 L Ed 2d 265.

(953) Parratt v Taylor, 451 US 527, 101 S Ct. 1908, 68 L Ed 2d 420.

(954) Boddie v Connecticut, 401 US 371, 775 91 S Ct. 780, 786, 28 L Ed 2d 113

(955) Mullane v Central Hanover Banks Trust Co., 339 US 306, 70 S Ct. 652, 94 L Ed 865 (1950).

(956) Federated Dept. Stores Inc. et. al v Marilyn Moitie, 101 S Ct. 2424, 452 US 394, 69 L Ed 2d 143.

(957) Hughes v Rowe, 101 S Ct. 173, 449 US 5, 66 L Ed 2d 163.

(958) Eastway Construction Corporation v Gliedman, 86 A D 2d 575, 446 N. Y S 2d 306

(959) Cannon v. Loyola University of Chicago, 784 F2d 777.

(960) Mandarino v Pollard, 718 F2d 845, 849 (7th Cir. 1983), cert. den. 469 US 30, 105 S Ct. 116, 83 L Ed 2d 59 (1984)

(961) Douglas v People of State of California, 83 S Ct. 814, 372 US 353, 9 L Ed 2d 811.

(869)(E) (962) Associated General Contractors of Ca. State Council of Carpenters, 103 S Ct. 897, 459 US 519, 74 L Ed 2d 723.

(963) Continental TV Inc. v. GTE Sylvania Inc., 97 S Ct. 2549, 433 US 36, 53 L Ed 2d 568.

(964) North. Pac. R[way] Co. v U S, 78 S Ct 514, 356 US1, 2 L Ed 2d 545

(Cases Quoted) after 1900.

1000 (1) 578 F.2d 488, 3rd Cir. (1975)

(2) Achelman v U.S., 340 U.S. 143, 71 S.Ct. 209, 95 L.E. 207 (1950)

1000 (3) MEF Realty LP. v Rochester Assoc., C.A. 8 (Minn) 1996, 92 F.2d 752

1000 (4) U.S v Grani, 563 F.2d 26, on remand 92 F.R.D 483

1000 (5) 234 F. Supp. 799

1000 (6) 41 F.R. D 45 II

1000 (7) 86 F.R. D 207

1000 (8) 147 F.2d 499, cert. den. 65 S.Ct. 1414.

1000 (9) 320 F.2d 594, 138 USPQ 35-7

1000 (10) 266 F. Supp. 605

1000 (11) 35 F.R.D 385

1000 (12) 334 F.2d 454

1000 (13) 41 F.R.D. 15

1000 (14) 577 F.2d 1386

1000 (15) 56 F.R.D 610

1000 (16) 41 F.R.D 186

1000 (17) 624 F.2d 1272, 936 F.2d 1115

1000 (18) 121 F. Supp. 716, affirmed 217 F.2d 146

(19) 46 F.R.D 025

1000 (20) 402 F.3d 1198.

1000 (21) 701 F. 1549

1000 (22) 25-3- F.2d 765

1000 (23) 405 F. Supp.2d 1308

1000 (24) 732 F. Supp. 1474, affirmed 914 F.2d 255

1000 (25) 234 F. Supp. 799

1000 (26) 312 F.2d 357

1000 (27) 66 F.R.D 424

1000 (28) 305 F.3d 1307

1000 (29) 541 F.2d 220

1000 (30)     779 F. Supp. 52

1000 (31)     69 S.W. 384

1000 (32)     405 F.2d 245

1000 (33)     274 F.2d 274

1000 (34)     137 BR, 83

1000 (35)     100 S.Ct. 2194

1000 (36)     265 F.R.D. 590   should be 215 F.R.D. 590 (C.V. 8/27/08).

1000 (37)     423 F. Supp. 2d 357. (C.V. 8/27/08).

1000 (38)     903 F. Supp. 324 affirmed 101 F.3d 107.

1000 (39)     774 F. Supp. 837.

1000 (40)     459 F. Supp. 1242. affirmed 605 F.2d 618.

1000 (41)     95 F.3d 548.

1000 (42)     722 F.2d 677.

1000 (43)     78 F.R.D.

1000 (44)     182 F.R.D. 95.

1000 (45)     115 S.Ct. 386

1000 (46)     666 F.2d 754

1000 (47)     563 F.2d 26 on remand 82 F.R.D. 488.

1000 (48)     86 F.R.D. 204.

1000 (49)     73 F.R.D. 16.

1000 (50)     379 F. Supp 52.

Certificate of Service
On 9/25/08 following were served

USDC, Mexico

Cases Quoted Cont'd

(1051) Vollstedt's Inc C.A. Or 1969, 267 F.2d 86.

(1052) L.M. Leathers' Sons v Coleman, C.A. Mich 1958, 252 F.2d 158.

(1053) Leeuwen v Farm Credit Admin., D.C. Or. 1981, 600 F Supp. 1161.

(1054) Reno v. International Harvester Co., S.D. Oka 1986, 115 F.R.D.

(1055) HSBC Bank USA v. Haley, S.D.N.Y. 2006, 236 FRD 202, reconsideration
denied 438 F.Supp 2d 228.

(1056) In Re Turkoff, Bk'tcy S. Nbk. 1992, 157 B.R. 83, vacated on other grounds
146 B.R. 499, on remand 145 B.R. 357.

(1057) In re Durkalec, Bk'tcy E.D. Pa. 1982, 21 B.R. 618.

(1058) Vinson v. Reynolds Memorial Hosp., Inc. (N.A.W. Va)(1984), 118 F.2d 150.

(1059) In re Mid-Atlantic Fuels, Inc., Bk'tcy, S.D.W. Va. 1990, 131 B.R. 207.

(1060) Goodluck Nursing Home, Inc. v Harris, CADC 1980, 636 F2d 572, 204 US
App. D. C. 386.

(1061) Golden Oldies, Ltd. v Scorpion Auction Group, Inc., E.D.N.Y. 2001,
199 F.R.D. 98.

(1062) Washington v. Penwell, C.A. 9 (Cal.) 1983, 700 F.2d 570.

(1063) Pierre v Bernuth, Lembcke Co., S.D.N.Y. 1956, 20 F.R.D. 116.

(1064) Allen v Jacobson, N.D. Tex 1974, 52 FRD 355.

(1065) Cliff v PPX Pub.Co., S.D.N.Y. 1979, 84 FRD 539.

(1066) Fisher v Butler, CCA 8 (Mo.)1942, 125 F.2d 841.

(1067) Bulloch v U.S, CA10 (Utah) 1983, 721 F2d 713, on rehearing 705 F2d 1115,
cert. den. 106 S.Ct. 502, 474 US 1086, 88 L.Ed 2d 900.

(1068) Williams v. Bd. of Regents of University System of Georgia, M.D. Ga 1987,
90 FRD 140.

(1069) Lockwood v Bowles, DC DC 1969, 46 FRD 625.

(1070) In Re Tribune, Inc., Bk'tcy D Mass 1981, 14 B.R. 609.

(1071) Geschwind v Cessna Aircraft Co., C.A. 10 (Kan) 1997, 132 F2d 1342, cert. den.
121 S.Ct. 2520, 533 US 915, 150 L.Ed 2d 643.

(1072) N.Y. Life Ins. Co. v. Brown, C.A. 5 (La) 1996, 84 F.3d 137.

(1073) In re Diet Drugs (Phentermine / Fenfluramine / Dexfenfluramine)

(1074) Marquette Corp. v. Priester, E.D. S.C. 1964, 234 F Supp 799.

(1075) N.Y. State Health Facilities Ass'n, Inc. v. Carey, S.D.N.Y. 1977, 76 FRD 128.

(1076) Spears v Yellow Freight Systems, Inc, N.D. Ga 1975, 18 FRD 649.

(1077) In re Metzger, Bk'tcy N.D. Cal. 2006, 346 B.R. 806.

(1078) McLearn v. Cowen & Co., C.A. 2 (N.Y.) 1981, 660 F.2d 845.

(1079) Central Vermont Public Service Corp, v Herbert, C.A.2 (Vt) 2003, 3 m F.3d 152

(1080) Foster v. Arletty 3 Sàrl, CA1 (SC) 2002, 278 F3d 409.

(1081) In re Lovitt, C.A. 9 (Wash) 1985, 757 F2d 1035, cert. den. 106 S.Ct. 145, 474 US 849, 88 LEd 2d 120.

(1082) Misco Leasing, Inc. v. Vaughn, C.A. 10 (Kan) 1971, 450 F2d 257.

(1083) *There are many such cases.* Office of Gold Medal Jewelry ... 1961 F Supp. 1d 718.

(1084) Smith v. Allegheny Corp., C.A.2 (NY) 1968, 3.94 F2d 381, cert. den. 89 S.Ct. 300, 393 US 939, 21 LEd 2d 276.

(1085) Newman-Green Inc. v. Alfonzo-Larrain R., N.D. Ill. 1986, 732 F Supp. 416.

(1086) Battle v. Liberty Nat. Life Ins. Co., N.D. Ala. 1991, 770 F Supp. 1449, affirmed 974 F2d 1279, cert. den. 113 S.Ct. 2994, 509 US 906, 125 LEd 2d 695.

(1087) 1st Republican Bank Fort Worth v. Norglass, Inc. C.A.5 (Tex) 1992, 958 F2d den.

(1088) Colonial Bank & Trust Co. v. Cahill, N.D. Ill. 1976, 424 F Supp. 1200.

(1089) Triangle Capital corp. v. I.M.C. Management Corp. D. Mass. 1989, 127 F.R.D. 444.

Certificate of Service

I, Mr. Chandan S. Vora, pro se litigant in IFP, do certify that on 8/12-104 following were served by 1st class ordinary mail postage-prepaid:

(1) Clerk, USDC of Western PA, Rm 205, Penn Traffic Bldg, Johnstown, PA 15901

(2) Clerk U.S. court of Appeals for the third circuit, ... at courthouse, 601 Market St, Philadelphia, PA ...

(3) DA's office, CCC, Ebensburg, PA 15431

(4) FMHC, ... Frankstown Ave, Manor Complex Pittsburgh PA ...

(5) USPS, Bhark's Sec, Penn Traffic Bldg, Johnstown, PA ...

(6) Clerk of Courts CCC, Ebensburg, PA 15931

Chandan Vora

Cases quoted

(1200) Barry v N.Y. State Dept. of Correctional Services, S.D. N.Y. 1992, 805 F. Supp. 1106

(1201) Kanty v Bank One, Columbus, N.A., CA 6 (Ohio) 1996, 92 F3d 384, rehearing & suggestion for rehearing en banc denied.

(1202) Lato, Inc. v. Chase Manhattan Bank, (Nat'l Assoc".), S.D. N.Y. 1474, 566 F Supp. 132, affirmed 25 F3d 810

(1203) Williams v. Equity Holding Corp. E.D. Va 2007, 498 F. Supp. 2d 831.

(1204) Aetna Cas. Sur. Co. v P.B. Autobody, C.A.1 (Mass) 1994, 43 F3d 1544

(1205) In re Burzynski, C.A.5 (Tex.) 1943, 484 F.2d 733.

(1206) Todero v Orbit Intern. Travel, Ltd., S.D. N.Y. 1991, 755 F Supp. 1229.

(1207) Beck v. Manufacturer's Hanover Trust Co. S.D.N.Y. 1986, 645 F. Supp. 675, on reargument 650 F Supp. 25, affirmed 820 F2d 46, cert. den. 108 S Ct. 698, 484 US 1005, 98 L Ed 2d 650, rehearing den. 108 S Ct. 1588, 485 US 1030, 99 L Ed 2d 903.

(1208) Fireman's Fund Ins. Co. v. Plaza Oldsmobile Ltd., E.D. N.Y. 1985, 600 F. Supp. 1452.

(1209) United States, i.e. US v Eisen, C.A.2 (N.Y.) 1993, 974 F2d 246, cert. den. 113 S Ct. 1619, 507 US 948, 123 L Ed 2d 179, cert. den. 113 S Ct. 1840, 507 US 1029, 123 L Ed 2d 467, denial of Habeas Corpus affirmed 32 F3d 31, cert. den. 115 S. Ct. 900, 513 US 1110, 130 L Ed 784, on rehearing 45 F3d 650, cert. den. 115 S Ct. 1796, 514 US 1084, 131 L Ed 2d 724, cert. den. 115 S Ct. 2015, 514 US 1134, 131 L Ed 2d 1014.

(1210) US v. Fusione, S.D. N.Y. 1990, 728 F Supp. 611.

(1211) Israel Travel Advisory Service, Inc. v Israel Identity Tours, Inc., C.A.7 (Ill) 1995, 61 F3d 1250, rehearing and suggestion for rehearing en banc den., cert. den. 116 S. Ct. 1847, 517 US 1220, 134 L Ed 2d 948.

(1212) American Eagle Credit Corp. v . ....., C.A.6 (Mich) 1990, 920 F2d 352. (would instead be merely incident to a central part of scheme).

(1213) Ikuno v Yip, CA 9 (Wash.) 1912, 912 F2d 306 (use of mail was only required to be reasonably foreseeable.)

(1214) US v. Weatherspoon, C.A.7 (Ill) 1978, 581 F 2d 595 (offense of mail fraud has its genesis in scheme to defraud & gist of crime is use of mail in executing the scheme)

(1215) Merin v Trupin, S.D.N.Y. 1988, 864 F.Supp. 1051, on reargument
823 F.Supp. 201

(1216) Zee-Bar, Inc. N.H. v Kaplan, D.N.H. 1992, 792 F Supp 315.

(1217) US v Weinberg, E.D.N.Y. 1987, 656 F.Supp. 1020.

(1218) Tribune Co. v Purcigliotti, S.D.N.Y. 1994, 869 F.Supp 1076, affirmed
66 F.3d 12. (cops mailing stations to me have been identified
in original pleadings)

(1219) In re Bennett, Shirley v N.Y. 1995, 182 B.R., all (cops, DA,
all Judges, Magistrates all of them have used more than one).

(1220) B.E. Davis Chemical Corp. v Value Chemical Co, N.D. Ill. 1990,
757 F. Supp. 1499.

(1221) US v Cannistraro, D.N.J. 1992, 800 F Supp 30

(1222) US v Vitele, S.D.N.Y. 1986, 615 F.Supp 14, cause dismissed 795 F 2d 1000

(1223) C & V Const. Co v Brotherhood of Carpenters & Joiners of America, Local
745, AFL-CIO, D. Hawaii 1988, 657 F Supp 453

(1224) US v Freeman, C.A-9 (Cal.) 1993, 6 F.3d 586, cert den. 114 S.Ct. 1661, 511 US
1147, 128 L Ed 2d 896.

(1225) Robbins v Wilkie, C.A. 10 (Wyo.) 2006, 433 F.3d 755, cert granted
127 S.Ct. 722, 166 L Ed 2d 561.

(1226) US v Melatesta C.A.-5 (Fla) 1978, 583 F 2d 740, on rehearing 590
F 2d 1379, cert. den. 99 S.Ct. 1503, 440 US 962, 59 L Ed 2d 177, cert.
den. 99 S.Ct. 91, 444 US 846, 62 L Ed 2d 54.

(1227) US v Frumento, C.A.-3 (Pa) 1977, 563 F. 2d 1083, cert den. 98 S.Ct.
1258, 434 US 1072, 55 L Ed 2d 776.

(1228) See Notes of Decisions of 18 US C § 1961 RICO related. note 132
case laws for Elements, pattern of racketeering

(1229) Westmont Industries Inc. v Winston, M.D. Pa. 1989, 702
F. Supp 846

(1230) H.J. Inc. v N Western Bell Co Co, US Minn. 1889, 109 S.Ct. 2893,
44 US 229, 106 L Ed 2d 195, on remand 886 F. Supp 579.

(1231) Buck Creek Coal, Inc v United Workers of America, S.D. Ind.
1995, 917 F. Supp. 601

(1232) Bumgarner v BCBS of Arkansas Inc., D Kan 1983, 716 F.
Supp. 443.

(1233) Krantz v Schlesinger, E.D.N.Y. 1983, 555 F Supp. 32.

(1234) Liquid Air Corp. v Rogers, C.A. 7 (Ill.) 1987, 834 F 2d 1297,
cert. dens 109 SCt. 3241, 492 US 917, 106 L Ed 2d 588.

20) (1235) Subsequent notes of decisions do indicate that federal
court has exclusive jurisdiction resulting from racketeering
activities.

App. (iii) Cases Quoted

(2301) Williams v Equity Holding Corp., E.D. Va. 2007, 498 F.Supp. 2d 831.

(2302) Adams Natur... ... v P.B. Bitterbury, C.A.1 (Mass) 1994, 43 F.3d 1546.

(2303) Berry v. New York State Dept. of correctional Services, S.D. N.Y. 1982, 808 F.Supp. 1106.

(2304) Kenty v Bank One, Columbus, N.A. (A6 (Ohio) 1977, 92 F.3d 384, rehearing & suggestion for rehearing en banc denied.

(2305) In re Burzynski, (A5 (Tex) 1993, 989 F.2d 733.

(2306) Todaro v Orbit Intern. Travel, Ltd., S.D. N.Y. 1991, 755 F.Supp. 1229.

(2307) American Eagle Credit Corp. v Gaskins, C.A6 (Mich) 1990, 920 F.2d 352.

(2308) Ikuno v Yip, CA9 (Wash) 1996, 912 F.2d 306.

(2309) U.S. v. Weinberg, E.D. N.Y. 1987, 656 F.Supp. 1020.

(2310) Temple University, v Salla Bros. Inc., E.D. Pa. 1986, 656 F.Supp. 47.

(2311) Chambell v. Fairfield Resorts, Inc., E.D. Va. 2006, 428 F.Supp. 2d 437.

(2312) In re Bennett, Bkrtcy W.D. N.Y. 1992, 142 B.R. 616.

(2313) Turkish v Kasenetz, (A2 N.Y.) 1994, 27 F.3d 23, on remand 964 F.Supp. 689.

(2314) B.E. Davis Chemical Corp v Nalco Chemical Co., N.D. Ill. 1990, 757 F.Supp. 1499.

(2315) US v Amirtharaja, D.N.J. 1992, 800 F.Supp. 30.

(2316) Cox Cable Co. v. Brotherhood of Carpenters & Joiners of America, Local 745, AFL-CIO, D. Hawaii 1988, 688 F.Supp. 1483.

(2317) US v Freeman, C.A.9 (Cal.) 1994, 6 F.3d 586, certiorari as filed, 511 US 1077, 128 L.Ed 2d 378, cert. den. 114S Ct.2177, 511 US 1077, 128 L.Ed 2d 896.

(2318) Fujisawa Pharmaceutical Co. Ltd. v Kapoor, N.D. Ill. 1996, 936 F.Supp. 455 affirmed in part, reversed in part, 15 F.3d 332, on remand 16 F.Supp. 2d 941. See also 115, 4 F.Supp. 720.

(2319) Poller v Nemo Christian Acad's, Inc., D Md. 1996, 933 F.Supp. 494.

(2320) Khan v SYS Restaurant Management Inc., W.D. Ill. 1996, 929 F.Supp. 210.

(2321) Reynolds v Gorden, N.D.Ind. ... 1995, 198 F.Supp. 1494, modified on denial of reargument, reconsideration denied.

(2322) Wallwright Tr. Co. v McCann Steel Partnership, N.D. Ill. 1995, 890 F.Supp. 721.

(2323) I-merton science service ones v ... Rep... de Puerto Rico, D Virgin Islands 1974, 87 F.Supp. 161.

(2324) Bearborn Const. Corp. v R.I. Hospital Trust Nat. Bank, N.D., D.Mass. 1994, 829 F.Supp. 1864, affirmed 24 F.3d 721.

(2325) Resolution Trust Corp. v. S.E. Chevrolet, E.D. Ill. 1994, 860 F.Supp. 1043.

(2326) Finova v Trachte Intern., Bpnshares Ltd., D.Del. 114, 217 F.Supp. 555

(2327) Luria v Prudential Bache Properties, Inc., W.D.Ill. 1994, 855 F.Supp. 724

(2328) Select Creations, Inc. v Palm Life America, Inc. E.D. Wis. 1992, 818 F.Supp. 302

(2329) Palm Life America, Inc., E.D.Wis. 1992, 828 F.Supp. 1361

(2330) Grand Cent. Sanitation, Inc. v. 1st Nat. Bank of 1 Almeria, M.D.Pa. 1993, 816 F.Supp. 299

(2331) Macaggzer v Bucks County Bank & Trust Co., E.D.Pa. 1993, 514 F.Supp. 437.

(2332) Brooks v. Wilson, ..., 81 F.Supp. 651, affirmed 5 F.3d 434

(2333) Jordan v Berman, E.D.Pa. 1991, 758 F.Supp. 269, reconsideration denied, affirmed in part, vacated in part on other grounds 26 F.3d 1250, on remand.

(2334) Plant Process Equipment Inc. v Continental Carbonic Products, Inc., W.D.Ill. 1987, 668 F.Supp. 1191.

(2335) Environmental Tectonics Corp. Intern. v W.S. Kirkpatrick Co. Inc., D.N.J (1987) 659 F.Supp. 1381, affirmed in part, reversed in part 847 F.2d 1052, cert. granted in part 109 S.Ct. 3213, 492 US 905, 106 L.Ed 2d 563, affirmed 110 S.Ct. 701, 493 US 400, 107 L.Ed 2d 816 [or 610].

(2336) Westmont Industries Inc. v Weinstein, M.D.Pa. 1989, 762 F.Supp. 646.

(2337) US v Ellison, CA1 (Mich) 1956, 193 F2d 14, cert. den. 107 S.Ct. 415, 479 US 935, 93 L.Ed 2d 366.

(2338) H.J. Inc. v N. W'rn Bell Tel. Co., US Minn. 1989, 109 S.Ct. 2893, 492 US 229, 106 L.Ed 2d 195, on remand 734 F.Supp. 879.

(2339) Fleet Credit Corp. v Iron, CA1 (R.I.) 1990, 893 F.2d 441.

(2340) Liquid Air Corp. v Rogers, C.A.7 (Ill) 1987, 534 F.2d 1297, cert. den. 109 S.Ct. 3241, 492 US 90?, 106 L.Ed 2d 588.

(2341) Center Cadillac Inc. v Bank Leumi Trust Co. of N.Y., D.N.Y 1992, 808 F.Supp. 213, affirmed 94 F.3d 441.

(2342) US v Quintanilla, N.D.Ill. 1991, 760 F.Supp. 687, affirmed 2 F.3d 1469.

(2343) Const. v Bakirer, W.D.N.C. (1988) 642 F.Supp. ?, affirmed 2 F.3d 1469.

(2344) Sharpe v Kelley, D.Mass 1993, 835 F.Supp. 33?, 596), vacated 500 F.2d 673.

(2345) US v Eufrasio, CA3 (Pa) 1991, 935 F.2d 553, rehearing denied, 112 S.Ct. 340

(2346) LaSalle Bank Lake View v Seguban, W.D.Ill. 1996, 937 F.Supp. 1309.

(2347) Statewide Photocopy Corp. v Tokai Financial Services Inc., S.D.N.Y. 1995, 104 F.Supp. 137.

2348) Elliott v 1st Bank Nb. 1990, 544 N.2d 823, 241 Nb. 5??

(2349) *Bucklew's Lake Inc. v United Workers of America*, S.D. Ind. 1975, 117 F.Supp 601.

(2350) *Bumgarner v BCBS of Kansas, Inc.*, D. Kan. 1955, 716 F. Supp 493

(2351) *Krantz v Schlesinger*, E.D. N.Y. 1957, 683 F Supp 32

(2352) *Mendoza, Inc. v Wasserman*, CA4 (Md) 1959, 856 F2d 631.

(2353) *US v Boylen*, Ill (Mass) 1990, 898 F2d 230, cert den. Ill. 111, 62739, 497 US 844, 111 L Ed 2d 106.

(2354) *Medallion TV Enterprises Inc. v Select TV of Ca. Inc.*, CA9 (Cal) 1987, 833 F2d 1360, cert den. 108 S Ct 3241, 487 US 117, 106 L Ed 585

(2355) *Weeox v. Inc. Village of Belle Terre*, E.D.N.Y. 2005, 233 FRD 105, leave to appeal den. 448 F3.d 416.

(2356) *Leung v Law*, E.D.N.Y. 2005, 387 F Supp 2d 1054.

(2357) *Leung v Luo*, E.D.N.Y. 2005, 387 F Supp 2d 1054.

Cases Consulted

(2358) Alliante Inc. v Necht, C.A.9 (Cal.) 1995, 65 F3d 152.

(2359) U.S. v Blanc, W.D.N.Y. 1993, 825 F.Supp. 554, affirmed in part, reversed in part, 55 F.3d 506.

(2360) Gambes v Bakker, W.D.N.C. 1983, 692 F.Supp.576, vacated 806 F.2d 673.

(2361) Sharpe v Kelley, D.Mass. 1993, 835 F.Supp.55.

(2362) Abell v Potomac Ins. Co. of Ill., C.A.5 (La.) 1991, 946 F2d 1160, rehearing denied, cert. den. 112 S.Ct. 1944, 501 U.S. 911, 118 L.Ed. 1549.

(2363) U.S. v Atkins, C.A.2 (N.Y.) 1991, 924 F2d 541.

(2364) Tribune Co. v Purigliotti, S.D.N.Y. 1994, 869 F.Supp. 1076, affirmed 66 F3d 12.

(2365) Metropolitan Enterp, Inc. v Alco Standard Corp, M.D. Pa 1986, 657 F.Supp.627.

(2366) Sun Sav. & Loan Ass'n v Dierdorff, C.A.9 (Cal.) 1987, 825 F2d 187.

(2367) Allington v Carpenter, C.D.Cal. 1985, 619 F.Supp.474.

(2368) U.S. v Theiss, CA.5 (Ga.) 1983, 665 F2d 616, reh.den. 671 F2d 1379, cert.den. 102 S.Ct. 2300, 456 U.S. 1008, 73 L.Ed 2d 1303, cert. den. 102 S.Ct. 3489, 458 U.S. 1109, 73 L.Ed 2d 1370, cert. den. 103 S.Ct. 57, 459 U.S. 825, 74 L.Ed 2d 51.

(2369) MHC, Inc. v International Union, United Mine Workers of America, E.D.Ky. 1955, 685 F.Supp. 1370.

(2370) Smith v Cooper/T.Smith Corp, C.A.5 (La.) 1988, 846 F2d. 325, rehearing granted 850 F.2d 1058, remanded 883 F2d 357, on remand 886 F.2d 755, on rehearing.

(2371) U.S. v Beatty, E.D.N.Y. 1984, 587 F.Supp 1725.

(2372) Furman v Cirrito, S.D.N.Y. 1984, 578 F.Supp. 1535, affirmed 741 F2d 524, vacated 105 S.Ct 3550, 473 U.S 922, 87 L.Ed 2d 672, on remand 779 F.2d 36.

(2373) Attick v Valeria Associations, LP, S.D.N.Y. 1992, 835 F.Supp 103.

(2374) U.S. v Sanders, C.A. (Okla.) 1991, 928 F2d 940, cert. den. 112 S.Ct. 143, 502 U.S. 845, 116 L.Ed 109, denial of post conviction relief affirmed 21 F.3d 1123.

(2375) U.S. v Altese, CA.2 (N.Y.) 1976, 542 F2d 104, cert. den. 97 S.Ct. 736, 429 U.S. 1039, 50 L.Ed 2d 750.

(2376) U.S. v Hawkins, M.D.Ga. 1985, 516 F.Supp. 1204.

(2377) U.S. v Joseph, E.D.Pa. 1981, 526 F.Supp. 504.

(2378) US v. Console, CA3 (N.J.) 1993, 13 F.3d 641, cert. den. 114 S.Ct. 1660, 511 US 1076, 128 L.Ed.2d 373, cert. den. 115 S.Ct. 64, 513 US 873, 130 L.Ed.2d-1, denial of Habeas Corpus vacated 124 F.3d 157, denial of Habeas Corpus affirmed 178 F.3d 1279.

(2379) US v Wheeler, CA 6 (Oh) 2008, 53 F.3d 446, reh- & rehg in banc den.

(2380) Walter v. Palisades Collection, LLC, E.D.Pa. 2007, 480 F.Supp.2d 797

(2381) Liquid Air Corp. v Rogers, C.A. 7 (Ill.) 1987, 834 F.2d 1217, cert. den. 109 S.Ct. 3241, 492 US 917, 106 L.Ed.2d 588.

(2382) Mylan Laboratories, Inc. v. Akzo, N.V., D.Md 1991, 770 F.Supp. 1053.

(2383) Conwest Inc., v American Operator Services, Inc., C.D.Cal. 1991, 765 F.Supp. 1467.

(2384) Zimmer v. Grunstal & Co, Inc., W.D.Pa. 1989, 732 F.Supp 1330.

(2385) A Pocono Country Place, Inc. v Peterson, M.D.Pa. 1987, 675 F.Supp. 968.

(2386) Roche v. E.F. Hutton & Co, Inc, M.D.Pa. 1986, 658 F.Supp 315, affirmed 862 F.2d 307, affirmed 802 F.2d 310.

(2387) Temple Univ. v Salla bros. Inc., E.D.Pa 1986, 656 F.Supp. 47

(2388) B.F. Hirsch, Inc. v Enright Refining Co., D.C. N.J. 1985, 617 F.Supp. 49.

(2389) Crowe v. Smith, W.D.La. 1994, 848 F.Supp 1258.

(2390) Anderson-Myers Co., Inc. v. Roach, D.Kan. 1987, 660 F.Supp 106.

(2391) Davis v Mutual Life Ins. Co. of N.Y., C.A.6 (Ohio) 1993, 6 F.3d 367, reh den, cert. den. 114 S.Ct. 1298, 570 US 1193, 127 L.Ed.2d 650.

(2392) Ivne Sieintoms Copper Litigation, S.D.N.Y. 2000, 104 F.Supp. 3d 314.

(2393) In re Cont. Commodity Services Inc., Securities Litigation, N.D. Ill. 1990, 733 F.Supp. 1555, reversed in part 976 F.2d 1104, affirmed in part 63 F.3d 438, reh den, cert. den. 116 S.Ct. 1318, 517 US 1104, 134 L.Ed.2d 471.

(2394) Jiffy Lube Intern, Inc. v Jiffy Lube of PA, Inc., E.D.Pa 1994, 848 F.Supp 569.

(2395) Ornstein Advertising, Inc. v. N.Y. Times, E.D.Pa 1991, 768 F.Supp. 1133.

(2396) Bergen v Rothschild, D.D.C. 1986, 648 F.Supp 582

(2397) Cox v Administratix US Steel & Carnegie, CA11 (Ala) 1994, 17 F.3d 1386, modified on reh. 30 F.3d 1347, cert. den. 115 S.Ct. 900, 513 US 1110, 130 L.Ed.2d 784.

(2398) Cullen v. Margiotta, C.A.2 (N.Y.) 1987, 811 F.2d 148, cert. den. 107 S.Ct. 3266, 483 US 1021, 97 L.Ed.2d 764.

(2399) US v Bennett, C.A.4 (W.Va.) 1993, 984 F.2d 597, cert. den. 113 S.Ct. 2425, 508 US 945, 124 L.Ed.2d 646, dismissal of Habeas Corpus affirmed, 27 Fed. Appx. 294, 2001 WL 1299257, denial of H.C. affirmed 21 Fed.Appx. 440, 2001 WL 1355 332.

(2400) US v District Council of N.Y. City & Vicinity of United Broth. of Carpenters & Joiners of America, S.D.N.Y. 1991, 778 F.Supp. 738.

(2401) US v. Maloney, C.A.7 (Ill.) 1995, 71 F3d 645, reh and suggestion for rehearing en banc den., cert. den. 117 S.Ct. 295, 519 US 927, 136 L.Ed 2d 214.

(2402) Napoli v US, C.A.2 (N.Y.) 1995, 45 F3d 680, cert. den. 115 S.Ct. 2015, 514 US 1084, 131 L.Ed 2d 724, cert. den. 1014.

(2403) US v. Jannetti, C.A.3 (Pa) 1984, 729 F2d 213, cert. den. 105 S.Ct. 244,

(2404) Brewer v. Village of Old Field, E.D. N.Y. 2004, 311 F Supp. 2d 390.

(2405) US v. Grubb, C.A.4 (W. Va) 1993, 11 F3d 426, HC den. 859 F Supp 223 affirmed as modified 65 F 3d 167.

(2406) Sever v. Alaska Pulp Corp., C.A.9 (Alaska) 1992, 978 F2d 1529.

(2407) Word v. Incorporated Village of Patchogue of N.Y., E.D. N.Y. 2004, 311 F Supp. 2d 344.

(2408) General Motors Corp. v. Ignacio Lopez de Arriortua, E.D. Mich. 1996, 948 F Supp. 670.

(2409) In re Sahlen & Associates, Inc. Securities Litigation, S.D. Fla 1991, 773 F Supp. 342.

(2410) In re Bernheim Litigation, D.N.J. 2003, 290 B.R. 249.

(2411) Bryant v Mattel, Inc., C.D. Cal. 2007, 573 F Supp. 2d 1254.

(2412) Breslin Realty Development Corp v Schackner, E.D. N.Y. 2006, 457 F Supp. 2d 132.

(2413) Breslin Realty Development Corp. v Schackner, E.D. N.Y. 2006, 457 F Supp. 2d 132.

(2414) US v. Altomare, C.A.4 (W. Va) 1980, 625 F2d 5.

(2415) Cadle Co. v Shultz, N.D. Tex. 1991, 779 F Supp. 392.

(2416) US v. Gordon, C.A.3 (Cal) 2006, 183 Fed Appx 202, 2006 WL 1558952

(2417) Lockheed Martin Corp (unreported) v. Boeing Co., M.D. Fla 2004, 314 F Supp. 2d 1198.

(2418) US v. Gatto, D.R.J. 1990, 746 F Supp. 432, reversed on other grounds 924 F2d 491, reh den.

(2419) Abraham v Singh, C.A. 5 (La) 2007, 480 F3d 351.

(2420) G-I Holdings Inc v Baron & Budd, S.D. N.Y. 2002, 238 F Supp. 2d 521.

(2421) US v. Benstey, C.A.11 (Fla) 1996, 72 F3d 1518, cert. den. 116 S.Ct. 2570, 518 US 1027, 135 L Ed 2d 1086, cert. den. 117 S.Ct. 176, 519 US 866, 136 L Ed 2d 116.

(2422) US v Locascio, C.A.2 (N.Y.) 1993, 6 F3d 924, 127 ALR Fed 599, cert. den. 114 S.Ct. 1645, 1646, 511 US 1070, 128 L Ed 2d 365, post conviction relief den. 267 F Supp. 2d 306.

(2423) Maddaloni Jewelers, Inc v. Rolex Watch USA, Inc S.D. N.Y. 2004, 354 F. Supp. 2d 293

(2424) Technology Exchange Corp. of America, Inc. v. Grant County State Bank, D. Colo 1986, 646 F Supp. 179.

(2425) Koal Industries Corp. v. Ashland, S.A., S.D.N.Y. 1992, 808 F.Supp. 1143.

(2426) Ubad v. Incorporated village of Patchogue of N.Y., E.D.N.Y. 2004, 311 F.Supp. 2d 344.

(2427) Aetna Cas Sur. Co. v. P&B. Autobody, C.A. 1 (Mass.) 1994, 43 F3d 1546.

(2428) US v. Viola, CA 2 (N.Y.) 1994, 35 F3d 37.

(2429) US v Beasley, CA 11 (Fla) 72 F3d 1518, cert. den. 116 S.Ct. 2570, 518 US 1027, 135 L Ed 2d 1086, cert-den. 117 S.Ct. 176, 519 US 866, 136 L E2d 116.

(2430) La Flamboy v Landek, N.D. Ill. 2008, 2008 WL 4963445.

(2431) Fed. Ins. Co. v Ayers, E.D Pa. 1990, 741 F.Supp. 1179, reconsideration den. 766 F. Supp 1118.

(2432) US v Sutherland CA5 (Tex.) 1981, 656 F2d 1181, reh-den 663 F2d 101, cert. den. 102 S.Ct. 1451, 455 US 949, 71 L Ed 2d 663, reh. den. 852 reply.

A-4011469-1-07-29

Cases Quoted

24501) Korman v. Trusthouse Forte PLC, C.S.D. 1992, 786 F.Supp.458.   (2451)

(2452) Williams v. Mohawk Industries Inc., C.A.11(Ga) 2006, 465 F3d 1277, cert. den. 1275 U.
1381, 167 L Ed 2d 174.

(2453) Sedima, SPRL v. Imrex Co., Inc., U.S.N.Y. 1985, 105 S.Ct. 3275, 473 US 479, 87 L Ed
2d 346, dissenting opinion 105 S.Ct. 3292, 473 US 479, 87 L Ed 2d 346.

(24504) Parnes v. Heinold Commodities, Inc., N.D. Ill. 1980, 487 F.Supp.645.

(2455) Lerner v. Fleet Bank, N.A., C.A.2 (N.Y.) 2003, 318 F3d 113 as amended
cert. den. 124 S.Ct. 532, 540 US 1012, 57 L Ed 2d 424, on remand 2005 WL
2064088.

(2456) Grand Cent. Sanitation, Inc. v. 1st Nat. Bank of Palmerton, M.D. Pa.
1992, 316 F Supp. 299.

(2457) Maxwell v. S.W. Nat. Bank, Wichita, Kan., D.C. Kan. 1984, 593 F.
Supp. 250.

(2458) Avirgan v. Hull, C.A.11 (Fla) 1991, 932 F2d 1572, cert. den. 112 S.Ct. 913, 502 US
1048, 116 L Ed 2d 813.

(2459) Miller v. Helmsley, S.D.N.Y. 1110, 745 F.Supp. 932.

(2460) Headwear USA, Inc. v. Stange, D. Kan. M16, 116 FRD 36.

(2461) Rotella v Wood, US Tex. 2000, 120 S.Ct. 1075.

(2462) Krupp v Luter, C.A.6 (Fla.) 2006, 466 F3d 1171.

IN US DISTRICT court I filed and Motion to order City to
Return my property at new not with trailers, as those kind of trailers
are not available in the market anymore and I had built 6 ft. to
4 ft. walls on them, or order him to return it exactly in the
same fashion with all property placed in the order that I had
as it takes Volumes, this to accomplish that task for Dr. Vora.

Appealed Cases Quoted

* (2451)

* (2452)                          142 Fed 240.

* (2453) Mitchell v Forsyth,  472 US 511, 530, 105 S.Ct. 2806, 86 L Ed 2d 411 (1985).
* (2454) Anderson v. Creighton,  483 US 635, 640, 107 S.Ct. 3034, 97 L Ed 2d 523 (1987).
* (2455) Kaiser Aetna v. US, 444 US 164, 178-80, 100 S.Ct. 383, 62 L Ed 2d 332 (1979)
* (2456) Dolan v. City of Tigard, 512 US 374, 384, 114 S.Ct. 2309, 129 L Ed 2d 304
* (2457) Pakas v. Ill. (1994), 439 US 128, 143 n.13, 99 S.Ct. 421, 58 L Ed 2d 387
        (1978).
* (2458) Hope v Pelzer, 536 US 730, 741, 122 S.Ct. 2508, 153 L Ed 2d 666 (2002)
* (2459) US v Lanier, 520 US 259, 270-71, 117 S.Ct. 1219, 137 L Ed 2d 432 (1997).
* (2460) Cmwlth v Neuberrer, 16 A2d 450, 142 Pa Super 525, Super 1940.
* (2461)  ^   v. Lynch, 411 A.2d 1224, 270 Pa Super 554, Super 1979,
        affirmed in part, reversed in part 466 A2d 991, 502 Pa. 359.
* (2462) Com v. Hoagland, 93 Pa Super 274, 1928.
* (2463)  "   "  Mann, 15 Erie 157, 1933, affirmed 170 A. 381, 111 Pa Super 371.
* (2464) Com v. Maerz, 879 A2d 1267, Super 2005.
* (2465)  "   "  Hock, 728 A2d 943, 556 Pa. 409, Sup. 1949.
* (2466)  "   "  Greene, 189 A2d 141, 410 Pa.-111, Sup 1963.

(CV 6/27. 09 WAF

     Please see on 09-158 J case US District Court computer
of 6/15-109 for rest of the papers as no time to xerox & as well
all my tool box to extend Cartridges life got stolen from my
house.

          For other parties other then US DC ic. units
no duplicate's being given to everybody some of which were
enclosed for US DC ie. units   (C.V. 7/26/09)

Cases Quoted

(2491) Avirgan v Hull, CA11 (Fla) 1991, 932 F2d 1572, cert. den. 112 SCt 913 502 US 1048, 116 LEd 2d 813

(2492) Yellow Bus Lines, Inc. v. Drivers, Chauffeurs & Helpers Local Union 639, CADC 1990, 913 F2d 948, 286 US App DC 182, cert. den. 111 SCt 2839, 501 US 1222, 115 LEd 2d 1007.

(2493) Jordan v. Berman, E.D.Pa. 1992, 792 F Supp 380, affirmed in part, vacated in part 20 F3d 1250, on remand.

(2494) Korman v Treethouse Forte PLC, E.D.Pa. 1992, 786 F Supp 458.

(2495) Williams v. Mohawk Industries, Inc, CA11 (Ga) 2006, 465 F3d 1277, cert. den. 127 SCt 1381, 167 LEd 2d 1277

(2496) Town of West Hartford v Operation Rescue, D Conn 1992, 792 F Supp 161, vacated in part 991 F3d 1039, cert. den. 114 SCt 185, 510 US 865, 126 LEd 2d 144.

(2497) Gerard Cent. Sanitation Inc. v 1st Nat. Bank of Palmerton, M.D.Pa. 1992, 816 F. Supp. 299.

(2498) Maxwell v. S.W. Nat. Bank, Wichita, Kan., D.C.Kan. 1984, 593 F. Supp. 250.

(2499) Rose v. Bartle, CA3 (PA) 1989, 871 F2d 331 on remand

(2500) Unix Product Ltd v Owen, CA6 (Mich) 1988, 864 F2d 1280

(2501)                         686 F Supp. 1202

(2502)                         662 F Supp 150 ?ie 1507

(2503)                         604 F. Supp. 1365

(2504) Payman v Lee County Community Hosp., W.D.Va. 2004, 338 F Supp 2d 679

(2505) Hellwear, USA, Inc v Skinz, D.Kan. 1996, 166 FRD 36.

(2506) Center Cadillac, Inc v. Bank Leumi Trust Co. of NY, S.D.N.Y. 1992, 808 F Supp. 213 affirmed 99 F3d 401.

(2507) US v. Private Sanitation Industry Ass'n of Nassau/Suffolk, Inc., E.D.N.Y. 1992, 793 F Supp 1114

( 2508 ) Woods v Piedmonte, E.D. Mich. 1987, 676 F Supp. 143.

( 2509 ) Stade v. Gates, C.D. Cal 2003, 2003 WL

( 25 10 ) Gillmor v Thomas, CA 10 (Utah) 2007, 490 F3d 791.

( 25 11 ) Loyer v. Hemner DNJ 1995, 401 F Supp 872.

( 25 12 ) Williams v Hall E.D Ky 1988, 683 F Supp 639. (should have sent     [C.V. 10/25/08]
cont further for cont of appeals   s I think I still do if some pleading is to separate reg.
(DC) For Court of Appeals this paragraph is being added after giving to US District Court _____(Removal)
at 1:30 PM on 6/1/09, so got added on 6/16/09 after giving to US District Court.

After 4/6/09 order of US District Court, Vora had put in supplement to Petition
for Removal in 8 PP with Motion to Vacate within 10 days ie. latest by 4/16/09
on which Judge Diamond ruled on 4/27/09, so time for Notice of Appearance
from 4/27/09 and Judge Diamond used the words "I dismissing the case"
which any sound minded person as well as fundamental principle of
jurisprudence says if anything has 2 meanings, it shall be the meaning
in favour of the subject, cops are not the subject as they are prosecutors
lying 100% pursuant to several on going RICO schemes that are open
ended including defrauding Vora of her property, business, house etc.,
take her liberty away by putting her in prison for their lies resulting out of
total discrimination of all kinds against Vora with racism which sees no
logic, reasoning at all; in order to bring Hitler Mussolini Stalin era to
this land by oppressing most minority group people in the world like Vora, being
a Dassa Oswal Swetamber Jain of Rajasthani origin from India; be able to extract
her inventions, discoveries and make millions on it's then take her life as was done to
Ramapuey an Britishera   Certificate of Service
of India, Chandana
so as per FRAP2,
rules should be
suspended for justice.   I Dr. Vora do certify that on 6/26-/09 following were served by
1st class ordinary mail postage prepaid

(1)   Clerk US DC  ( had incorrect date of 6/26-/09, the date Judge Diamond
                                        passed the order, unput's dated as 6/26-/09)
– (2)   Clerk thro' C Hicks, court

and all parties involved including DA as Vora just does not have time.

Chandan Vora

Clerk of cts, CCC, 5th Floor, Ebensburg, PA 15951

Cases Quoted

(2512) Motorola Credit Corp. v. Uzen, S.D.N.Y. 2003, 274 F.Supp. 2d 481 stay granted in part 275 F.Supp. 2d 519, motion to dismiss appeal denied 115 Fed.Appx. 473, 2004 WL 2370653, affirmed in part, vacated in part and remanded 388 F3d 39, cert. den. 125 S.Ct. 2270, 544 US 1044, 161 L.Ed.2d 1080.

(2513) Chivas Product Ltd. v. Owen, CA6 (Mich.) 1988, 864 F2d 1280

(2514) Hampton v. Long, E.D. Tex. 1988, 686 F.Supp. 1202

(2515) Intel Corp. v. Hartford Acc. and Indem. Co., N.D. Cal. 1987, 662 F.Supp. 1507.

(2516) Kinsey v. Nestor Exploration Ltd. — 1981A, E.D. Wash. 1985, 604 F Supp. 1365.

(2517) Payman v. Lee County Community Hosp., W.D. Va. 2004, 338 F.Supp.2d 679.

(2518) Metropolitan Intern., Inc. v. Alco Standard Corp., M.D. Pa. 1986, 657 F Supp. 627

(2519) Windsor Assoc., Inc. v. Greenfeld, D.C. Md. 1983, 564 F.Supp. 273.

(2520) D'Iorio v. Adinizio, M.D. Pa. 1982, 554 F.Supp. 222,

(2521) Gunther v. Dinger, S.D.N.Y. 1982, 547 F.Supp. 25

(2522) Headwear USA, Inc. v. Starge, D. Kan. 1996, 166 F.R.D. 36.

(2523) State Farm Fire and Cas. Co. v. Caton's Estate, N.D. Ind. 1983, 540 F.Supp 673.

(2524) Robbins v. Wilkie, C.A. 10 (Wyo) 2006, 433 F3d 755, cert. granted 127 S.Ct. 722, 549 US 1075, 166 L.Ed.2d 559, reversed and remanded " " " 2588, 168 " 168 " " " 389, On remand 497 F3d 422

(2525) Empire BCBS v. Finkelstein, E.D.N.Y. 1995, 887 F.Supp. 473, remanded — 101 F3d 684, opinion after remand 111 F3d 278.

(2526) Small Business Admin. v. Echevarria, S.D. Fla. 1994, 864 F.Supp. 1254.

(2527) Retelle v. Wood, US Tex. 2000, 120 S.Ct. 1075.

(2528)                                          1959 D (Utah), 725 F.Supp. 1428

(2529) Maddalena Jewelers Inc. v. Rolex Watch USA, Inc., S.D.N.Y. 2008, WL 2150 7529

(2530) Owen v. Wade, E.D. Pa. 1992, 789 F.Supp. 168.

(2531) Coal Mac, Inc. v. JAM Coal Co., Inc., E.D. Ky 1990, 743 F.Supp. 477.

(2532) Javier H. v. Garcia Botello, W.D.N.Y. 2006, 239 FRD 542.

(2533) Klehr v. A.O. Smith Corp., US Minn. 1997, 117 S.Ct. 1984, 521 US 179, 138 L.Ed.2d 373.

(2534) Jerry Kubecka, Inc. v. Avellino, E.D.N.Y. 1995, 898 F.Supp. 963.

(2535) Boston Inc. v. Spoor Behrins Campbell and Young, Inc., S.D.N.Y. 1991, 778

14

F Supp. 695.

(2536) Zola v Gordan, S.D.N.Y. 1988, 701 F Supp 66.

(2537) Pension Fund Mid-Jersey Trucking Industry v Omni Funding Group, D.N.J. 1988, 687 F Supp. 962.

(2538) Silva Run Worldwide Ltd v. Gaming Lottery Corp, S.D.N.Y. 2003, 2003, WL 2235 8805, Unreported.

(2539) David Ulrike v RYS Intern Corp., D. Puerto Rico 2006, 443 F Supp 2d 233.

(2540) Hurst v. Sears Roebuck & Co., W.D. Pa. 1985, 613 F Supp. 210

(2541) Amendolare v Schenkers Intern Forwarders, Inc., E.D.N.Y. 1990, 747 F Supp. 362.

(2542) In re Zyprexa Products Liability Litigation, E.D.N.Y. 2007, 493 F Supp. 2d s-71.

(2543) Estee Lauder Inc. v Wree Graphics, Inc., S.D.N.Y. 1983, 558 F Supp. 83.

(2544) Living Designs, Inc v E.I. Dupont de Nemours & Co., C.A.9 (Hawaii) 2005, 431 F 3d 353, cert-den-126 S.Ct. 2861, 547 US 1192, 165 L Ed 2d 845, on remand 2006 WL 2734291.

(2545) Greenberg v Tomlin, E.D.Pa. 1993, 816 F Supp. 1039.

(2546) Durante Bros. & Sons, Inc. v. Flushing Nat. Bank, E.D.N.Y. 1983, 571 F Supp. 489, affirmed in part, vacated in part 755 F 2d 239, cert-den. 105 S.Ct. 3530, 473 US 906, 87 L Ed 2d 654, on remand 652 F Supp 101.

(2547) Bulletin Displays, LLC v Regency Outdoor Advertising, Inc., C-D. Cal. 2007, 518 F. Supp. 2d 1182.

(2548) Indianapolis Hotel Investors, Ltd. v Amco Equity Interests, Inc., D. Colo. 1990, 733 F Supp. 1406.

(2549) NSC Intern Corp. v. Ryan, N.D. Ill. 1981, 531 F Supp. 362.

(2550) World Wrestling Entertainment, Inc. v Jakks Pacific, Inc., S.D.N.Y. 2006, 425 F Supp. 2d 484.

(2551) Bingham v Zolt, S.D.N.Y. 1995, 810 F Supp 100.

(2552) Hilliard v Shell Western ESP, Inc., W.D.Mich. 1993, 836 F Supp. 1365, reversed 149 F 3d 1183, cert-den. 119 S.Ct. 608, 525 US 1040, 142 L Ed 2d 548,

(2553) Dresser Nat. Bank v Rockwell Intern Corp., N.D. Cal. 1982, 535 F Supp. 47.

(2554) Kemp v. American Tel. & Tel. Co., C.A.11 (Ga) 2004, 393 F 3d 1354.

(2555) Bingham v Zolt, C.A.2 (N.Y.) 1995, 66 F 3d 553, cert. den. 116 S Ct 1418, 577 US 1034, 134 L Ed 2d 543, reh. den. 116 S Ct. 1891, 517 US 1240, 134 L Ed 2d 155, reh den. 116 S Ct. 1870, 517 US 1250, 134 L Ed 2d 967.

7/23 - 1 09 - 14 LNDA

(2556) Franzblow v. Conn, E.D.Pa. 1855, 582 F.Supp. 335.

(2557) National Organization for Women Inc v Scheidler, C.A.7 (Ill.) 2001, 267 F.3d 687, cert. granted in part 122 S.Ct. 1605, 535 U.S. 1016, 152 L.Ed.2d 619, reversed 123 S.Ct. 1057, 537 U.S. 393, 188 ALR Fed 741, 154 L.Ed.2d 991, on remand 91 Fed. Appx. 510, 2004 WL 375995.

(2558) Trane Co. v O'Connor Securities, CA2 (N.Y.) 1983, 718 F.2d 26

(2559) US v. Private Sanitation Industry Ass'n of Nassau/Suffolk, Inc., E.D.N.Y. 1992, 793 F.Supp. 1114.

(2560) MCM Partners, Inc. v Andrews-Bartlett & Associates, Inc. CA7 (Ill.) 1995, 62 F.3d 967, on remand 1997 WL 306577

(2561) Hughes v. Technology Licensing Consultants, Inc. W.D. Pa. 1992, 815 F.Supp. 847.

(2562) State of Ga., ex rel. Bowers for Use & Ben of Camden County School Dist. v Dairymen, Inc., S.D. Ga. 1991, 813 F.Supp. 1580.

(2563) Fed. Int'l Systems Corp. v. Boyd., DDC 1990, 753 F.Supp. 971.

(2564) Design Pallets Inc v. Gray Robinson PA, M.D. Fla. 2007, 1515 F.Supp.2d 1246

(2565) General Motors Corp. v. Ignacio Lopez Arriortua, E.D. Mich. 1996, 948 F.Supp. 670

(2566) Elemary v Phillips Holzmann A.G., D.D.C 2008, 513 F.Supp.2d 116.

Somebody made                    original disappear on these case laws
                                 within discovered since 2016

(2600) Scheffer v Kregel Financial Services, Inc., C.A.7 (Ill.) 1992, 975
Fed 344 on remand.

(2601) U.S. v ... Sanitation Industry Ass'n of Nassau Suffolk Inc.,
E.D.N.Y. 1992, 788 F.Supp. 1114.

(2602) woods v Belmonte, E.D. Mich. 1987, 678 F.Supp. 145

(2603) Update Traffic Systems, Inc., v Gould, E.D.N.Y. 1994, 857 F.Supp.

(2604) Studio v Gates, C.D. Cal. 2003, 2003 WL 211 4759G, unreported

(2605) Gillmor v Thomas, C.A.10 (Utah) 2007, 490 Fed 791.

(2606) Capetv Hemmer, S.N.J. 1995, 101 F.Supp. 872.

(2607) Ludy v Cumberland Farms Dairy, Inc., D.N.J. 1955, 720 F.Supp. 123.

(2608) Williams v Hall, E.D. Ky 1958, 683 F.Supp. 639 and that this case
was numbered as (2512) in 2116-108 pleading when it should have been
numbered ... (2512) = in (2512) was deleted on ... 
274 ... (this)
2512)* Williams v Hall, E.D. Ky 1955, 683 F.Supp. 639 with some
remark following it.

(2609) ... o state chemical Mfg. Co., E.D.Ill. 1984, 584 F.Supp.
619.

(2610) ... v Lee County Community Hosp., W.D. Va. 2006, 352 F.Supp.
674.

(2611) ... v ..., C.A.7 (Ill.) ..., 173 Fed.Appx. 510, 2006 WL 86 723,
unreported.

(2612) Knipp v Auton, C.A.10 (Okla.) 2006, 466 Fd. h 71.

(2613) World Wrestling Entertainment Inc. v Jakks Pacific, Inc.,
S.D.N.Y. 2006, 425 F.Supp. 2d 484.    W.D. ... , 436 F.Supp.
(2614) Hilliard v Shell Western E.&P. Inc., ... 
1305, reversed 149 F3d 1183 certi. denied ... 
1043, 142 L.Ed 2d 548.

(2615) ... Nat. Bank v Rockwell Intern. Corp., N.D. Cal. 1983
... F.Supp. 47.                                              26.

(2616) Town Gr v O'Connor Securities, C.A.2 (N.Y.) ..., 758 F.2d 652.

(2617) Marina v State of N.Y., E.D.N.Y. 1985, 156 F.Supp. ...
... U.S. v District Council of N.Y. City and Vicinity of ...
... Bro. ... Carpenters ... Joiners of America, S.D.N.Y. 1991,
778 F.Supp. 738.
(2618) Johnson v Levis Italia Aircraft, Inc., C.A.11 (Fla.) 1988, 857 F.2d

(2620) General Motors Corp v ... supply & Manufac., E.D.
1992, 785 F.Supp. 670.

somebody mail            original disappear on these case laws
which to disroad               * on 10/26/09 at 3:02 PM

*Hopkins Case Quoted*

(2700) Schaffele v. Koppel Financial Services Inc., C.A.7 (Ill.) 1992, 975
F.2d 344 on remand.

(201) US. Private Sanitation Industry Ass'n of Nassau/Suffolk Inc.
E.D.N.Y. 1992, 783 F.Supp. 1114.

(202) Woods v. Piedmonte, E.D Mich. 1987, 676 F.Supp. 143

(203) Update Traffic Systems, Inc., v Gould, E.D.N.Y. 1994, 857 F.Supp.

(204) Stuto v. Gates, C.D. Cal. 2003, 2003 WL 211 49846, unreported.

(205) Gillmor v. Thomas, C.A.10 (Utah) 2007, 490 F.3d 791.

(206) Ligee v. Hemmer, D.N.J. 1995, 101 F.Supp. 872.

(207) Loveys v. Cumberland Farms Dairy, Inc., D.N.J. 1989, 720 F.Supp.

(208) Williams v Hall, E.D. Ky 1988, 683 F.Supp. 639 realias this case
was numbered as (25512) in (6116-108) pleading when it should have been
numbered at (25512)** as (25512) was labeled on was Motorola Credit - v Uzan
2572)** Williams v Hall, E.D. Ky 1988, 683 F.Supp. 639 with same
remark following it.

(2607) Gillan            v State Chemical Mfg. Co., E.D. Pa. 1984, 58
619.

(2609) Hyman v Lee County Community Hosp., W.D. Va. 2004, 355 F.Sd
679.

(2611) Bell v Dash, C.A.7 (Ill.) 2006, 173 Fed.App'x 515, 2006 WL 56
unreported.

(2612) Kripp v. Luten, CA10 (Okla.)2006, 466 F.ed 1171.

(2613) World Wrestling Entertainment, Inc. v Jakks Pacific, Inc.,
S.D.N.Y. 2006, 425 F.Supp. 2d 484.

(2614) Hilliard v Shell Western E&P Inc., W.D Mich. 1993, 330
1305, reversed 149 F.3d 1183 cert.den. 1145 S.Ct., 525 U
1048, 142 L.Ed 2d 548.

(2615) Central Nat. Bank v Rockwell Intern. Corp., N.D. Cal. 1
F.Supp 47.

(2616) Texe W. v. O'Connor Securities, CA2 (N.Y) 1985, 718 F.
(2617) Molina v. State of N.Y., E.D.N.Y. 1985, 656 F.Supp. 257.
(2618) US. v District Council of N.Y. City and Vicinity of United
Broth. of Carpenters & Joiners of America, S.D.N.Y. 1992,
775 F.Supp. 738.
(2619) Miller v Lewis Haler Aircraft, Inc., (Ariz (Ariz) 1985, 77
(2620) General Motors Corp v Ignacio Lopez de Arriortua, E.D.
1996, 948 F.Supp. 670.

conspirators made                    this page disappear which I discovered on 10/26/09
when I found a copy.                  of it at 7:35 PM
                    (4/4/1) is concluded

(2600) Schuffel v. Ranger Financial Services Inc., C.A. 7 (Ill.) 1992, 975
    F.2d 344 on remand.

(2601) U.S. v. Private Sanitation Industry Ass'n of Nassau/Suffolk Inc.
    E.D.N.Y. 1992, 793 F.Supp. 1114,

(2602) Woods v. Piedmonte, E.D. Mich. 1987, 676 F.Supp. 143

(2603) Upstate Traffic Systems, Inc., v Grell, E.D.N.Y. 1994, 857 F.Supp. 274.

(2604) Stride v. Gates, C.D. Cal. 2003, 2003 WL 211 47049, unreported

(2605) Gillmor v. Thomas, C.A. 10 (Utah) 2007, 490 F.3d 791.

(2606) Cozet v. Hemmas, S.N. J 1955, 101 F.Supp. 572.

(2607) Cosley v. Cumberland Farms Dairy, Inc., D.N.J. 1989, 726 F.Supp. 1123.

(2608) Williams v Hall, E.D. Ky 1988, 683 F.Supp. 639 earlier this case
    was numbered as (2512) in 6116-108 pleading when it should have been
    numbered
    274 F.Supp. (2512) = in (2512) was ballote on our Motion to Conclude & Open
    2512) = Williams v Hall, E.D. Ky 1988, 683 F.Supp. 639 with same
    remark following it.

(2609) Gillan          v State Chemical M.y. Co., E.D. Pa. 1984, 584 F.Supp.
                              619.

(2610) Pegram v Lee County Community Hosp., W.D. Va. 2004, 355 F.Supp. 2d
                              679.

(2611) Dair v Dair, C.A. 7 (Ill.) 2006, 173 Fed.Appx. 515, 2006 WL 806 723,
              unreported.

(2612) Knipp v Luton, C.A. 10 (Okla.) 2006, 466 F.3d 1171.

(2613) World Wrestling Entertainment Inc., v Jakks Pacific, Inc.,
    S.D.N.Y. 2006, 425 F.Supp. 2d 484.

(2614) Hilliard v Shell Western E&P Inc., W.D. Mich. 1993, 836 F.Supp.
    1305, reversed 149 F.3d 1183 cert. den. 119 S.Ct. 209, 525 U.S.
    1048, 142 L.Ed.2d 548.                v Rockwell Intern Corp., N.D. Cal. 1983,

(2615) Central Nat. Bank v Rockwell Intern Corp., N.D. Cal. 1983,
        ___ F.Supp. 47.

(2616) Trane Co. v. O'Connor Securities, C.A.2 (N.Y.) 1983, 718 F.2d 26

(2617) Molina v. State of N.Y., E.D.N.Y. 1983, 1561 F.Supp. 257

(2618) U.S. v. District Council of N.Y. City and Vicinity of United
    Broth. of Carpenters & Joiners of America, S.D.N.Y. 1994,
    778 F.Supp. 738.

(2619) Miller v Lenis Molan Aircraft, Inc., C.A.9 (Ariz.) 1988, 1111 F.2d

(2620) General Motors Corp v Ignacio Lopez de Arriortua, E.D. Mich.
    1996, 948 F.Supp. 670.

conspirators made                    this page disappear which I discovered on 10/26/09
when I found a copy.                 of it at 7:00 PM.

(typ'd overleaf)

(2600) Schuffels v. Kruger Financial Services Inc., C.A.7 (Ill.) 1992, 975
F.2d 344 on remand.

(2601) (U.S. Pharmal Simulation Industry Ass'n of Nassau/Suffolk Inc.,
E.D.N.Y. 1992, 793 F.Supp. 1114,

(2602) Woods v. Piedmonte, E.D. Mich. 1987, 678 F.Supp. 143

(2603) Update Traffic Systems, Inc., v Gnall, E.D.N.Y. 1994, 857 F.Supp. 374.

(2604) Slade v Gates, C.D. Cal. 2003, 2003 WL 211 47546, unreported.

(2605) Gillmore v. Thomas, C.A. 10 (Utah) 2007, 490 F.3d 791.

(2606) Enzel V. Hemmel, D.N.J. 1985, 101 F.Supp. 572.

(2607) Culley v. Cumberland Farms Dairy, Inc., D.N.J. 1989, 728 F.Supp. 1233.

(2608) Williams v Hall, E.D. Ky 1985, 683 F.Supp. 639 earlier this case
was numbered as (25712) in 6116-108 pleading when it should have been
numbered
(25712)* → in (2512) was deleted on my Motorola Oncline/Ifizen
2474 Typ'd (25712)* in (2512) → Williams v Hall, E.D. Ky 1988, 683 F.Supp. 639 with some
remark following it.

(2609) Cirlan          v State Chemical N.Y. Co., E.D. Pa. 1984, 594 F.Supp.
619.

(2610) Rynman v Lee County Community Hosp., W.D.Va. 2004, 355 F.Supp. 2d
679.

(2611) Davis v Davis, C.A. 7 (Ill.) 2006, 173 Fed.Appx. 585, 2006 WL 886 713,
unreported.

(2612) Kripp v. Luton, (10) (Okla.) 2006, 466 F.3d 1171.

(2613) World Wrestling Entertainment, Inc., v Jakks Pacific, Inc.,
S.D.N.Y. 2006, 425 F.Supp. 2d 484.

(2614) Hilliard v Shell Western E&P Inc., W.D.Michigan, 83 F.Supp.
1305, reversed 149 F.3d 1183 cert.den. 1148 S.Ct. 205, 525 U.S.
1048, 142 L.Ed.2d 548.

(2615) Graham Nat. Bank v Rockwell Intern. Corp., N.D. Cal. 1983,
566 F.Supp. 47.

(2616) Trane Co. v O'Connor Securities, C.A.2 (N.Y.) 1983, 718 F.2d 26.

(2617) Molina v. State of N.Y., E.D.N.Y. 1983, 556 F.Supp. 257.

(2618) U.S. v District Council of N.Y. City and Vicinity of United
Broth. of Carpenters & Joiners of America, S.D.N.Y. 1996,
778 F.Supp. 738.

(2619) Miller v Glenn Miller Productions, Inc., C.A.9 (Ariz.) 1955, 772 F.2d

(2620) General Motors Corp. v Symnus Suzuki, Inc. Automobiles, E.D.N.J.
1996, 915 F.Supp. 670.

(2621) Design Pallets Inc. v. Gray Robinson, P.A. M.D. Fla. 2007, 1585 F. Supp. 2d 1246

(2622) Ridenich House Wreckers Union Local 95 of Laborers' Intern Union of N. America, S.D.N.Y. 1985, 627 F.Supp. 176

(2623) Hunt v. Weather bee, D Mass 1986, 626 F.Supp. 1097.

(2624) Guliane v. Everything Yogurt Inc., E.D.N.Y. 1993, 819 F Supp 240.

(2625) Dickey v. Kennedy, D. Mass 2008, 583 F Supp. 2d 183.

(2626) Bush Development Corp. v. Harbour Place Assoc., E.D. Va. 1986, 632 F Supp. 1359

(2627) S.J. Advanced Technology & Mfg. Corp. v. Turnkune, N.D. Ill. 1986, 627 F Supp 572

(2628)                     632 F Supp. 1359

(2629) Williams v. Equity Holding Corp, E.D. Va. 2007, 498 F Supp. 2d 831.

(2630) Hy Cite Corp. v Bad businessbureau. com, LLC, D. Ariz. 2005, 418 F Supp 2d 1142.

(2631) People v Godway 1964, 248 N.Y. S.2d 248, 42 Misc 2d 356. "Removal of case to federal court is automatic on proper filing of petition with federal court for removal, and state court is thereafter preempted and divested of any authority or discretion to rule or pass upon merits of case."

(2632) Horning v Master Tank & Welding Co., D.C.N.D. 1957, 154 F.Supp. 169. "Federal jurisdiction vested for all purposes when petition for removal was filed in federal District Court and later notice thereof and filing of copy thereof in state court operated retroactively to effect removal as of date of filing of petition in federal district court,"

(2633) State of Ark. v Howard, D.C. Ark. 1963, 218 F Supp. 626. "Subject to possible remand, cases were automatically removed from state to federal court when copy of petition for removal was filed with clerk of state court and it was not necessary for defendant in his petition for removal to ask for an order removing the cases."